**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA Alliance for Human Rights, et al. | CASE NUMBER |
| | 2:20-cv-02291-DOC-KES |
| PLAINTIFF(S) | |
| v. | |
| City of Los Angeles, et al. | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

On 4/3/2026 _____, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☐ other document(s), entitled EXTREME EMERGENCY UNDER PRE-FILING ORDER FOR LEAVE OF COURT...

from Adrian D. Moon _____, who was found by the Court on 9/30/2022 _____

in case number 2:20-cv-02291 _____ to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☐ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☒ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other : 

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the ☐ assigned magistrate judge ☒ assigned district judge ☐ Chief Judge for review.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ IT IS HEREBY ORDERED that the document(s) presented:
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____ .
    ☐ be filed as a new case.

*or*

☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_____    _____
Date    United States Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY ORDERED that the document(s) presented
    ☑ not be filed.
    ☐ be filed in the above-captioned case.
    ☐ be filed in case number _____ .
    ☐ be filed as a new case.

April 7, 2026    *David O. Carter*
Date    United States District Judge

CV-115 (04/2018)    NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

FROM DA KINGDOM OF Adrian 'daredeemer'
By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon,GBN# Chosen one
926 La Canada Verdugo Road
Altadena, CA. 91001
Cell( 771)215-8153  admoon172@gmail.com

LODGED

2026 APR -3  PM 3: 25

CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:
SJI

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. ALLIANCE HUE-MAN RIGHTS , ADRIAN DAMICO MOON, AN INDIVIDUAL SNAP RECIEPT AND ALSO SUING AS CZAR OF HOMELESSNESS AND ANTI-SEMITIC REFORM,  ET. AL. , <br><br> Plaintiffs, Petitioners, <br><br> Appellants, <br><br> vs. <br><br> COUNTY AND CITY OF LOS ANGELES, ET. AL., <br><br> Defendants, Respondents , Appellees, <br><br> " JUDGMENT IS COMING " <br> # $ 7,000,000,000.00 <br><br> COVID-19: HOST, HOAX OR HOLY SPIRIT | Case No. 2:20-cv-02291-DOC (resx) <br> SECOND SUPPLEMENTAL EVIDENCE IN SUPPORT OF <br> EXTREME EMERGENCY UNDER PRE-FILING ORDER FOR LEAVE OF COURT TO ISSUES DEPOSITION SUBPOENAS AND PRODUCTION OF DOCUMENTS FROM DEFENDANTS MARY ANN MURPHY AND JILL CHRISTIE BODDIE OR IN DA ALTERNATIVE ISSUE ARREST WARRANTS  PURSUANT TO ANTI-STALKING (T.R.O. ) PURSUANT TO FEDERAL RULE OF CRIMINAL AND CIVIL PROCEDURE 4 ; 9;  65 (b) (1-4) ; 18 U.S.C. 2661; 241;242; 1201(a) ; 1113 ; 2381 ; 871-880 Chapter 41 ET. SEQ. SEE, READ, UNDERSTAND, AND CONSIDER AND TAKE JUDICIAL NOTICE OF CASES ON APPEAL CASE NO. 26-784 ; 26-1589 ET. SEQ. (Proposed ) ORDER THEREON |

**OFFER OF PROOF**
**DECLARATION OF ADRIAN DAMICO MOON**
**MEMORANDUM OF POINTS AND AUTHORITIES**

EXTREME EMERGENCY UNDER PRE-FILING ORDER FOR MOTION FOR LEAVE OF COURT TO ISSUES DEPOSITION SUBPOENAS AND PRODUCTION OF DOCUMENTS FROM DEFENDANTS MARY ANN MURPHY AND JILL CHRISTIE BODDIE OR IN DA ALTERNATIVE ISSUE ARREST WARRANTS PURSUANT TO FEDERAL RULE OF CRIMINAL AND CIVIL PROCEDURE 4;9; 65 (B) (1-4) ET. SEQ.  - 1

EX PARTE APPLICATION
TO FIND SATAN, roes/does
1-350 INCLUSIVELY GUILTY
OF STALKING 18 U.S.C. 2261,
1201 (a); 241; 242; 1113; 2381;
871- 880 Chapter 41 et. seq
(Proposed) ORDER THERE ON

Motion A (3) pages

4/2/2026



**Language Access**

English ▾

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

**CASE INFORMATION:** 22STRO02855

| | |
|---|---|
| **Case Title:** | COUNTY OF LOS ANGELES VS MOON, ADRIAN |
| **Filing Courthouse:** | Stanley Mosk Courthouse |
| **Filing Date:** | 5/12/2022 |
| **Case Type:** | Workplace Violence Prevention (General Jurisdiction) |
| **Status:** | Statistical Disposition on 6/7/2022 |

<u>Click here to access document images for this case.</u>

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

| | |
|---|---|
| UCF Case | 21STRO04791 |
| UCF Case | 22CHRO00727 |
| UCF Case | 22STRO00624 |
| UCF Case | 22STRO00626 |
| Same Party | 22STRO03447 |

Print | New Search

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| BARGER KATHRYN | Employee |
| COUNTY OF LOS ANGELES | Petitioner |
| MOON ADRIAN | Respondent |
| SOMMER KENT MERRILL | Attorney for Petitioner |

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

6/7/2022    Minute Order                                      Filed by

*Motion A (3) pages*

| 6/6/2022 | 170.6 CCP Peremptory Challenge | Filed by Respondent |
|---|---|---|
| 6/6/2022 | Remote Appearance - Scheduled | Filed by Petitioner |
| 6/1/2022 | Fee Waiver - Order on Court Fee Waiver - Denied FW003 | Filed by Respondent |
| 5/31/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Respondent |
| 5/31/2022 | Fee Waiver - Request Waive Additional Court Fees Filed FW002 | Filed by Respondent |
| 5/31/2022 | Notice to the Honorable Judge Patricia A. Young of the stipulation agreement between the parties for orders to vacate (T.R.O); to subpoena probation case file and to continue hearing from June 7, 2022 to and to include August 1, 2022 ET. SEQ. | Filed by Respondent |
| 5/31/2022 | Remote Appearance - Scheduled | Filed by Respondent |
| 5/31/2022 | Request to Continue and Reissue TRO (Form 115) | Filed by Respondent |
| 5/13/2022 | Notice - Court Hearing (Form 109) | Filed by |
| 5/13/2022 | Temporary Restraining Order (Form 110) | Filed by |
| 5/12/2022 | Petition - Workplace Violence (violence) Petition for Workplace Violence Restraining Orders | Filed by Petitioner |
| 5/12/2022 | Proposed Form 109 - Notice - Court Hearing | Filed by Petitioner |
| 5/12/2022 | Proposed Form 110 Temporary Restraining Order | Filed by Petitioner |
| 5/12/2022 | Proposed Form 130 Restraining Order After Hearing | Filed by Petitioner |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| 6/7/2022 1:30 PM | Department Department 13 | Restraining Order Hearing | Dismissed - TRO-Lack of Prosecution |
|---|---|---|---|

## REGISTER OF ACTIONS

Case Information | **Register Of Actions** | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| 6/7/2022 | Restraining Order Hearing |
|---|---|
| 6/7/2022 | Minute Order |
| 6/6/2022 | 170.6 CCP Peremptory Challenge |
| 6/6/2022 | Remote Appearance - Scheduled |

6/1/2022    Fee Waiver - Order on Court Fee Waiver - Denied FW003

5/31/2022    Remote Appearance - Scheduled

5/31/2022    Fee Waiver - Request Waive Additional Court Fees Filed FW002

5/31/2022    Fee Waiver - Order on Court Fee Waiver - Granted FW003

5/31/2022    Request to Continue and Reissue TRO (Form 115)

5/31/2022    Notice

5/13/2022    Temporary Restraining Order (Form 110)

5/13/2022    Notice - Court Hearing (Form 109)

5/12/2022    Proposed Form 110 Temporary Restraining Order

5/12/2022    Proposed Form 130 Restraining Order After Hearing

5/12/2022    Proposed Form 109 - Notice - Court Hearing

5/12/2022    Petition - Workplace Violence (violence)

Back To Top

4-2-2026

EX PARTE APPLICATION for Default Judgment in da amount of Seven (7) Billion dollars in favor of Adriene Damica Moon against Sadam roes/does 1-350 inclusively et al.

(Proposed) ORDER THEREON

Motion B (11) pages

9/2/2026

 **Language Access**
English ▼

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

**CASE INFORMATION:** 22STRO03447

**Case Title:** COUNTY OF LOS ANGELES VS MOON, ADRIAN

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 6/8/2022

**Case Type:** Workplace Violence Prevention (General Jurisdiction)

**Status:** Statistical Disposition on 8/25/2022

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

**Same Party** 22STRO02855

[ Print ]   [ New Search ]

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| BARGER KATHRYN | Employee |
| BARGER KATHRYN | Respondent (to Appeal) |
| COUNTY OF LOS ANGELES | Respondent (to Appeal) |
| COUNTY OF LOS ANGELES | Petitioner |
| MOON ADRIAN | Respondent |
| MOON ADRIAN | Appellant |
| SOMMER KENT MERRILL | Attorney for Petitioner |
| SOMMER KENT MERRILL | Attorney for Employee |
| SOMMER KENT MERRILL | Attorney for Respondent (to Appeal) |

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

*Motion B (11) pages*

| Date | Description | Filed by |
|---|---|---|
| 6/13/2023 | Ex Parte - Application Resp. Application for Pre-Filing Order ... to Calendar the Signing of the Stipulation Agreement Between the Parties ... | Filed by Respondent |
| 6/13/2023 | Minute Order | Filed by |
| 6/13/2023 | Order - File New Litigation by Vexatious Litigant Request denied. | Filed by Respondent |
| 6/12/2023 | Proposed Ex Parte RFO Emergency Orders for Support Ex Parte - Application - $60.00 (Applications) | Filed by Petitioner |
| 6/6/2023 | Notice Stipulation Agreement Between The Parties Et.Seq | Filed by |
| 4/5/2023 | Appeal - Remittitur - Appeal Dismissed B323122 | Filed by |
| 2/23/2023 | Appeal - Remittitur - Appeal Dismissed (B323122) "R" Appeal | Filed by |
| 2/22/2023 | Appeal - Remittitur - Appeal Dismissed B324374 | Filed by |
| 1/27/2023 | Appellate Order Dismissing Appeal NOA 08/30/2022 B323122 | Filed by |
| 12/21/2022 | Appellate Order Dismissing Appeal NOA 09/16/2022 "R" B323122 | Filed by |
| 12/19/2022 | Appellate Order Dismissing Appeal Full Dismissal of All Appeal Issues | Filed by |
| 12/8/2022 | Minute Order | Filed by |
| 11/2/2022 | Appeal - Notice of Filing of Notice of Appeal "U" | Filed by |
| 10/27/2022 | Minute Order | Filed by |
| 10/25/2022 | Appeal - Notice of Default Issued NOA 8/30/22 B323122 | Filed by |
| 10/24/2022 | Appeal - Notice of Appeal/Cross Appeal Filed "U" | Filed by Respondent |
| 10/24/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U" With Proof of Service | Filed by Respondent |
| 10/21/2022 | Minute Order | Filed by |
| 10/20/2022 | 170.6 CCP Peremptory Challenge | Filed by Respondent |
| 10/18/2022 | Minute Order | Filed by |
| 10/18/2022 | Miscellaneous request for copies | Filed by Respondent |
| 10/18/2022 | Notice TO TEMPORARY JUDGE OF THE STIPULATION BETWEEN THE PARTIES TO CONTINUE HEARING SET FOR OCTOBER 21,22 TO & TO INCLUDE OCTOBER 28,2022 | Filed by Respondent |
| 10/17/2022 | Miscellaneous Notice - stipulated agreement | Filed by Respondent |
| 10/17/2022 | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| 10/17/2022 | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| 10/17/2022 | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| 10/17/2022 | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| 10/17/2022 | Subpoena CIVIL SUBPOENA | Filed by Respondent |

| | | |
|---|---|---|
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/17/2022** | Witness List | Filed by Respondent |
| **10/14/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| **10/13/2022** | Proof of Service Re: Witness list and Subpoena for appearance CH-200 Personal Service | Filed by Respondent |
| **10/13/2022** | Remote Appearance - Scheduled | Filed by Respondent |
| **10/13/2022** | Subpoena CIVIL SUBEONA | Filed by Respondent |
| **10/13/2022** | Subpoena CIVIL SUBPOENA | Filed by Respondent |

| | | |
|---|---|---|
| 10/13/2022 | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| 10/13/2022 | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| 10/13/2022 | Subpoena CIVIL SUBPOENA | Filed by Respondent |
| 10/13/2022 | Witness List | Filed by Respondent |
| 10/10/2022 | Request - Enter Default FL165 REJ: There is no Request to Enter Default for Restraining Order case. | Filed by Respondent |
| 10/6/2022 | Request - Enter Default FL165 REJ: There is no Default for this litigation | Filed by Respondent |

Seven (7) Billion Dollars

| | | |
|---|---|---|
| 9/30/2022 | Appeal - Notice of Filing of Notice of Appeal "R" | Filed by |
| 9/28/2022 | Proof of Service | Filed by Respondent |
| 9/28/2022 | Proof of Service of Summons | Filed by Respondent |
| 9/21/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Respondent |
| 9/16/2022 | Appeal - Notice of Appeal/Cross Appeal Filed "R" General Appeal | Filed by Respondent |
| 9/16/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 Filed With Proof of Service | Filed by Respondent |
| 9/16/2022 | Appeal - Record on Appeal Elected/Designated Clerk Transcript; No Reporter Transcript; | Filed by |
| 9/9/2022 | Appeal - Notice of Filing of Notice of Appeal | Filed by |
| 9/6/2022 | Miscellaneous FOR COPIES | Filed by Respondent |
| 9/2/2022 | Minute Order | Filed by |
| 9/1/2022 | 170.6 CCP Peremptory Challenge | Filed by Respondent |
| 8/30/2022 | Appeal - Notice of Appeal/Cross Appeal Filed General Appeal | Filed by Respondent |
| 8/30/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 Filed With Proof of Service | Filed by Respondent |
| 8/30/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Respondent |
| 8/25/2022 | Minute Order | Filed by |
| 8/25/2022 | Miscellaneous Request for Copies | Filed by Respondent |
| 8/25/2022 | Miscellaneous Request for Copies | Filed by Respondent |
| 8/25/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) DENIED | Filed by Respondent |
| 8/25/2022 | RFO/MTN - Family Law to Schedule Cross-Petition hearing to September 28, 2022; | Filed by Respondent |



| Date | Description | Filed by |
|---|---|---|
| 8/25/2022 | Request to Continue and Reissue TRO (Form 115) | Filed by Respondent |
| 8/25/2022 | Restraining Order After Hearing (Form 130) | Filed by Employee |
| 8/25/2022 | Supplemental Re: Cross petition and supplemental complaint | Filed by Respondent |
| 8/24/2022 | Affidavit Petitioners Amended Exhibit To Workplace Violence Petition Exhibit 11 | Filed by Petitioner |
| 8/23/2022 | Notice | Filed by Respondent |
| 8/22/2022 | Miscellaneous Re: Respondent-Victim Daredeemer Opening Statement | Filed by Respondent |
| 8/22/2022 | Supplemental Re: Supplemental To Exhibits | Filed by Respondent |
| 8/19/2022 | Exhibit List Re: Respondent-Victim-Exhibit List Re: Criminal Grand Jury Demanded | Filed by Respondent |
| 8/18/2022 | Witness List | Filed by Respondent |
| 8/14/2022 | Remote Appearance - Scheduled | Filed by Respondent |
| 7/18/2022 | Ex Parte - Application Reversal of Order of July 15, 2022: Rejected; No Prefiling Order, ETC. | Filed by Respondent |
| 7/15/2022 | 170.6 CCP Peremptory Challenge DENIED | Filed by Respondent |
| 7/15/2022 | Minute Order | Filed by |
| 7/15/2022 | Order - File New Litigation by Vexatious Litigant Denied | Filed by Respondent |
| 7/11/2022 | Request - File New Litigation by Vexatious Litigant | Filed by |
| 7/11/2022 | Response (Amended) PETITIONER'S AMENDED EXHIBIT TO WORKPLACE VIOLENCE PETITION (EXHIBIT 10) | Filed by Petitioner |
| 7/8/2022 | Declaration Of Adrian D Moon, Notice to bench officers anne richardson | Filed by Respondent |
| 7/7/2022 | Response - Workplace Violence (non-violence) And Re: Request For Deposition That Petitioner-Defendant County Of Los Angeles And Kathryn Barger-Liebrich Committed Crimes Against Daredeemer In The Filing Of This Instant Restraining Order Case Hearing Set for 7/15/2022 | Filed by Respondent |
| 7/6/2022 | Declaration | Filed by Respondent |
| 7/1/2022 | Ex Parte - Application - DENIED; NO PREFILING ORDER; SEE MINUTE ORDER | Filed by Respondent |
| 7/1/2022 | Minute Order | Filed by |
| 6/29/2022 | Minute Order | Filed by |
| 6/29/2022 | Minute Order | Filed by |
| 6/29/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) | Filed by Petitioner |

| Date | Description | Filed By |
|---|---|---|
| 6/29/2022 | Stipulation - Appointment of Court Commissioner | Filed by Employee |
| 6/28/2022 | Remote Appearance - Scheduled | Filed by Employee |
| 6/25/2022 | Remote Appearance - Scheduled | Filed by Respondent |
| 6/23/2022 | Ex Parte - Application Resp. RFO Other Orders | Filed by Respondent |
| 6/23/2022 | Minute Order | Filed by |
| 6/23/2022 | Minute Order | Filed by |
| 6/22/2022 | Ex Parte - Application Resp. RFO Other Orders | Filed by Respondent |
| 6/22/2022 | Minute Order | Filed by |
| 6/20/2022 | 170.6 CCP Peremptory Challenge | Filed by Respondent |
| 6/20/2022 | Ex Parte - Application Resp. Ex Parte RFO for Other Orders | Filed by Respondent |
| 6/20/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Respondent |
| 6/20/2022 | Minute Order | Filed by |
| 6/20/2022 | Minute Order | Filed by |
| 6/20/2022 | Proof of Service | Filed by Petitioner |
| 6/9/2022 | Affidavit EXHIBITS 5 - 9 TO PETITION FOR WORPLACE VIOLENCE | Filed by Petitioner |
| 6/9/2022 | Notice - Court Hearing (Form 109) | Filed by |
| 6/9/2022 | Temporary Restraining Order (Form 110) | Filed by |
| 6/8/2022 | Petition - Workplace Violence (violence) Petition for Workplace Violence Restraining Orders | Filed by Petitioner |
| 6/8/2022 | Proposed Form 109 - Notice - Court Hearing Notice of Court Hearing | Filed by Petitioner |
| 6/8/2022 | Proposed Form 110 Temporary Restraining Order Temporary Restraining Order | Filed by Petitioner |
| 6/8/2022 | Proposed Form 130 Restraining Order After Hearing Workplace Violence Restraining Order After Hearing | Filed by Petitioner |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date/Time | Department | Type | Result |
|---|---|---|---|
| 6/13/2023 8:30 AM | Department Department 2 | Ex Parte Hearing | Denied |
| 12/8/2022 8:30 AM | Department Department 43 | Request for Order - Other | Off Calendar - No Appearance |

| Date/Time | Department | Hearing Type | Result |
|---|---|---|---|
| 10/27/2022 1:30 PM | Department Department 43 | Hearing re: Peremptory Challenge | Denied |
| 10/21/2022 8:30 AM | Department Department 43 | RFO - Family Law | Held - Order Made |
| 10/18/2022 8:30 AM | Department Department 43 | Ex Parte Hearing | Held - Order Made |
| 9/2/2022 1:30 PM | Department Department 43 | Hearing re: Peremptory Challenge | Held - Order Made |
| 8/25/2022 8:30 AM | Department Department 43 | Restraining Order Hearing | Granted - RO After Evidence by both |
| 7/15/2022 8:30 AM | Department Department 2 | Hearing re: Peremptory Challenge | Denied |
| 7/1/2022 1:30 PM | Department Department 2 | Ex Parte Hearing | Denied |
| 6/29/2022 8:30 AM | Department Department 43 | Restraining Order Hearing | Held - Continued, TRO Reissued |
| 6/29/2022 8:30 AM | Department Department 25 | Restraining Order Hearing | Transfer - for all Purpose-Non Stip |
| 6/23/2022 8:30 AM | Department Department 94 | Ex Parte Hearing | Transfer - for all Purpose-Non Stip |
| 6/23/2022 1:30 PM | Department Department 2 | Ex Parte Hearing | Denied |
| 6/22/2022 8:30 AM | Department Department 94 | Ex Parte Hearing | Held - Order Made |
| 6/20/2022 8:30 AM | Department Department 94 | Ex Parte Hearing | Held - Order Made |
| 6/20/2022 8:30 AM | Department Department 13 | Non-Appearance Case Review | Held - Order Made |

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date | Action |
|---|---|
| 6/13/2023 | Ex Parte Hearing |
| 6/13/2023 | Minute Order |
| 6/13/2023 | Order - File New Litigation by Vexatious Litigant |
| 6/13/2023 | Ex Parte - Application |
| 6/12/2023 | Proposed Ex Parte RFO Emergency Orders for Support |
| 6/6/2023 | Notice |
| 4/5/2023 | Appeal - Remittitur - Appeal Dismissed |
| 2/23/2023 | Appeal - Remittitur - Appeal Dismissed |
| 2/22/2023 | Appeal - Remittitur - Appeal Dismissed |
| 1/27/2023 | Appellate Order Dismissing Appeal |
| 12/21/2022 | Appellate Order Dismissing Appeal |

12/19/2022  Appellate Order Dismissing Appeal

12/8/2022   Request for Order - Other

12/8/2022   Minute Order

11/2/2022   Appeal - Notice of Filing of Notice of Appeal

10/27/2022  Hearing re: Peremptory Challenge

10/27/2022  Minute Order

10/25/2022  Appeal - Notice of Default Issued

10/24/2022  Appeal - Notice of Appeal/Cross Appeal Filed

10/24/2022  Appeal - Ntc Designating Record of Appeal APP-003/010/103

10/21/2022  RFO - Family Law

10/21/2022  Minute Order

10/20/2022  170.6 CCP Peremptory Challenge

10/18/2022  Ex Parte Hearing

10/18/2022  Minute Order

10/18/2022  Notice

10/18/2022  Miscellaneous

10/17/2022  Witness List

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Subpoena

10/17/2022  Miscellaneous

| | |
|---|---|
| 10/14/2022 | Subpoena |
| 10/13/2022 | Remote Appearance - Scheduled |
| 10/13/2022 | Witness List |
| 10/13/2022 | Subpoena |
| 10/13/2022 | Subpoena |
| 10/13/2022 | Subpoena |
| 10/13/2022 | Subpoena |
| 10/13/2022 | Subpoena |
| 10/13/2022 | Proof of Service |
| 10/10/2022 | Request - Enter Default FL165 |
| 10/6/2022 | Request - Enter Default FL165 |
| 9/30/2022 | Appeal - Notice of Filing of Notice of Appeal |
| 9/28/2022 | Proof of Service |
| 9/28/2022 | Proof of Service of Summons |
| 9/21/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 9/16/2022 | Appeal - Notice of Appeal/Cross Appeal Filed |
| 9/16/2022 | Appeal - Record on Appeal Elected/Designated |
| 9/16/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 |
| 9/9/2022 | Appeal - Notice of Filing of Notice of Appeal |
| 9/6/2022 | Miscellaneous |
| 9/2/2022 | Hearing re: Peremptory Challenge |
| 9/2/2022 | Minute Order |
| 9/1/2022 | 170.6 CCP Peremptory Challenge |
| 8/30/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 8/30/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 |
| 8/30/2022 | Appeal - Notice of Appeal/Cross Appeal Filed |
| 8/25/2022 | Restraining Order Hearing |
| 8/25/2022 | Restraining Order After Hearing (Form 130) |
| 8/25/2022 | Minute Order |
| 8/25/2022 | Request to Continue and Reissue TRO (Form 115) |
| 8/25/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) |
| 8/25/2022 | Supplemental |
| 8/25/2022 | Miscellaneous |
| 8/25/2022 | Miscellaneous |
| 8/25/2022 | RFO/MTN - Family Law |
| 8/24/2022 | Affidavit |
| 8/23/2022 | Notice |
| 8/22/2022 | Miscellaneous |
| 8/22/2022 | Supplemental |
| 8/19/2022 | Exhibit List |

| | |
|---|---|
| 8/18/2022 | Witness List |
| 8/14/2022 | Remote Appearance - Scheduled |
| 7/18/2022 | Ex Parte - Application |
| 7/15/2022 | Hearing re: Peremptory Challenge |
| 7/15/2022 | Minute Order |
| 7/15/2022 | 170.6 CCP Peremptory Challenge |
| 7/15/2022 | Order - File New Litigation by Vexatious Litigant |
| 7/11/2022 | Request - File New Litigation by Vexatious Litigant |
| 7/11/2022 | Response (Amended) |
| 7/8/2022 | Declaration |
| 7/7/2022 | Response - Workplace Violence (non-violence) |
| 7/6/2022 | Declaration |
| 7/1/2022 | Ex Parte Hearing |
| 7/1/2022 | Minute Order |
| 7/1/2022 | Ex Parte - Application |
| 6/29/2022 | Restraining Order Hearing |
| 6/29/2022 | Restraining Order Hearing |
| 6/29/2022 | Stipulation - Appointment of Court Commissioner |
| 6/29/2022 | Minute Order |
| 6/29/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) |
| 6/29/2022 | Minute Order |
| 6/28/2022 | Remote Appearance - Scheduled |
| 6/25/2022 | Remote Appearance - Scheduled |
| 6/23/2022 | Ex Parte Hearing |
| 6/23/2022 | Ex Parte Hearing |
| 6/23/2022 | Minute Order |
| 6/23/2022 | Minute Order |
| 6/23/2022 | Ex Parte - Application |
| 6/22/2022 | Ex Parte Hearing |
| 6/22/2022 | Minute Order |
| 6/22/2022 | Ex Parte - Application |
| 6/20/2022 | Non-Appearance Case Review |
| 6/20/2022 | Ex Parte Hearing |
| 6/20/2022 | 170.6 CCP Peremptory Challenge |
| 6/20/2022 | Minute Order |
| 6/20/2022 | Minute Order |
| 6/20/2022 | Proof of Service |
| 6/20/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 6/20/2022 | Ex Parte - Application |
| 6/9/2022 | Temporary Restraining Order (Form 110) |

| | |
|---|---|
| 6/9/2022 | Notice - Court Hearing (Form 109) |
| 6/9/2022 | Affidavit |
| 6/8/2022 | Proposed Form 109 - Notice - Court Hearing |
| 6/8/2022 | Petition - Workplace Violence (violence) |
| 6/8/2022 | Proposed Form 110 Temporary Restraining Order |
| 6/8/2022 | Proposed Form 130 Restraining Order After Hearing |

Back To Top

4/2/2026

EX PARTE APPICATION FOR ORDER TO PAY ADRIAN DAMICO MOON Seven (7) Million Dollars OF Estate Claim

(Proposed) ORDER THEREON

4/2/2026

Motion C (8) pages

 **Language Access**
English ▾

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

**CASE INFORMATION:** 22STPB08696

**Case Title:** CLAYTON, INA SMILEY - DECEDENT

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 9/1/2022

**Case Type:** Decedent's Estate (General Jurisdiction)

**Status:** Open on 9/1/2022

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

**Consolidated Case** 22STPB09061

**Related Subject / Party** 22STRO03521

[Print]  [New Search]

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| BJORKLUND ROBERT L | Probate Referee |
| CLAYTON INA SMILEY | Decedent |
| MOON ADRIAN D. | Interested Party |
| MOON ADRIAN D. | Petitioner |
| RODAS CATALINA | Attorney for Petitioner |
| WILKES KATHERINE | Petitioner |

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | |
|---|---|---|
| 12/19/2024 | Minute Order | Filed by |
| 8/21/2024 | Minute Order | Filed by |

Motion (7) pages

| Date | Description | Filed by |
|---|---|---|
| 7/19/2024 | Minute Order | Filed by |
| 7/18/2024 | Remote Appearance - Scheduled | Filed by Decedent |
| 7/18/2024 | Remote Appearance - Scheduled | Filed by Petitioner |
| 11/13/2023 | Mail - Returned Mail Returned Mail Mail | Filed by |
| 11/13/2023 | Minute Order | Filed by |
| 11/9/2023 | Notice Notice (Comment) | Filed by Petitioner |
| 10/17/2023 | Notice - Related Cases | Filed by Petitioner |
| 7/24/2023 | Notice | Filed by Petitioner |
| 6/20/2023 | Mail - Returned Mail RETURNED MAIL-MAIL | Filed by |
| 6/7/2023 | Minute Order | Filed by |
| 5/30/2023 | Substitution of Attorney | Filed by Petitioner |
| 5/25/2023 | Ex Parte - Order Denied Without Prejudice | Filed by Petitioner |
| 5/23/2023 | Ex Parte - Application Ex Parte Application to advance hearing | Filed by Petitioner |
| 4/14/2023 | Mail - Returned Mail RETURNED MAIL-MAIL | Filed by |
| 3/23/2023 | Minute Order | Filed by |
| 3/21/2023 | Ex Parte - Application Ex Parte Application - $60.00 (Applications) | Filed by Petitioner |
| 3/21/2023 | Ex Parte - Order Denied Without Prejudice | Filed by Petitioner |
| 3/20/2023 | Ex Parte - Application Nunc Pro Tunc Order Ex Parte - Application Nunc Pro Tunc Order | Filed by Petitioner |
| 2/21/2023 | Notice - Ruling Notice of Proceedings Re petition | Filed by |
| 2/17/2023 | Minute Order | Filed by |
| 2/16/2023 | Remote Appearance - Scheduled | Filed by Decedent |
| 2/16/2023 | Remote Appearance - Scheduled | Filed by Petitioner |
| 2/16/2023 | Remote Appearance - Scheduled | Filed by Petitioner |
| 1/11/2023 | Miscellaneous Document - Request for Copies | Filed by |
| 12/8/2022 | Notice - Ruling Notice of Ruling | Filed by |
| 12/7/2022 | Minute Order | Filed by |
| 12/5/2022 | Objection B.O.S. Claims #22-4411118 Leading Pending Related Cases: Moon et. al. v. City/County of L.A. et. al., 2:20-CV-02291-DOC (res) U.S. Central Dist. Ct; 22STRO03521; 22STRO03447; 22STCP00120 Superior Ct. "Objection" Ex Parte Application for Motion to File Another Answer in Intervention Pursuant to Clerk Lourdes Caterio, Adm II. Date: December 7, 2022 Time: 8:30 a.m. or soon | Filed by Interested Party |

thereafter to be heard Dept: 45 or 67 Loc: 111 North Hill St. L.A. CA 90012 Honorable Successor Mel Red Recona, Judge, presiding COVID-19: HOST, HOAX, OR HOLY SPIRIT

| Date | Description | Filed |
|---|---|---|
| 12/5/2022 | Objection B.O.S. Claims #22-4411118 Leading Pending Related Cases: Moon et. al. v. City/County of L.A. et. al., 2:20-CV-02291-DOC (res) U.S. Central Dist. Ct; 22STRO03521; 22STRO03447; 22STCP00120 Superior Ct. "Objection" Notice to Successor Judge Daniel Juarez of the Stipulation Agreement Between the Parties et. al. Date: December 7, 2022 Time: 8:30 a.m. or soon thereafter to be heard Dept: 67 Loc: 111 North Hill St. L.A. CA 90012 Honorable Successor Daniel Juarez, Judge, presiding COVID-19: HOST, HOAX, OR HOLY SPIRIT | Filed by Interested Party |
| 11/29/2022 | Miscellaneous Document -Request For Copies | Filed by |
| 11/29/2022 | Order - Media Request to Permit Coverage MC510 Granted | Filed by |
| 11/29/2022 | Order - Media Request to Permit Coverage MC510 Granted | Filed by |
| 11/28/2022 | Proof of Publication | Filed by Petitioner |
| 11/28/2022 | Subpoena | Filed by Petitioner |
| 11/28/2022 | Subpoena | Filed by Petitioner |
| 11/28/2022 | Subpoena | Filed by Petitioner |
| 11/28/2022 | Subpoena | Filed by Petitioner |
| 11/28/2022 | Subpoena | Filed by Petitioner |
| 11/18/2022 | Notice - Petition to Administer Estate | Filed by Petitioner |
| 11/18/2022 | Request - Special Notice (No Fee) | Filed by Petitioner |
| 11/14/2022 | Notice Notice of Petition to Administer Estate of Ina Smiley Clayton | Filed by Petitioner |
| 11/10/2022 | 170.6 CCP Peremptory Challenge - Denied. | Filed by Petitioner |
| 11/10/2022 | Minute Order | Filed by |
| 11/9/2022 | Notice to the Honorable Daniel Juarez, Judge of the Criminal Complaint | Filed by Petitioner |
| 10/26/2022 | Miscellaneous Document -Request for Copies | Filed by |
| 10/26/2022 | Notice | Filed by Petitioner |
| 10/21/2022 | Minute Order | Filed by |
| 10/17/2022 | Miscellaneous Document Request for Copies | Filed by |
| 10/12/2022 | Minute Order | Filed by |
| 10/7/2022 | 170.6 CCP Peremptory Challenge | Filed by Petitioner |
| 10/7/2022 | Miscellaneous Document Request for Copies | Filed by |
| 10/5/2022 | Miscellaneous Document Request For Copies | Filed by |

| Date | Description | Filed by |
|---|---|---|
| 10/4/2022 | DISP: Denied-Initial Petition-Before Crt Hrg/Trial | Filed by |
| 10/4/2022 | Minute Order | Filed by |
| 10/3/2022 | Notice to the Honorable Deborah L. Christian, Judge of Stipulation Agreement Between the Parties to Consolidate Case 22STPB09061 Into This Instant Lead Case Et. Seq. | Filed by Interested Party |
| 9/1/2022 | Cover Sheet - Initial (PRO 010) | Filed by |
| 9/1/2022 | Duties and Liabilities - Personal Representative | Filed by Petitioner |
| 9/1/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Petitioner |
| 9/1/2022 | Notice - Petition to Administer Estate | Filed by Petitioner |
| 9/1/2022 | Petition - Letters of Administration (Initial) | Filed by Petitioner |
| 9/1/2022 | Proof - Holographic Instrument | Filed by Petitioner |
| 9/1/2022 | Proof of Subscribing Witness | Filed by Petitioner |

# PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| Date/Time | Department | Type | Result |
|---|---|---|---|
| 12/19/2024 8:30 AM | Department Probate Department 62 | OSC Re Petition for Final Distribution or Status Report | Held - OSC Hearing Off Calendar |
| 8/21/2024 8:30 AM | Department Probate Department 62 | OSC Re Petition for Final Distribution or Status Report | Held - Continued |
| 7/19/2024 8:30 AM | Department Probate Department 62 | OSC Re Petition for Final Distribution or Status Report | Held - Continued |
| 11/13/2023 8:30 AM | Department Non Probate Department | Non-Appearance Case Review | Held |
| 6/7/2023 8:30 AM | Department Non Probate Department | Ex Parte Hearing | Held - Motion Denied |
| 3/23/2023 8:30 AM | Department Non Probate Department | Ex Parte Hearing | Held - Motion Denied |
| 2/17/2023 8:30 AM | Department Probate Department 67 | Status Hearing | Held |
| 12/7/2022 8:30 AM | Department Probate Department 67 | Court Order Hearing | Held - Continued |
| 11/10/2022 8:30 AM | Department Probate Department 67 | Non-Appearance Case Review | Held |
| 10/21/2022 1:30 PM | Department Probate Department 44 | Court Order Hearing | Not Held - Court's Motion |
| 10/12/2022 1:30 PM | Department Probate Department 44 | Court Order Hearing | Held |

| 10/4/2022 1:30 PM | Department Probate Department 44 | Court Order Hearing | Not Held - Court's Motion |

## REGISTER OF ACTIONS

Case Information | **Register Of Actions** | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| 12/19/2024 | OSC Re Petition for Final Distribution or Status Report |
| 12/19/2024 | Minute Order |
| 8/21/2024 | OSC Re Petition for Final Distribution or Status Report |
| 8/21/2024 | Minute Order |
| 7/19/2024 | OSC Re Petition for Final Distribution or Status Report |
| 7/19/2024 | Minute Order |
| 7/18/2024 | Remote Appearance - Scheduled |
| 7/18/2024 | Remote Appearance - Scheduled |
| 11/13/2023 | Non-Appearance Case Review |
| 11/13/2023 | Minute Order |
| 11/13/2023 | Mail - Returned Mail |
| 11/9/2023 | Notice |
| 10/17/2023 | Notice - Related Cases |
| 7/24/2023 | Notice |
| 6/20/2023 | Mail - Returned Mail |
| 6/7/2023 | Ex Parte Hearing |
| 6/7/2023 | Minute Order |
| 5/30/2023 | Substitution of Attorney |
| 5/25/2023 | Ex Parte - Order |
| 5/23/2023 | Ex Parte - Application |
| 4/14/2023 | Mail - Returned Mail |
| 3/23/2023 | Ex Parte Hearing |
| 3/23/2023 | Minute Order |
| 3/21/2023 | Ex Parte - Order |
| 3/21/2023 | Ex Parte - Application |
| 3/20/2023 | Ex Parte - Application Nunc Pro Tunc Order |
| 2/21/2023 | Notice - Ruling |
| 2/17/2023 | Status Hearing |
| 2/17/2023 | Minute Order |
| 2/16/2023 | Remote Appearance - Scheduled |
| 2/16/2023 | Remote Appearance - Scheduled |
| 2/16/2023 | Remote Appearance - Scheduled |
| 1/11/2023 | Miscellaneous Document |
| 12/8/2022 | Notice - Ruling |

| | |
|---|---|
| 12/7/2022 | Court Order Hearing |
| 12/7/2022 | Minute Order |
| 12/5/2022 | Objection |
| 12/5/2022 | Objection |
| 11/29/2022 | Miscellaneous Document |
| 11/29/2022 | Order - Media Request to Permit Coverage MC510 |
| 11/29/2022 | Order - Media Request to Permit Coverage MC510 |
| 11/28/2022 | Subpoena |
| 11/28/2022 | Subpoena |
| 11/28/2022 | Proof of Publication |
| 11/28/2022 | Subpoena |
| 11/28/2022 | Subpoena |
| 11/28/2022 | Subpoena |
| 11/18/2022 | Request - Special Notice (No Fee) |
| 11/18/2022 | Notice - Petition to Administer Estate |
| 11/14/2022 | Notice |
| 11/10/2022 | Non-Appearance Case Review |
| 11/10/2022 | Minute Order |
| 11/10/2022 | 170.6 CCP Peremptory Challenge |
| 11/9/2022 | Notice |
| 10/26/2022 | Notice |
| 10/26/2022 | Miscellaneous Document |
| 10/21/2022 | Court Order Hearing |
| 10/21/2022 | Minute Order |
| 10/17/2022 | Miscellaneous Document |
| 10/12/2022 | Court Order Hearing |
| 10/12/2022 | Minute Order |
| 10/7/2022 | 170.6 CCP Peremptory Challenge |
| 10/7/2022 | Miscellaneous Document |
| 10/5/2022 | Miscellaneous Document |
| 10/4/2022 | Court Order Hearing |
| 10/4/2022 | Minute Order |
| 10/4/2022 | DISP: Denied-Initial Petition-Before Crt Hrg/Trial |
| 10/3/2022 | Notice |
| 9/1/2022 | Cover Sheet - Initial (PRO 010) |
| 9/1/2022 | Petition - Letters of Administration (Initial) |
| 9/1/2022 | Proof of Subscribing Witness |
| 9/1/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 9/1/2022 | Proof - Holographic Instrument |
| 9/1/2022 | Notice - Petition to Administer Estate |

9/1/2022     Duties and Liabilities - Personal Representative

Back To Top

4/2/2026

EX PARTE Application to deem Tulikka Coe a Vexatious litigant (proposed) ORDER thereon

4/12/2026

Motion D (11) pages

 **Language Access**
English ▾

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

**CASE INFORMATION:** 22STRO03521

Case Title:        CLAYTON, FELICIA TULIKKA VS MOON, ADRIAN DAMICO

Filing Courthouse:  Stanley Mosk Courthouse

Filing Date:       6/13/2022

Case Type:         Civil Harassment Prevention (General Jurisdiction)

Status:            Statistical Disposition on 8/17/2022

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Related Subject / Party  22STPB08696

〔 Print 〕  〔 New Search 〕

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

CLAYTON FELICIA TULIKKA  Petitioner

CLAYTON FELICIA TULIKKA  Respondent (to Appeal)

MOON ADRIAN DAMICO      Respondent

MOON ADRIAN DAMICO      Appellant

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| 12/1/2023 | Nunc Pro Tunc Minute Order | Filed by |
|---|---|---|
| 11/21/2023 | Mail - Returned Mail | Filed by |
| 11/13/2023 | Minute Order | Filed by |
| 11/9/2023 | Minute Order | Filed by |
| 11/9/2023 | Notice | Filed by |
| | | Respondent |

*Motion D (11) pages*

| Date | Description | Filed by |
|---|---|---|
| 11/9/2023 | Nunc Pro Tunc Minute Order | Filed by |
| 11/9/2023 | Order - File New Litigation by Vexatious Litigant Denied. | Filed by Respondent |
| 11/6/2023 | Application - Vacate Prefiling Order/Remove From VL List (Application forwarded to Spring Street Dept. 4 for ruling by Judge Murphy.) | Filed by Respondent |
| 11/6/2023 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Respondent |
| 11/6/2023 | Notice Notice (Comment) | Filed by Respondent |
| 11/6/2023 | Order - File New Litigation by Vexatious Litigant Denied. | Filed by Respondent |
| 11/6/2023 | Request - File New Litigation by Vexatious Litigant | Filed by |
| 11/3/2023 | Request - File New Litigation by Vexatious Litigant | Filed by |
| 4/5/2023 | Appeal - Remittitur - Appeal Dismissed B323123 | Filed by |
| 2/23/2023 | Appeal - Remittitur - Appeal Dismissed (B323123) "R" Appeal | Filed by |
| 1/27/2023 | Appellate Order Dismissing Appeal NOA 08/30/2022 B323123 | Filed by |
| 12/21/2022 | Appellate Order Dismissing Appeal NOA 09/16/2022 "R" B323123 | Filed by |
| 11/8/2022 | Ex Parte - Application Stipulation to Terminate Restraining Order | Filed by Respondent |
| 11/8/2022 | Minute Order | Filed by |
| 11/7/2022 | Ex Parte - Application Rejected; No VL-110 and VL-115 | Filed by Respondent |
| 11/4/2022 | Ex Parte - Application Change Domestic Violence Order | Filed by Respondent |
| 11/4/2022 | Minute Order | Filed by |
| 11/4/2022 | Minute Order | Filed by |
| 11/4/2022 | Order - File New Litigation by Vexatious Litigant | Filed by Respondent |
| 11/4/2022 | Request - File New Litigation by Vexatious Litigant | Filed by |
| 10/25/2022 | 170.6 CCP Peremptory Challenge | Filed by Respondent |
| 10/25/2022 | Ex Parte - Application Change DVO, Prop Control, Arrest Pet | Filed by Respondent |
| 10/25/2022 | Minute Order | Filed by |
| 10/25/2022 | Minute Order | Filed by |
| 10/25/2022 | Nunc Pro Tunc Minute Order | Filed by |
| 10/25/2022 | Order - File New Litigation by Vexatious Litigant | Filed by Respondent |
| 10/25/2022 | Request - File New Litigation by Vexatious Litigant | Filed by |
| 10/24/2022 | Minute Order | Filed by |
| 10/24/2022 | Order - File New Litigation by Vexatious Litigant | Filed by Respondent |
| 10/24/2022 | Request - File New Litigation by Vexatious Litigant | Filed by |
| 9/30/2022 | Appeal - Notice of Filing of Notice of Appeal "R" | Filed by |

| Date | Description | Filed by |
|------|-------------|----------|
| 9/21/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Respondent |
| 9/16/2022 | Appeal - Notice of Appeal/Cross Appeal Filed "R" General Appeal | Filed by Respondent |
| 9/16/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 "R" Filed With Proof of Service | Filed by Respondent |
| 9/16/2022 | Appeal - Record on Appeal Elected/Designated Clerk Transcript; No Reporter Transcript; | Filed by |
| 9/9/2022 | Appeal - Notice of Filing of Notice of Appeal | Filed by |
| 9/8/2022 | Order - File New Litigation by Vexatious Litigant | Filed by Respondent |
| 9/8/2022 | Request - File New Litigation by Vexatious Litigant | Filed by |
| 8/30/2022 | Appeal - Notice of Appeal/Cross Appeal Filed General Appeal | Filed by Respondent |
| 8/30/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 Filed With Proof of Service | Filed by Respondent |
| 8/30/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Respondent |
| 8/26/2022 | Fee Waiver - Order on Court Fee Waiver - Denied FW003 | Filed by Respondent |
| 8/22/2022 | Ex Parte - Application Consolidation of Cases | Filed by Respondent |
| 8/22/2022 | Minute Order | Filed by |
| 8/22/2022 | Minute Order | Filed by |
| 8/22/2022 | Miscellaneous Request for Copies | Filed by Respondent |
| 8/22/2022 | Order - File New Litigation by Vexatious Litigant re Request to Consolidate Cases and Propterty Control - DENIED | Filed by Respondent |
| 8/22/2022 | Order - File New Litigation by Vexatious Litigant re Request to Terminate Restraining Order - DENIED | Filed by Respondent |
| 8/22/2022 | Request - File New Litigation by Vexatious Litigant re Request to Consolidate Cases and Propterty Control | Filed by |
| 8/22/2022 | Request - File New Litigation by Vexatious Litigant re Request to Terminate Restraining Order | Filed by |
| 8/18/2022 | Declaration - Ex Parte Notice (No Notice Given) | Filed by Petitioner |
| 8/18/2022 | Ex Parte - Application Change CHRO | Filed by Petitioner |
| 8/17/2022 | Minute Order | Filed by |
| 8/17/2022 | Restraining Order After Hearing (Form 130) | Filed by Petitioner |
| 8/16/2022 | Exhibit List | Filed by Respondent |
| 8/16/2022 | Miscellaneous RESPONDENTS-VICTIM 'daredeemer's OPENING STATEMENT | Filed by Respondent |

| | | |
|---|---|---|
| 8/16/2022 | Notice To the honorable Alexander C.D Giza, judgeof petitioners Clayton's vioation of domestic violence court order of Aug 5,2022 | Filed by Respondent |
| 8/16/2022 | Witness List | Filed by Respondent |
| 8/14/2022 | Remote Appearance - Scheduled | Filed by Respondent |
| 8/12/2022 | Ex Parte - Application Rejected | Filed by Respondent |
| 8/12/2022 | Order - File New Litigation by Vexatious Litigant Denied Ex Parte Applicatioon | Filed by Respondent |
| 8/12/2022 | Request - File New Litigation by Vexatious Litigant Denied Ex Parte Application | Filed by |
| 8/10/2022 | Ex Parte - Application to Strike Petition Filed on June 13, 2022 | Filed by Respondent |
| 8/10/2022 | Minute Order | Filed by |
| 8/10/2022 | Order - File New Litigation by Vexatious Litigant Denied - re Application to Strike Petitioner Filed on June 13, 2022 | Filed by Respondent |
| 8/10/2022 | Request - File New Litigation by Vexatious Litigant re Strike Petition - Request Denied, See Order filed 08.10.22 | Filed by |
| 8/8/2022 | 170.3 CCP Challenge to Judicial Officer for Cause (previously denied on the record 08/05/22) | Filed by Respondent |
| 8/8/2022 | Miscellaneous Request for Copies | Filed by Respondent |
| 8/5/2022 | 170.1 CCP Motion to Disqualify Filed on Demand Form VL-100 | Filed by Respondent |
| 8/5/2022 | Minute Order | Filed by |
| 8/5/2022 | Minute Order | Filed by |
| 8/5/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) | Filed by Petitioner |
| 8/4/2022 | Remote Appearance - Scheduled | Filed by Respondent |
| 8/1/2022 | Supplemental Re: Supplemental Evidence In Support Of Daredeemer's Response CH-120 To Petitioner-Defendant Felicia Tulikka Clayton | Filed by Respondent |
| 7/29/2022 | Order - File New Litigation by Vexatious Litigant Denied. | Filed by Respondent |
| 7/22/2022 | Application - Vacate Prefiling Order/Remove From VL List Received July 21, 2022 re Request for Temporary Restraining Order | Filed by Respondent |
| 7/22/2022 | Order - File New Litigation by Vexatious Litigant Received July 21, 2022 re Request for Temporary Restraining Order | Filed by Respondent |
| 7/22/2022 | Order - Vacate Prefiling Order/Remove From VL List Received July 21, 2022 re Request for Temporary Restraining Order | Filed by Respondent |
| 7/22/2022 | Prefiling Order-Vexatious Litigant Received July 21, 2022 re Request for Temporary Restraining Order *This forms was recycled and resused by Respondent | Filed by |
| 7/22/2022 | Request - File New Litigation by Vexatious Litigant Received July 21, 2022 - Request for Temporary Restraining Order | Filed by |

| Date | Description | Filed By |
|---|---|---|
| 7/20/2022 | Order - File New Litigation by Vexatious Litigant Recieved 7/20/22. Re: Ex Parte | Filed by Respondent |
| 7/20/2022 | Prefiling Order-Vexatious Litigant Recieved 7/20/22. Re: Ex Parte | Filed by |
| 7/20/2022 | Request - File New Litigation by Vexatious Litigant Recieved 7/20/22. Re: Ex Parte | Filed by |
| 7/19/2022 | Ex Parte - Application re Advance Hrg of 8/5: Rejected; No Prefiling Order, ETC. | Filed by Respondent |
| 7/18/2022 | Ex Parte - Application re Notice of Non-Opp; Rejected - No Prefiling Order, etc. | Filed by Respondent |
| 7/14/2022 | Order - File New Litigation by Vexatious Litigant Recieved 7/11/22. | Filed by Respondent |
| 7/14/2022 | Order - File New Litigation by Vexatious Litigant Recieved 7/12/22. | Filed by Respondent |
| 7/14/2022 | Order - File New Litigation by Vexatious Litigant Recieved 7/7/22. | Filed by Respondent |
| 7/14/2022 | Prefiling Order-Vexatious Litigant Recieved 7/11/22. | Filed by |
| 7/14/2022 | Prefiling Order-Vexatious Litigant Recieved 7/12/22. | Filed by |
| 7/14/2022 | Prefiling Order-Vexatious Litigant Recieved 7/7/22. | Filed by |
| 7/14/2022 | Request - File New Litigation by Vexatious Litigant Recieved 7/11/22. | Filed by |
| 7/14/2022 | Request - File New Litigation by Vexatious Litigant Recieved 7/12/22. | Filed by |
| 7/7/2022 | Request - File New Litigation by Vexatious Litigant Recieved 7/7/22. | Filed by |
| 7/6/2022 | Ex Parte - Application REJECTED; NO PREFLING ORDER; SEE MINUTE ORDER | Filed by Respondent |
| 7/6/2022 | Minute Order | Filed by |
| 7/5/2022 | Minute Order | Filed by |
| 7/5/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) | Filed by Petitioner |
| 7/5/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) | Filed by Petitioner |
| 7/5/2022 | Notice - Motion To WithdrawThe Peremptory Challenge C.C.P. Section 170.6 Against Patricia A. Young, Judge and Then Apply the Sole Peremptory Challenge against Anne Richardson, Judge C.C.P. Section 170.6 Et. Seq. | Filed by Respondent |
| 7/5/2022 | Response That Petitioner-defendant Felicia Tulikka Clayton Committed Crimes Against "daredeemer" in the Filing of This Instant Restraining Order Caswe | Filed by Respondent |
| 7/3/2022 | Remote Appearance - Scheduled | Filed by Respondent |
| 6/30/2022 | Minute Order | Filed by |
| 6/30/2022 | Request to Continue and Reissue TRO (Form 115) | Filed by Respondent |
| 6/27/2022 | Notice of Non-Stipulation to Defendant Laura Cohen, Commissioner et. seq. | Filed by Respondent |
| 6/24/2022 | Ex Parte - Application Rejected - No Prefiling or Order for Vexatious Litigant | Filed by Respondent |
| 6/24/2022 | Minute Order | Filed by |

| 6/23/2022 | Ex Parte - Application | Filed by Respondent |
| 6/23/2022 | Minute Order | Filed by |
| 6/21/2022 | Proof of Service by personal service | Filed by Petitioner |
| 6/20/2022 | 170.6 CCP Peremptory Challenge | Filed by Respondent |
| 6/20/2022 | Ex Parte - Application | Filed by Respondent |
| 6/20/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Respondent |
| 6/20/2022 | Minute Order | Filed by |
| 6/20/2022 | Minute Order | Filed by |
| 6/14/2022 | Civil Case Cover Sheet Addendum Attached | Filed by |
| 6/14/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 | Filed by Petitioner |
| 6/13/2022 | Notice - Court Hearing (Form 109) | Filed by Petitioner |
| 6/13/2022 | Petition - Civil Harassment (violence) | Filed by Petitioner |
| 6/13/2022 | Temporary Restraining Order (Form 110) Partly Granted | Filed by Petitioner |



## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| 12/1/2023 8:30 AM | Department Department 2 | Nunc Pro Tunc Order Hearing | Held - Order Made |
| 11/13/2023 8:30 AM | Department Department 2 | Non-Appearance Case Review | Held - Order Made |
| 11/9/2023 10:00 AM | Department Department 2 | Nunc Pro Tunc Order Hearing | Held - Order Made |
| 11/9/2023 8:30 AM | Department Department 2 | Non-Appearance Case Review | Held - Order Made |
| 11/8/2022 8:30 AM | Department Department 7 | Ex Parte Hearing | Denied |
| 11/4/2022 8:30 AM | Department Department 7 | Ex Parte Hearing | Denied |
| 11/4/2022 1:30 PM | Department Department 2 | Ex Parte Hearing | Denied |
| 10/25/2022 8:30 AM | Department Department 7 | Ex Parte Hearing | Denied |
| 10/25/2022 1:30 PM | Department Department 2 | Ex Parte Hearing | Denied |



| Date/Time | Department | Hearing Type | Result |
|---|---|---|---|
| 10/25/2022 1:30 PM | Department Department 2 | Nunc Pro Tunc Order Hearing | Held - Order Made |
| 10/24/2022 1:30 PM | Department Department 2 | Ex Parte Hearing | Denied |
| 8/22/2022 8:30 AM | Department Department 7 | Ex Parte Hearing | Denied |
| 8/22/2022 8:30 AM | Department Department 7 | Ex Parte Hearing | Denied |
| 8/17/2022 8:30 AM | Department Department 7 | Restraining Order Hearing | Granted - RO After Evidence by both |
| 8/10/2022 8:30 AM | Department Department 7 | Ex Parte Hearing | Denied |
| 8/5/2022 8:30 AM | Department Department 7 | Restraining Order Hearing | Held - Continued, TRO Reissued |
| 8/5/2022 8:30 AM | Department Department 2 | Restraining Order Hearing | Transfer - Different Department- This Hearing Only |
| 7/6/2022 1:30 PM | Department Department 2 | Ex Parte Hearing | Denied |
| 7/5/2022 1:30 PM | Department Department 43 | Restraining Order Hearing | Held - Continued, TRO Reissued |
| 6/30/2022 8:30 AM | Department Department 94 | Non-Appearance Case Review | Transfer - for all Purpose-Non Stip |
| 6/24/2022 8:30 AM | Department Department 94 | Ex Parte Hearing | Transfer - Different Department- This Hearing Only |
| 6/23/2022 8:30 AM | Department Department 25 | Ex Parte Hearing | Transfer - for all Purpose-Non Stip |
| 6/20/2022 8:30 AM | Department Department 25 | Ex Parte Hearing | Denied |
| 6/20/2022 8:30 AM | Department Department 13 | Non-Appearance Case Review | Held - Order Made |

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| 12/1/2023 | Nunc Pro Tunc Order Hearing |
| 12/1/2023 | Nunc Pro Tunc Minute Order |
| 11/21/2023 | Mail - Returned Mail |
| 11/13/2023 | Non-Appearance Case Review |
| 11/13/2023 | Minute Order |
| 11/9/2023 | Nunc Pro Tunc Order Hearing |
| 11/9/2023 | Non-Appearance Case Review |
| 11/9/2023 | Notice |
| 11/9/2023 | Nunc Pro Tunc Minute Order |

| 11/9/2023 | Minute Order |
| 11/9/2023 | Order - File New Litigation by Vexatious Litigant |
| 11/6/2023 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 11/6/2023 | Request - File New Litigation by Vexatious Litigant |
| 11/6/2023 | Application - Vacate Prefiling Order/Remove From VL List |
| 11/6/2023 | Order - File New Litigation by Vexatious Litigant |
| 11/6/2023 | Notice |
| 11/3/2023 | Request - File New Litigation by Vexatious Litigant |
| 4/5/2023 | Appeal - Remittitur - Appeal Dismissed |
| 2/23/2023 | Appeal - Remittitur - Appeal Dismissed |
| 1/27/2023 | Appellate Order Dismissing Appeal |
| 12/21/2022 | Appellate Order Dismissing Appeal |
| 11/8/2022 | Ex Parte Hearing |
| 11/8/2022 | Minute Order |
| 11/8/2022 | Ex Parte - Application |
| 11/7/2022 | Ex Parte - Application |
| 11/4/2022 | Ex Parte Hearing |
| 11/4/2022 | Ex Parte Hearing |
| 11/4/2022 | Order - File New Litigation by Vexatious Litigant |
| 11/4/2022 | Minute Order |
| 11/4/2022 | Request - File New Litigation by Vexatious Litigant |
| 11/4/2022 | Minute Order |
| 11/4/2022 | Ex Parte - Application |
| 10/25/2022 | Ex Parte Hearing |
| 10/25/2022 | Ex Parte Hearing |
| 10/25/2022 | Nunc Pro Tunc Order Hearing |
| 10/25/2022 | Order - File New Litigation by Vexatious Litigant |
| 10/25/2022 | Request - File New Litigation by Vexatious Litigant |
| 10/25/2022 | 170.6 CCP Peremptory Challenge |
| 10/25/2022 | Minute Order |
| 10/25/2022 | Minute Order |
| 10/25/2022 | Nunc Pro Tunc Minute Order |
| 10/25/2022 | Ex Parte - Application |
| 10/24/2022 | Ex Parte Hearing |
| 10/24/2022 | Request - File New Litigation by Vexatious Litigant |
| 10/24/2022 | Order - File New Litigation by Vexatious Litigant |
| 10/24/2022 | Minute Order |
| 9/30/2022 | Appeal - Notice of Filing of Notice of Appeal |
| 9/21/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 9/16/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 |

| | |
|---|---|
| 9/16/2022 | Appeal - Notice of Appeal/Cross Appeal Filed |
| 9/16/2022 | Appeal - Record on Appeal Elected/Designated |
| 9/9/2022 | Appeal - Notice of Filing of Notice of Appeal |
| 9/8/2022 | Request - File New Litigation by Vexatious Litigant |
| 9/8/2022 | Order - File New Litigation by Vexatious Litigant |
| 8/30/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 8/30/2022 | Appeal - Ntc Designating Record of Appeal APP-003/010/103 |
| 8/30/2022 | Appeal - Notice of Appeal/Cross Appeal Filed |
| 8/26/2022 | Fee Waiver - Order on Court Fee Waiver - Denied FW003 |
| 8/22/2022 | Ex Parte Hearing |
| 8/22/2022 | Ex Parte Hearing |
| 8/22/2022 | Minute Order |
| 8/22/2022 | Minute Order |
| 8/22/2022 | Ex Parte - Application |
| 8/22/2022 | Miscellaneous |
| 8/22/2022 | Request - File New Litigation by Vexatious Litigant |
| 8/22/2022 | Order - File New Litigation by Vexatious Litigant |
| 8/22/2022 | Request - File New Litigation by Vexatious Litigant |
| 8/22/2022 | Order - File New Litigation by Vexatious Litigant |
| 8/18/2022 | Declaration - Ex Parte Notice (No Notice Given) |
| 8/18/2022 | Ex Parte - Application |
| 8/17/2022 | Restraining Order Hearing |
| 8/17/2022 | Minute Order |
| 8/17/2022 | Restraining Order After Hearing (Form 130) |
| 8/16/2022 | Witness List |
| 8/16/2022 | Exhibit List |
| 8/16/2022 | Miscellaneous |
| 8/16/2022 | Notice |
| 8/14/2022 | Remote Appearance - Scheduled |
| 8/12/2022 | Request - File New Litigation by Vexatious Litigant |
| 8/12/2022 | Order - File New Litigation by Vexatious Litigant |
| 8/12/2022 | Ex Parte - Application |
| 8/10/2022 | Ex Parte Hearing |
| 8/10/2022 | Minute Order |
| 8/10/2022 | Order - File New Litigation by Vexatious Litigant |
| 8/10/2022 | Request - File New Litigation by Vexatious Litigant |
| 8/10/2022 | Ex Parte - Application |
| 8/8/2022 | 170.3 CCP Challenge to Judicial Officer for Cause |
| 8/8/2022 | Miscellaneous |
| 8/5/2022 | Restraining Order Hearing |

| | |
|---|---|
| 8/5/2022 | Restraining Order Hearing |
| 8/5/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) |
| 8/5/2022 | Minute Order |
| 8/5/2022 | Minute Order |
| 8/5/2022 | 170.1 CCP Motion to Disqualify |
| 8/4/2022 | Remote Appearance - Scheduled |
| 8/1/2022 | Supplemental |
| 7/29/2022 | Order - File New Litigation by Vexatious Litigant |
| 7/22/2022 | Request - File New Litigation by Vexatious Litigant |
| 7/22/2022 | Order - File New Litigation by Vexatious Litigant |
| 7/22/2022 | Order - Vacate Prefiling Order/Remove From VL List |
| 7/22/2022 | Application - Vacate Prefiling Order/Remove From VL List |
| 7/22/2022 | Prefiling Order-Vexatious Litigant |
| 7/20/2022 | Prefiling Order-Vexatious Litigant |
| 7/20/2022 | Request - File New Litigation by Vexatious Litigant |
| 7/20/2022 | Order - File New Litigation by Vexatious Litigant |
| 7/19/2022 | Ex Parte - Application |
| 7/18/2022 | Ex Parte - Application |
| 7/14/2022 | Request - File New Litigation by Vexatious Litigant |
| 7/14/2022 | Order - File New Litigation by Vexatious Litigant |
| 7/14/2022 | Prefiling Order-Vexatious Litigant |
| 7/14/2022 | Prefiling Order-Vexatious Litigant |
| 7/14/2022 | Request - File New Litigation by Vexatious Litigant |
| 7/14/2022 | Order - File New Litigation by Vexatious Litigant |
| 7/14/2022 | Prefiling Order-Vexatious Litigant |
| 7/14/2022 | Order - File New Litigation by Vexatious Litigant |
| 7/7/2022 | Request - File New Litigation by Vexatious Litigant |
| 7/6/2022 | Ex Parte Hearing |
| 7/6/2022 | Minute Order |
| 7/6/2022 | Ex Parte - Application |
| 7/5/2022 | Restraining Order Hearing |
| 7/5/2022 | Minute Order |
| 7/5/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) |
| 7/5/2022 | Notice - Hearing & Order on Reissuance TRO (Form 116) |
| 7/5/2022 | Response |
| 7/5/2022 | Notice - Motion |
| 7/3/2022 | Remote Appearance - Scheduled |
| 6/30/2022 | Non-Appearance Case Review |
| 6/30/2022 | Minute Order |
| 6/30/2022 | Request to Continue and Reissue TRO (Form 115) |

| | |
|---|---|
| 6/27/2022 | Notice |
| 6/24/2022 | Ex Parte Hearing |
| 6/24/2022 | Minute Order |
| 6/24/2022 | Ex Parte - Application |
| 6/23/2022 | Ex Parte Hearing |
| 6/23/2022 | Ex Parte - Application |
| 6/23/2022 | Minute Order |
| 6/21/2022 | Proof of Service |
| 6/20/2022 | Ex Parte Hearing |
| 6/20/2022 | Non-Appearance Case Review |
| 6/20/2022 | 170.6 CCP Peremptory Challenge |
| 6/20/2022 | Ex Parte - Application |
| 6/20/2022 | Minute Order |
| 6/20/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 6/20/2022 | Minute Order |
| 6/14/2022 | Fee Waiver - Order on Court Fee Waiver - Granted FW003 |
| 6/14/2022 | Civil Case Cover Sheet |
| 6/13/2022 | Notice - Court Hearing (Form 109) |
| 6/13/2022 | Petition - Civil Harassment (violence) |
| 6/13/2022 | Temporary Restraining Order (Form 110) |

Back To Top

4/2/2026