LODGED

Adrian Damian Moon (Full Name)

921 La Canada Verdugo Road (Address Line 1)

Altadena CA 91001 (Address Line 2)

(771) 215-8153 (Phone Number)

Attorney in Pro Per Se
(indicate Plaintiff or Defendant)

2026 APR -3 PM 4: 04

CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L.A. Alliance Human
Rights, Adrian Damico Moon,
            Plaintiffs, et al )

    vs.

Satan, roes/does
1-350 Exclusively
et. al

                        )
                        )
            Defendant(s).    )
Roes/Does 1-350 Inclusively )

Case No.: 2:20-CV-02291-DOC
(rest)

**PROOF OF SERVICE BY MAIL**
AND EMAIL

I, Adrian _____, declare as follows:
(name of person serving documents)

My address is 921 La Canada Verdugo
Road, Altadena CA 91001 , which is located in the
county where the mailing described below took place.

1
Proof of Service

Pro Se Clinic Form

On _April 3, 2026_, I served the document(s) described as:
(date of mailing)

Notice of Appeal And Motion to
(list the names of the documents you are mailing)
Consolidate C.O.A. case nos. 26-784,
26-1589 into this case; Request
and order to proceed in forma Pauperis

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in ___LA    CA___,
(city and state of mailing)

addressed to:

David orman Carter (name)
441 4th St Santa (address)
Ana CA 92201 (address)
DOC chambers (address)

Karlen Dubow (name)
441 4th Street (address)
Santa Ana 92701 (address)
_____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 3, 2026_ at _L.A, CA_.
(date)    (city and state of signing)

_____
(sign)
Adrian Moon
(print name)

Pro Se Clinic Form          Proof of Service

**FROM DA KINGDOM OF Adrian 'daredeemer'**
By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one

926 La Canada Verdugo Road

Altadena, CA. 91001

Cell( 771)215-8153  admoon172@gmail.com

2026 APR -3  PH 3: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY: _____

LODGED

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA CENTRAL DISTRICT OF CALIFORNIA

L.A. ALLIANCE HUE-MAN RIGHTS , ADRIAN DAMICO MOON, AN INDIVIDUAL SNAP RECIEPT AND ALSO SUING AS CZAR OF HOMELESSNESS AND ANTI-SEMITIC REFORM,  ET. AL. ,

Plaintiffs, Petitioners,

Appellants,

vs.

COUNTY AND CITY OF LOS ANGELES, ET. AL.,

Defendants, Respondents ,

Appellees,

" JUDGMENT IS COMING "
# $ 7,000,000,000.00

COVID-19: HOST, HOAX OR HOLY SPIRIT

Case No. **2:20-cv-02291-DOC (resx)**

SUPPLEMENTAL EVIDENCE IN SUPPORT OF:

EXTREME EMERGENCY UNDER PRE-FILING ORDER FOR LEAVE OF COURT TO ISSUES DEPOSITION SUBPOENAS AND PRODUCTION OF DOCUMENTS FROM DEFENDANTS MARY ANN MURPHY AND JILL CHRISTIE BODDIE OR IN DA ALTERNATIVE ISSUE ARREST WARRANTS  PURSUANT TO ANTI-STALKING (T.R.O. ) PURSUANT TO FEDERAL RULE OF CRIMINAL AND CIVIL PROCEDURE 4 ; 9;  65 (b) (1-4) ; 18 U.S.C. 2661; 241;242; 1201(a) ; 1113 ; 2381 ; 871-880 Chapter 41 ET. SEQ. SEE, READ, UNDERSTAND, AND CONSIDER AND TAKE JUDICIAL NOTICE OF CASES ON APPEAL CASE NO. 26-784 ; 26-1589 ET. SEQ. (Proposed ) ORDER THEREON

<u>OFFER OF PROOF</u>
<u>DECLARATION OF ADRIAN DAMICO MOON</u>
<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

EXTREME EMERGENCY UNDER PRE-FILING ORDER FOR MOTION FOR LEAVE OF COURT TO ISSUES DEPOSITION SUBPOENAS AND PRODUCTION OF DOCUMENTS FROM DEFENDANTS MARY ANN MURPHY AND JILL CHRISTIE BODDIE OR IN DA ALTERNATIVE ISSUE ARREST WARRANTS PURSUANT TO FEDERAL RULE OF CRIMINAL AND CIVIL PROCEDURE 4;9; 65 (B) (1-4) ET. SEQ.  - 1

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN# Chosen one
926 La Canada Verdugo Road
Altadena, CA. 91001
Cell( 771)215-8153  admoon172@gmail.com

LODGED

2026 APR -3 PM 3: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
BY: _____ LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **L.A. ALLIANCE HUE-MAN RIGHTS , ADRIAN DAMICO MOON,** AN INDIVIDUAL SNAP RECIEPT AND ALSO SUING AS CZAR OF HOMELESSNESS AND ANTI-SEMITIC REFORM,  ET. AL. , <br><br> Plaintiffs, Petitioners, <br><br> Appellants, <br><br> vs. <br><br> **COUNTY AND CITY OF LOS ANGELES, ET. AL.,** <br><br> Defendants, Respondents , Appellees, <br><br> **" JUDGMENT IS COMING "** <br> **# $ 7,000,000,000.00** <br><br><br> **COVID-19: HOST, HOAX OR HOLY SPIRIT** | Case No. **2:20-cv-02291-DOC (resx)** <br> *SECOND SUPPLEMENTAL EVIDENCE IN SUPPORT OF* <br> **EXTREME EMERGENCY UNDER PRE-FILING ORDER FOR LEAVE OF COURT TO ISSUES DEPOSITION SUBPOENAS AND PRODUCTION OF DOCUMENTS FROM DEFENDANTS MARY ANN MURPHY AND JILL CHRISTIE BODDIE OR IN DA ALTERNATIVE ISSUE ARREST WARRANTS  PURSUANT TO ANTI-STALKING (T.R.O. ) PURSUANT TO FEDERAL RULE OF CRIMINAL AND CIVIL PROCEDURE 4 ; 9;  65 (b) (1-4) ; 18 U.S.C. 2661; 241;242; 1201(a) ; 1113 ; 2381 ; 871-880 Chapter 41 ET. SEQ. SEE, READ, UNDERSTAND, AND CONSIDER AND TAKE JUDICIAL NOTICE OF CASES ON APPEAL CASE NO. 26-784 ; 26-1589 ET. SEQ. (Proposed ) ORDER THEREON** |

**OFFER OF PROOF**
**DECLARATION OF ADRIAN DAMICO MOON**
**MEMORANDUM OF POINTS AND AUTHORITIES**

EXTREME EMERGENCY UNDER PRE-FILING ORDER FOR MOTION FOR LEAVE OF COURT TO ISSUES DEPOSITION SUBPOENAS AND PRODUCTION OF DOCUMENTS FROM DEFENDANTS MARY ANN MURPHY AND JILL CHRISTIE BODDIE OR IN DA ALTERNATIVE ISSUE ARREST WARRANTS PURSUANT TO FEDERAL RULE OF CRIMINAL AND CIVIL PROCEDURE 4;9; 65 (B) (1-4) ET. SEQ.  - 1

**FROM DA KINGDOM OF Adrian 'daredeemer'**

By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

ADRIAN DAMICO MOON, GBN# Chosen one

926 La Canada Verdugo Road, Altadena Ca 91001

Cell ( 771) 215-8153  admmon172@gmail.com

2026 APR -3  PM 3: 25

U. S DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY:

## UNITED STATES DISTRICT COURT
### CIVIL AND CRIMINAL DIVISIONS
### IN DA CENTRAL DISTRICT OF CALIFORNIA

| L.A. ALLIANCE HUEMAN RIGHTS, ADRIAN DAMICO MOON ET. AL. , <br><br> PLAINTIFFS, PETITIONERS, AND APPELLANTS, <br><br> vs. <br><br> COUNTY AND CITY OF LOS ANGELES ET. AL. , <br><br> Defendants, Respondents, and Appellees, | Case No.  **2:20-cv-02291-DOC (resx)** <br><br><br> ( PROPOSED ) ORDER |

As these matters came by regularly to da Court and having considered attached Motions A- F Ex Parte Applications to da satisfaction that da court ought to grant these matters !

**FOR GOOD CAUSE SHOWING AND AGREED UPON BY ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IT IS SO ORDERED , THAT:**

1. All da Ex Parte Applications A through F are hereby granted in their entirety
2. Satan, roes /does 1-350 inclusively are found guilty for Stalking Petitioner Moon under 18 U.S.C. 2661, 1201(a) ; 1113 ; 2381 ; 871-880 Chapter 41.
3. Arrest Warrants shall issue immediately against Satan, roes/does 1-350 inclusively so that Respondents can await arraignment and bond hearings.
4. Default Judgment in da amount of Seven ( 7) Billion Dollars shall issue in favor of ADRIAN DAMICO MOON and against Satan , roes/does 1-350 inclusively forthwith...
5. All and Any orders and rulings  made by Edward Simpson, recused Judicial officer  in case Slusher/Garbutt  vs. Moon , case no. GC037352, GC040261, C040442 et. al.  shall be Vacated, Set-Aside, and Stricken from all court records, and these cases shall be Dismissed With Prejudice , Forthwith...

DATED: APRIL    , 2026

by: _____

HONORABLE                                    ,JUDGES

UNITED STATES CENTRAL DISTRCT COURT

( PROPOSED ) ORDER  - 1