**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                     Date:  April 9, 2026

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Deborah Lewman  <br> for Karlen Dubon  <br> Courtroom Clerk | Not Present <br> Court Reporter |
|---|---|
| ATTORNEYS PRESENT FOR <br> PLAINTIFF: <br> None Present | ATTORNEYS PRESENT FOR <br> DEFENDANT: <br> None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER GRANTING JOINT REQUEST TO CONTINUE RE STATUS REPORT [1202]**

The Court has read and considered the Parties' recently filed report (Dkt. 1202) concerning the status of the ongoing mediation conducted by Judge Birotte. The Court concludes the "substantial progress" toward settlement reported by the Parties is due to their good faith engagement in the mediation process as well as the skill and determination of Judge Birotte.

This Court initiated the pending contempt hearing involving settlement compliance by the City of Los Angeles; this Court must therefore approve any resolution of that issue proffered by the Parties. That having been said, the Court acknowledges and appreciates the continued effort by the Parties to reach agreement on many previously contested issues, and their joint request to continue the contempt hearing to allow them time to conduct additional settlement discussions between themselves and with Judge Birotte. The Court therefore **GRANTS** the Parties' request to once again continue the

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                                          Date: April 9, 2026
                                                                                            Page 2

contempt hearing, and sets the next hearing date for May 8, 2026, at 9 a.m. in Courtroom One at the First Street Courthouse in Los Angeles.

If the Parties believe they have reached a resolution of the issues they are negotiating with Judge Birotte, they are **ORDERED** to provide the Court with a written copy of their proposed settlement at their earliest convenience prior to May 6. If the Court receives such a document prior to May 8, 2026, it will consider vacating that hearing date.

The Clerk shall serve this minute order on the Parties.

MINUTES FORM 11                                          Initials of Deputy Clerk: djl

CIVIL-GEN