FILED

Name/Address of Attorney or Pro Per

Adrian D Moon
925 LA CANADA
VERDUGO Rd Altadena CA
Telephone (771) 215-8153  91001

☐ FPD   ☐ Apptd   ☐ CJA   ☐ Pro Per

2026 APR -6  PM 2:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ADRIAN DAMIEN MOON

PLAINTIFF(S),

v.

DAVID CARTER ET, AL.

DEFENDANT(S).

CASE NUMBER: 2:20-CV-02291-DOC (raSx)

**Motion and Affidavit for Leave to Appeal In Forma Pauperis:**   ☐ 28 U.S.C. 753(f)   ☑ 28 U.S.C. 1915

GN ) EXEMPT $ 1501

See consolidated appeal 26-1589
26-784

The undersigned **Adrian Moon**, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a. Not a vexatious litigants
   b. Judge Carter Strong for prison for a very long time;
   c. Denying (65) Anti-Stalking orders (T.R.O.)

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes   ☐ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?   ☐ Yes   ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

   _____
   _____
   _____

A-18 (04/10)   **MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS**   Page 1 of 2

c.  Are you presently employed in prison?  ☐ Yes    ☐ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

_____

d.  Do you own any cash or do you have money in a checking or savings account?  ☐ Yes    ☐ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _____

_____

e.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? _____

_____

f.  In what year did you last file an income tax return? _____

_____

g.  Approximately how much income did your last tax return reflect? _____

_____

h.  List the persons who are dependent upon you for support and state your relationship to those persons.

_____

_____

i.  State monthly expenses, itemizing the major items. _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

4 - 3 - 25
_____
Date

Adrian Moon
_____
Signature of Attorney
(Disregard if filed in propria persona)