**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-02291-DOC-KES                    Date:  April 14, 2026

Title: LA ALLIANCE FOR HUMAN RIGHTS, ET AL., V. CITY OF LOS ANGELES, ET AL.

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

|  Karlen Dubon  |  Not Present  |
|----------------|---------------|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|----------------------------------|----------------------------------|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING APRIL 23, 2026 HEARING**

Understanding that the parties have engaged in substantive mediation sessions with Judge Birotte since February 18, 2026 the Court ORDERS the parties to attend a status conference on Thursday, April 23, 2026 at 9AM in Courtroom 1 in the First Street Courthouse in Los Angeles.

As it stated in its previous minute order on April 9, 2026, "…the Court acknowledges and appreciates the continued effort by the Parties to reach agreement on many previously contested issues…" and the Court will be taking the next hearing date of May 8, 2026 off the calendar if the Parties are able to reach and provide the Court with a written copy of their proposed settlement. However, in the event that this does not occur, the Court will discuss with the Parties on April 23, 2026 witness availability for May 8, 2026.

The Clerk shall serve this minute order on the Parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN