Name/Address of Attorney or Pro Per

ADRIAN DAMICO MOON

926 LA CANADA VERDUGO ROAD

ALTADENA CA 91001

Telephone (771) 215-8153

☐ FPD      ☐ Apptd      ☐ CJA      ☒ Pro Per

**FILED**

**2026 APR 10  PM 3:41**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ADRIAN DAMICO MOON | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:20--CV-02291-DOC (resx) |
| v. | |
| DAVID ORMON CARTER, KARLEN DUBON ET.AL. | **Motion and Affidavit for Leave to Appeal In Forma Pauperis:**   ☒ **28 U.S.C. 753(f)** |
| DEFENDANT(S). | ☒ **28 U.S.C. 1915** |

The undersigned ADRIAN DAMICO MOON _____, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a. FILED A MOTION FOR LEAVE OF COURT PURSUANT TO PRE-FILING ORDER DATED SEPTEMBER 29, 2022

   b. NOT A VEXATIOUS LITIGANT

   c. OVER (70 ) PENDING ANTI-STALKING (T.R.O.)

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes    ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   _____

   _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?   ☐ Yes    ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

   _____    _____

   _____    _____

   _____    _____

c.   Are you presently employed in prison?  ☐ Yes   ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

_____

d.   Do you own any cash or do you have money in a checking or savings account?  ☐ Yes   ☐ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _____

_____

e.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? _____

_____

f.   In what year did you last file an income tax return? _2008_____

_____

g.   Approximately how much income did your last tax return reflect? _15,000.00_____

_____

h.   List the persons who are dependent upon you for support and state your relationship to those persons.

_____

_____

i.   State monthly expenses, itemizing the major items. _$2400.00 MONTHLY_____
     _____SNAP   RECIPIENT_____

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

4-9-2021
_____
Date

_____
Signature of Attorney
(Disregard if filed in propria persona)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DAMICO MOON | CASE NUMBER: |
| | 2:20-CV-02291-DOC (resx) |
| PLAINTIFF(S), | |
| v. | |
| DAVID ORMON CARTER , KARLEN DUBON ET. AL. | **ORDER ON MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS:** |
| | ☑ **28 U.S.C. 753(f)** |
| DEFENDANT(S). | ☑ **28 U.S.C. 1915** |

The Court, having reviewed the Motion for Leave to Appeal In Forma Pauperis and Affidavit thereto, hereby ORDERS: *(The check mark in the appropriate box indicates the Order made.)*

☐ **The court has considered the motion and the motion is DENIED.** The Court certifies that the proposed appeal is not taken in good faith under 28 U.S.C. 1915(a) and is frivolous, without merit and does not present a substantial question within the meaning of 28 U.S.C. 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cause.

_____          _____
*Date*                                                    *United States District Judge*

☐ **The Court has considered the motion and the motion is GRANTED.** It appears to the Court that the proposed appeal is taken in good faith within the meaning of 28 U.S.C. 1915(a). The Court certifies that the proposed appeal is not frivolous, that it presents a substantial question. The within moving party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Ninth Circuit without pre-payment of any fees or costs and without giving security therefor.

☐ A transcript is needed to decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 753 (f). The Court Reporter is directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedings had in this Court in this cause; the attorney for the appellant is advised that a copy of the transcript will be made available. The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915(c) and 753(f).

The Clerk is directed to serve copies of this Order upon the parties appearing in this cause.

_____          _____
*Date*                                                    *United States District Judge*