**F I L E D**
CLERK, U.S. DISTRICT COURT

07/30/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendant. | Case No. LA CV 20-02291-DOC(KESx)<br><br>Judge:  Hon. David O. Carter<br><br>**NOTICE BY THE COURT RE CORRESPONDENCE FROM BETTER ANGELS** |

1

| | |
|---|---|
| **From:** | Elizabeth Birks |
| **To:** | DOCChambers; michele@michelecmartinez.com |
| **Subject:** | Urgent Meeting Request - Better Angels Founder/CEO, Adam Miller; RE: HUD Funding Freeze/LAHSA - Technological Solutions |
| **Date:** | Tuesday, July 21, 2026 12:38:36 PM |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Judge Carter,

I am reaching out on behalf of Adam Miller, Founder and CEO of Better Angels, to request a time to meet at your earliest opportunity.

With the U.S. Department of Housing and Urban Development (HUD's) recent freeze of federal funding to The Los Angeles Homeless Services Authority (LAHSA), we truly appreciate your swift response in protecting the public interest.

After reviewing HUD's 'Notice of Immediate Suspension Pending Investigation' letter to LAHSA, we believe that our technology will address HUD's concerns as well as significantly streamline and revolutionize homelessness outreach and services in Los Angeles County.

As a proof of concept, we would like to demo the **Better Angels Homelessness Outreach App and Shelter Directory and Management System.**

We are happy to report that our outreach app is already integrated with the federally mandated Homeless Management Information System (HMIS), and our team is exploring integration with other systems (i.e. CHAMP) that would allow for seamless and transparent communication between multiple County departments that service the unhoused population.

Are you available to meet in the next two weeks?

**Kind Regards,**

Elizabeth Birks

Director of Partnerships

Better Angels Website

https://calendly.com/elizabeth-betterangels

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>