GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
POONAM G. KUMAR, SBN 270802
  pkumar@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

HYDEE FELDSTEIN SOTO, SBN 106866
GABRIEL S. DERMER, SBN 229424
ARLENE N. HOANG, SBN 193395
JESSICA MARIANI, SBN 280748
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone:  213.978.7508
Facsimile:   213.978.7011
Email: arlene.hoang@lacity.org

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>Defendant. | CASE NO. 2:20-cv-02291 DOC (KES)<br><br>Honorable David O. Carter, United States District Judge<br><br>**DEFENDANT CITY OF LOS ANGELES' QUARTERLY REPORT PURSUANT TO THE MAY 2026 AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES [DKT. 1252]**<br><br>Action Filed:    March 10, 2020 |

Gibson, Dunn & Crutcher LLP

Pursuant to paragraph 11 of the May 2026 Agreement Regarding Disputes Relating to the 2022 Settlement Agreement (Dkt. 1252), the City submits this quarterly report. The quarterly report consists of the following exhibits:

- **Exhibit A** reflects the categories of information that the City has reported to date in the quarterly reports for each housing or shelter solution created or obtained under the 2022 Settlement Agreement in the same manner and using the same definitions as it has done in the past; specifically, (a) Council District, (b) Intervention, (c) Project Type, (d) Address / Location, (e) Units / Beds, (f) Status, (g) Open & Occupiable Date, (h) Total People Experiencing Homelessness ("PEH") Served.

- **Exhibit B** provides explanations of how the City created the units that already physically existed prior to the 2022 Settlement Agreement. Exhibit B includes Roadmap Beds that are being counted towards the City's housing or shelter solution obligation, as provided in paragraph 1 of the May 2026 Agreement.

- **Exhibit C** reflects the number of PEH who have moved into a housing or shelter solution created under the 2022 Settlement Agreement or the Roadmap Agreement using the methodology outlined in paragraph 6 of the May 2026 Agreement. Exhibit C also reflects the number of PEH placed in a housing or shelter solution as a result of its efforts on Skid Row, as referenced in paragraph 6 of the May 2026 Agreement.

- **Exhibit D** reflects the data that LAHSA provided to the City regarding the number of PEH engaged within the City by Council District for the prior quarter. Exhibit D includes the total count of PEH engaged in the City of Los Angeles through all service providers, as calculated and reported by LAHSA. Data reflecting PEH engaged going back to the earliest date after January 2023 that LAHSA reports such data can be located in the City's previous quarterly report (Dkt. 1247-4).

- **Exhibit E** reflects the data provided by LAHSA regarding the number of encampments (as defined by LAHSA) within the City by Council District. Exhibit E reflects the number of encampments in each Council District as provided by LAHSA as of June 30, 2026. Data reflecting the number of encampments in each Council District going back to the earliest date after June 2025 that LAHSA has such data can be located in the City's previous quarterly reports (Dkts. 1247-5, 1138-5).

Gibson, Dunn & Crutcher LLP

1

- **Exhibit F** reflects data provided by LAHSA on the number of offers of housing or shelter made to, the number of offers of housing or shelter accepted by, and the number of offers of housing or shelter rejected by PEH within the City for interim housing solutions, whether or not the offers are for housing or shelter solutions created under the 2022 Settlement Agreement.

- **Exhibit G** reflects data provided by LAHSA on the number of offers of housing or shelter made to, the number of offers of housing or shelter accepted by, and the number of offers of housing or shelter rejected by PEH within the City for permanent housing solutions, whether or not the offers are for housing or shelter solutions created under the 2022 Settlement Agreement.

- **Exhibit H** reflects the number of offers of housing or shelter made to PEH by using the "by-name" list typically created 2-4 days prior to an Inside Safe operation, the number of offers of housing or shelter accepted by PEH using the number of PEH who have moved into housing or shelter in connection with an Inside Safe operation, and the number of offers of housing or shelter rejected by PEH as the result of subtracting the number of offers accepted from the number of offers made.

- **Exhibit I** reflects the number of vacancies in housing or shelter solutions for PEH within the City by Council District as of June 30, 2026, including (a) the number of vacancies in housing or shelter solutions for PEH created under the 2022 Settlement Agreement to the best of the City's knowledge based on available data (including data from LAHSA) and (b) data provided by LAHSA of the number of vacancies in housing or shelter solutions for PEH throughout the City whether or not the offers are for housing or shelter solutions created under the 2022 Settlement Agreement.

Consistent with paragraph 2 of Exhibit A to the May 2026 Agreement, the City will provide the Monitor today the complete set of underlying data the City relied on for preparation of this quarterly report in the form the data was provided to the CAO.

Gibson, Dunn & Crutcher LLP

2

CITY OF LOS ANGELES' QUARTERLY REPORT PURSUANT TO MAY 2026 AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES

DATED: July 30, 2026

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Bradley J. Hamburger
      Bradley J. Hamburger

*Attorneys for Defendant*
*CITY OF LOS ANGELES*

CITY OF LOS ANGELES' QUARTERLY REPORT PURSUANT TO MAY 2026 AGREEMENT BETWEEN LA ALLIANCE FOR HUMAN RIGHTS AND THE CITY OF LOS ANGELES