# Exhibit A

**Alliance Settlement Agreement Quarterly Report**
**Quarter Ending June 30, 2026**
**Intervention Data**

| Site No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date (2) | Total PEH Served (3) | Vacancies | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | IH | Interim Housing (A Bridge Home) | 515 N Beacon St. | 100 | Open | 07/07/2020 | 148 | 6 | (4) |
| 2 | 2 | IH | Interim Housing (A Bridge Home) | 13160 Raymer St. | 85 | Open | 07/16/2020 | 98 | 0 | (4) |
| 3 | 7 | IH | Interim Housing (A Bridge Home) | Sylmar Armory 12860 Arroyo St. | 85 | Open | 08/03/2020 | 113 | 2 | (4) |
| 4 | 5 | PSH | Non-Prop HHH | Pico Robertson Senior Community 8866 W Pico Blvd. | 12 | Open | 08/07/2020 | 12 | 0 | (4) |
| 5 | 2 | IH | Interim Housing (A Bridge Home) | 7700-7798 Van Nuys Blvd. (formerly 7700 Van Nuys Blvd.) | 100 | Open | 08/17/2020 | 109 | 2 | (4) |
| 6 | 14 | IH | Interim Housing (A Bridge Home) | 310 N. Main St. | 99 | Open | 08/18/2020 | 122 | 1 | (4) |
| 7 | 10 | IH | Interim Housing (A Bridge Home) | 1818 S Manhattan Pl. (formerly 1819 S. Western Ave.) | 15 | Open | 09/21/2020 | 20 | 2 | (4) |
| 8 | 14 | PSH | Prop HHH | FLOR 401 Lofts 401 E 7th St. | 98 | Open | 09/30/2020 | 63 | 35 | (4) |
| 9 | 11 | IH | Interim Housing (Safe Parking) | CD 11 Field Office Safe Parking 11339 Iowa Ave. | 25 | Open | 10/01/2020 | 39 | 8 | (4) |
| 10 | 1 | PSH | Prop HHH | Aria Apartments 1532 W. Cambria St. | 56 | Open | 10/09/2020 | 40 | 16 | (4) |
| 11 | 9 | IH | Interim Housing (Safe Parking) | LA Convention Center Safe Parking (CD 9) 1501 (1201) S. Figueroa St. | 30 | Open | 11/02/2020 | 47 | 12 | (4) |
| 12 | 13 | PSH | Non-Prop HHH | Rampart Mint 252 S. Rampart Blvd. | 22 | Open | 11/09/2020 | 18 | 4 | (4) |
| 13 | 9 | PSH | Prop HHH | Residences on Main 6901 S. Main St. | 49 | Open | 11/17/2020 | 44 | 5 | (4) |
| 14 | 10 | PSH | Non-Prop HHH | Metro at Buckingham (Phase II) 4018 S Buckingham Rd. | 51 | Open | 11/23/2020 | 47 | 4 | (4) |
| 15 | 14 | PSH | Prop HHH | 649 LOFTS 649 S. Wall St. | 28 | Open | 12/24/2020 | 28 | 0 | (4) |
| 16 | 1 | IH | Interim Housing (Homekey 1) | Solaire Hotel 1710 7th St. | 106 | Open | 01/01/2021 | 120 | 2 | (4) |
| 17 | 14 | IH | Interim Housing | Women's Bridge Housing Weingart Center 566 S. San Pedro St. | 60 | Open | 02/01/2021 | 78 | 4 | (4) |
| 18 | 2 | IH | Interim Housing (THV) | 11471 Chandler Blvd. | 75 | Open | 02/01/2021 | 89 | 2 | (4) |
| 19 | 1 | PSH | Non-Prop HHH | Westmore Elden Elms (Phase II) 1255 S Elden Ave. | 15 | Open | 02/03/2021 | 13 | 2 | (4) |
| 20 | 15 | IH | Interim Housing (Safe Parking) | 19610 S. Hamilton Ave. | 25 | Open | 02/15/2021 | 30 | 24 | (4) |
| 21 | 6 | PSH | Non-Prop HHH | Arminta Square 11050 W. Arminta St. | 45 | Open | 02/23/2021 | 40 | 5 | (4) |
| 22 | 10 | IH | Interim Housing (A Bridge Home) | 668 S. Hoover St. (aka 625 La Fayette Pl.) | 72 | Open | 03/01/2021 | 77 | 2 | (4) |
| 23 | 15 | IH | Interim Housing (Safe Parking) | 711 S. Beacon St. | 30 | Open | 03/01/2021 | 14 | 16 | (4) |
| 24 | 12 | IH | Interim Housing (Homekey 1) | Travelodge 21603 Devonshire St. | 90 | Open | 03/15/2021 | 121 | 1 | (4) |
| 25 | 6 | IH | Interim Housing (Homekey 1) | Econo Motor Inn 8647 Sepulveda Blvd. | 68 | Open | 03/17/2021 | 78 | 0 | (4) |
| 26 | 8 | PSH | Prop HHH | The Pointe on Vermont 7600 S Vermont Ave. | 25 | Open | 03/22/2021 | 23 | 2 | (4) |
| 27 | 13 | IH | Interim Housing (Homekey 1) | The NEST 253 S. Hoover St. | 46 | Open | 03/22/2021 | 57 | 0 | (4) |
| 28 | 9 | PSH | Non-Prop HHH | Florence Mills 1036 E. 35th St. (aka 1044 E. Jefferson Blvd.) | 19 | Open | 03/24/2021 | 17 | 2 | (4) |
| 29 | 7 | PSH | Prop HHH | Metamorphosis on Foothill 13574 W. Foothill Blvd. | 47 | Open | 03/26/2021 | 44 | 3 | (4) |
| 30 | 13 | PSH | Prop HHH | McCadden Plaza 1119 N. McCadden Pl. | 25 | Open | 03/31/2021 | 24 | 1 | (4) |
| 31 | 14 | IH | Interim Housing (Homekey 1) | Titta's Inn - Casa Luna 5533 Huntington Dr. | 54 | Open | 04/06/2021 | 61 | 0 | (4) |
| 32 | 14 | IH | Interim Housing (Homekey 1) | Super 8 Alhambra 5350 S Huntington Dr. | 60 | Open | 04/07/2021 | 63 | 3 | (4) |
| 33 | 12 | IH | Interim Housing (Safe Parking) | Metrolink Station - Northridge 8775 Wilbur Ave. | 20 | Open | 04/07/2021 | 49 | 10 | (4) |
| 34 | 2 | IH | Interim Housing (THV) | 6099 Laurel Canyon Blvd. | 200 | Open | 04/13/2021 | 248 | 6 | (4) |
| 35 | 9 | IH | Interim Housing | 224 E. 25th St. & 224 1/2 E. 25th St. | 68 | Open | 04/14/2021 | 84 | 3 | (4) |
| 36 | 8 | IH | Interim Housing | 838/840 E. 109th Place (Formerly 345 E 118 Pl.) | 16 | Open | 04/14/2021 | 19 | 0 | (4) |
| 37 | 8 | IH | Interim Housing | 9165 & 9165 1/2 Normandie St. | 32 | Open | 04/14/2021 | 44 | 0 | (4) |
| 38 | 8 | PSH | Prop HHH | Western Ave. Apartments 5501 S. Western Ave. | 32 | Open | 04/16/2021 | 19 | 13 | (4) |
| 39 | 4 | IH | Interim Housing | 1701 Camino Palmero St. | 21 | Open | 04/16/2021 | 22 | 0 | (4) |
| 40 | 4 | IH | Interim Housing (A Bridge Home) | 3248 Riverside Dr. | 100 | Open | 04/16/2021 | 137 | 7 | (4) |
| 41 | 14 | IH | Interim Housing | 543 Crocker St. | 60 | Open | 04/16/2021 | 79 | 0 | (4) |
| 42 | 4 | IH | Interim Housing (A Bridge Home) | 3061 Riverside Dr. | 26 | Open | 04/16/2021 | 103 | 2 | (4) |
| 43 | 8 | IH | Interim Housing | 5615 - 5749 South Western Ave. | 17 | Open | 04/16/2021 | 22 | 4 | (4) |
| 44 | 9 | IH | Interim Housing (A Bridge Home) | 4601 S. Figueroa St. | 15 | Open | 04/16/2021 | 44 | 2 | (4) |
| 45 | 9 | PSH | Prop HHH | RISE Apartments 4050 S. Figueroa St. | 56 | Open | 04/21/2021 | 51 | 5 | (4) |
| 46 | 11 | IH | Interim Housing (Homekey 1) | The Layover (Super 8 LAX) 9250 Airport Dr. | 53 | Open | 05/05/2021 | 57 | 0 | (4) |
| 47 | 13 | IH | Interim Housing (THV) | 1455 Alvarado St. | 48 | Open | 06/08/2021 | 58 | 0 | (4) |
| 48 | 3 | IH | Interim Housing (THV) | 19040 Vanowen St. (aka 6720 Vanalden Ave.) | 49 | Open | 06/10/2021 | 61 | 0 | (4) |
| 49 | 15 | IH | Interim Housing (THV) | 1221 S. Figueroa Pl. aka Harbor Park | 74 | Open | 06/14/2021 | 101 | 0 | (4) |
| 50 | 14 | IH | Interim Housing | 1060 N Vignes St. | 224 | Open | 06/30/2021 | 256 | 2 | (4) |
| 51 | 7 | IH | Interim Housing (Homekey 1) | Encinitas (Formerly The Good Nite Inn) 12835 Encinitas Ave. | 101 | Open | 08/29/2021 | 113 | 1 | (4) |
| 52 | 2 | IH | Interim Housing (THV) | 12600 Saticoy | 150 | Open | 09/21/2021 | 190 | 3 | (4) |
| 53 | 6 | IH | Interim Housing | 7816 Simpson Ave. | 49 | Open | 10/01/2021 | 57 | 2 | (4) |
| 54 | 14 | IH | Interim Housing (THV) | Arroyo Drive at Ave 60 | 125 | Open | 11/02/2021 | 138 | 2 | (4) |
| 55 | 13 | IH | Interim Housing (A Bridge Home) | 1215 Lodi Pl. (1214 Lodi Pl.) | 94 | Open | 11/15/2021 | 132 | 4 | (4) |
| 56 | 13 | IH | Interim Housing (THV) | 2301 W 3rd St. | 107 | Open | 12/16/2021 | 133 | 3 | (4) |
| 57 | 14 | IH | Interim Housing (THV) | 7570 N. Figueroa St. | 93 | Open | 03/02/2022 | 116 | 6 | (4) |
| 58 | 12 | IH | Interim Housing | 18140 Parthenia St. | 107 | Open | 05/17/2022 | 130 | 2 | (4) |
| 59 | 1 | PSH | Prop HHH | Washington View Apartments 720 W WASHINGTON BLVD Los Angeles, CA 90015 | 91 | Open | 06/30/2022 | 90 | 1 | |

| Site No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date (2) | Total PEH Served (3) | Vacancies | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Alliance Settlement Agreement Quarterly Report** Quarter Ending June 30, 2026 Intervention Data | | | | | | |
| 60 | 10 | PSH | Non-Prop HHH | PATH Villas Montclair/Gramercy(Recap-Site 2 of 2) 3317 W WASHINGTON BLVD  Los Angeles, CA 90018 | 16 | Open | 07/26/2022 | 15 | 1 | |
| 61 | 8 | PSH | Prop HHH | Chesterfield 4719 S NORMANDIE AVE  Los Angeles, CA 90037 | 42 | Open | 08/03/2022 | 38 | 4 | |
| 62 | 13 | PSH | Prop HHH | HiFi Collective 3200 W TEMPLE ST  Los Angeles, CA 90026 | 63 | Open | 08/17/2022 | 60 | 3 | |
| 63 | 10 | PSH | Prop HHH | Adams Terrace 4314 W ADAMS BLVD  Los Angeles, CA 90018 4347 W ADAMS BLVD Los Angeles, CA 90018 | 43 | Open | 09/21/2022 | 37 | 6 | |
| 64 | 3 | PSH | Prop HHH | Bell Creek Apartments 6940 N OWENSMOUTH AVE Canoga Park, CA 91303 | 41 | Open | 09/23/2022 | 37 | 4 | |
| 65 | 14 | PSH | Non-Prop HHH | LAMP Lodge 660 S STANFORD AVE  Los Angeles, CA 90021 | 81 | Open | 10/04/2022 | 76 | 5 | |
| 66 | 7 | PSH | Prop HHH | Silva Crossing (fka Link at Sylmar) 12667 SAN FERNANDO ROAD  Sylmar, CA 91342 | 55 | Open | 10/11/2022 | 52 | 3 | |
| 67 | 10 | PSH | Prop HHH | Berendo Sage 1035 S BERENDO ST  LOS ANGELES, CA 90006 | 21 | Open | 10/14/2022 | 18 | 3 | |
| 68 | 10 | PSH | Prop HHH | Amani Apartments (fka Pico) 4200 W PICO BLVD  Los Angeles, CA 90019 | 53 | Open | 10/17/2022 | 49 | 4 | |
| 69 | 9 | PSH | Prop HHH | Hope on Broadway 5138 S BROADWAY  Los Angeles, CA 90037 | 48 | Open | 11/01/2022 | 48 | 0 | |
| 70 | 8 | PSH | Homekey 2 | 6521 Brynhurst | 40 | Open | 11/14/2022 | 40 | 0 | |
| 71 | 1 | PSH | Homekey 2 | 740 Alvarado | 79 | Open | 11/15/2022 | 71 | 3 | (5) |
| 72 | 10 | PSH | Homekey 2 | 5050 Pico | 78 | Open | 11/30/2022 | 73 | 5 | |
| 73 | 1 | PSH | Prop HHH | Firmin Court 418 N FIRMIN ST  Los Angeles, CA 90026 | 45 | Open | 12/16/2022 | 39 | 6 | |
| 74 | 7 | PSH | Homekey 2 | 10150 Hillhaven | 33 | Open | 12/20/2022 | 33 | 0 | |
| 75 | 11 | PSH | Prop HHH | VA Building 207 11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025 | 59 | Open | 12/22/2022 | 53 | 6 | |
| 76 | 4 | IH | Interim Housing | Highland Gardens 7047 Franklin Ave Los Angeles, CA 90028 | 143 | Open | 12/27/2022 | 525 | 2 | (6) |
| 77 | 3 | PSH | Prop HHH | Reseda Theater Senior Housing (Canby Woods West) 7221 N CANBY AVE  Reseda, CA 91335 | 13 | Open | 12/30/2022 | 12 | 1 | |
| 78 | 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Sahara Inn | 23 | Open | 01/05/2023 | 45 | n/a | (7)(8) |
| 79 | 7 | PSH | Prop HHH | Summit View Apartments 11800 W KAGEL CANYON ST  Sylmar, CA 91342 | 48 | Open | 01/06/2023 | 45 | 3 | |
| 80 | 6 | PSH | Homekey 2 | 14949 Roscoe | 29 | Open | 01/15/2023 | 29 | 0 | |
| 81 | 9 | IH | Interim Housing (Homekey 1) | King Solomon Village 1300-1332 W Slauson Ave. | 100 | Open | 01/18/2023 | 129 | 4 | (4) |
| 82 | 9 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Deluxe Inn | 21 | Open | 01/24/2023 | 38 | 3 | (7) |
| 83 | 15 | PSH | Prop HHH | Watts Works 9500 S COMPTON AVE  Los Angeles, CA 90002 | 24 | Open | 01/27/2023 | 24 | 0 | |
| 84 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Crenshaw Inn | 14 | Open | 01/30/2023 | 27 | n/a | (7)(8) |
| 85 | 13 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Las Palmas | 47 | Open | 01/31/2023 | 103 | n/a | (7)(8)(20) |
| 86 | 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Lux Inn | 20 | Open | 02/06/2023 | 54 | n/a | (7)(8) |
| 87 | 6 | IH | Interim Housing (THV) | 9710 San Fernando Rd. (aka 9700 San Fernando Rd.) | 161 | Open | 02/09/2023 | 194 | 6 | (4) |
| 88 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Budget Motel | 14 | Open | 02/13/2023 | 43 | n/a | (7)(8) |
| 89 | 13 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hotel Silver Lake | 38 | Open | 02/14/2023 | 87 | n/a | (7)(8) |
| 90 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hilltop Motor Inn | 20 | Open | 02/16/2023 | 56 | n/a | (7)(8) |
| 91 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Hyde Park Motel | 17 | Open | 02/21/2023 | 46 | n/a | (7)(8)(20) |
| 92 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Atlas Motel | 9 | Open | 02/28/2023 | 15 | n/a | (7)(8) |
| 93 | 9 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Top Hat Motel | 26 | Open | 03/02/2023 | 68 | 6 | (7)(20) |
| 94 | 3 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Motel 6 | 69 | Open | 03/09/2023 | 144 | 25 | (7) |
| 95 | 14 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Highland Park Motel | 24 | Open | 03/13/2023 | 93 | 2 | (7) |
| 96 | 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Park Motel | 10 | Open | 03/13/2023 | 36 | n/a | (7)(8) |
| 97 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Rosa Bell | 21 | Open | 03/13/2023 | 53 | n/a | (7)(8) |
| 98 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Cornett Motel | 17 | Open | 03/16/2023 | 37 | n/a | (7)(8) |
| 99 | 8 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Full Moon Inn | 21 | Open | 03/20/2023 | 46 | 7 | (7) |
| 100 | 5 | PSH | Prop HHH | 11010 Santa Monica 11010 W SANTA MONICA BLVD  Los Angeles, CA 90025 | 50 | Open | 03/20/2023 | 46 | 4 | |
| 101 | 13 | PSH | Prop HHH | Ambrose (fka 1615 Montana St.) 1611 W MONTANA ST  Los Angeles, CA 90026 | 63 | Open | 03/22/2023 | 57 | 6 | |
| 102 | 10 | PSH | Prop HHH | Vermont Corridor Apartments (fka 433 Vermont Apts) 433 S VERMONT AVE  Los Angeles, CA 90020 | 36 | Open | 03/31/2023 | 33 | 3 | |
| 103 | 8 | PSH | Prop HHH | Depot at Hyde Park 6527 S CRENSHAW BLVD  Los Angeles, CA 90043 | 33 | Open | 04/10/2023 | 32 | 1 | |
| 104 | 11 | PSH | Prop HHH | Building 205 11301 WILSHIRE BLVD  Los Angeles, CA 90073 | 67 | Open | 04/10/2023 | 61 | 6 | |
| 105 | 6 | PSH | Prop HHH | Talisa (fka 9502 Van Nuys Blvd) 9502 N VAN NUYS BLVD  Panorama City, CA 91402 | 48 | Open | 04/19/2023 | 44 | 4 | |
| 106 | 1 | PSH | Prop HHH | Ingraham Villa Apartments 1218 INGRAHAM ST  LOS ANGELES, CA 90017 | 90 | Open | 04/19/2023 | 70 | 20 | |
| 107 | 11 | PSH | Prop HHH | Building 208 11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073 | 53 | Open | 04/21/2023 | 45 | 8 | |
| 108 | 9 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Central Inn | 25 | Open | 04/27/2023 | 69 | 4 | (7)(20) |
| 109 | 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Jolly Motel | 11 | Open | 04/27/2023 | 20 | n/a | (7)(8) |
| 110 | 14 | IH | Interim Housing | 1904 Bailey St. (Family Site) | 5 | Open | 05/15/2023 | 21 | 0 | (4) |

**Alliance Settlement Agreement Quarterly Report**
**Quarter Ending June 30, 2026**
**Intervention Data**

| Site No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date (2) | Total PEH Served (3) | Vacancies | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| 111 | **14** | **IH** | **Interim Housing** | **1904 Bailey St. (Adult Site)** | **56** | **Open** | **05/15/2023** | **78** | **0** | **(4)** |
| 112 | 8 | PSH | Prop HHH | Asante Apartments<br>11001 S BROADWAY  Los Angeles, CA 90061 | 54 | Open | 05/18/2023 | 47 | 7 | |
| 113 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Paradise Inn | 19 | Open | 05/23/2023 | 86 | n/a | (7)(8) |
| 114 | 13 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Monterey Inn | 16 | Open | 05/29/2023 | 52 | n/a | (7)(8)(20) |
| 115 | 8 | PSH | Prop HHH | West Terrace (fka Silver Star II)<br>6576 S WEST BLVD  LOS ANGELES, CA 90043 | 56 | Open | 05/30/2023 | 52 | 4 | |
| 116 | 15 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Palm Motel | 13 | Open | 05/31/2023 | 31 | n/a | (7)(8) |
| 117 | 13 | PSH | Prop HHH | PATH Villas Hollywood<br>5627 W FERNWOOD AVE  HOLLYWOOD, CA 90028 | 59 | Open | 06/02/2023 | 57 | 2 | |
| 118 | 9 | PSH | Prop HHH | Step Up on Broadway (fka Broadway Apartments)<br>301 W 49TH ST 1-30  LOS ANGELES, CA 90037 | 34 | Open | 06/22/2023 | 29 | 5 | |
| 119 | 7 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Budget Sepulveda | 20 | Open | 07/03/2023 | 41 | n/a | (7)(8)(20) |
| 120 | 8 | PSH | Prop HHH | Hope on Hyde Park - MP/TOC/PSH<br>6501 S CRENSHAW BLVD  Los Angeles, CA 90043 | 97 | Open | 07/07/2023 | 90 | 7 | |
| 121 | 6 | PSH | Homekey 2 | 7639 Van Nuys | 34 | Open | 07/13/2023 | 34 | 0 | |
| 122 | 10 | PSH | Prop HHH | Mariposa Lily<br>1055 S MARIPOSA AVE  Los Angeles, CA 90006 | 20 | Open | 07/31/2023 | 20 | 0 | |
| 123 | 2 | PSH | Prop HHH | Sun Commons<br>6329 N CLYBOURN AVE  North Hollywood, CA 91606 | 51 | Open | 08/07/2023 | 48 | 3 | |
| 124 | 1 | PSH | Non-Prop HHH | West Third Apartments<br>1900 W 3RD ST  Los Angeles, CA 90057 | 136 | Open | 08/07/2023 | 121 | 15 | |
| 125 | 14 | PSH | Homekey 2 | 1044 Soto | 84 | Open | 09/05/2023 | 84 | 0 | |
| 126 | 6 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Palm Tree Inn | 46 | Open | 09/12/2023 | 96 | n/a | (7)(8) |
| 127 | 5 | PSH | Prop HHH | Pointe on La Brea<br>849 N LA BREA AVE CA 90038 | 49 | Open | 09/15/2023 | 46 | 3 | |
| 128 | 3 | PSH | Non-Prop HHH | Palm Vista Apartments<br>20116 W SHERMAN WAY  Winnetka, CA 91306 | 44 | Open | 09/29/2023 | 42 | 2 | |
| 129 | 13 | PSH | Prop HHH | The Wilcox (fka 4906-4926 Santa Monica)<br>4912 W SANTA MONICA BLVD  Los Angeles, CA 90029 | 61 | Open | 09/29/2023 | 60 | 1 | |
| 130 | 14 | PSH | Prop HHH | 6th Street Place (6th and San Julian)<br>401 E 6TH ST  Los Angeles, CA 90014 | 93 | Open | 09/29/2023 | 82 | 11 | |
| 131 | 11 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Marina 7 Motel | 22 | Open | 10/01/2023 | 65 | 2 | (7) |
| 132 | 15 | PSH | Prop HHH | SagePointe (fka Deepwater)<br>1435 N EUBANK AVE  LOS ANGELES, CA 90744 | 55 | Open | 10/04/2023 | 55 | 0 | |
| 133 | 8 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Travel Inn Motel | 21 | Open | 10/09/2023 | 64 | n/a | (7)(8) |
| 134 | 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hollywood Inn Express North | 24 | Open | 10/10/2023 | 50 | 6 | (7)(20) |
| 135 | 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hollywood Inn Express South | 72 | Open | 10/10/2023 | 217 | 11 | (7) |
| 136 | 4 | PSH | Prop HHH | Burbank Blvd Senior Housing (fka Sherman Oaks Senior Housing)<br>14536 W BURBANK BLVD  VAN NUYS, CA 91411 | 54 | Open | 10/19/2023 | 52 | 2 | |
| 137 | 11 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Vista Motel | 25 | Open | 10/23/2023 | 62 | n/a | (7)(8) |
| 138 | 14 | PSH | Prop HHH | Colorado East<br>2451 W COLORADO BLVD  Los Angeles, CA 90041 | 40 | Open | 11/01/2023 | 38 | 2 | |
| 139 | 9 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Ace Motel | 11 | Open | 11/14/2023 | 32 | n/a | (7)(8) |
| 140 | 8 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Universal Inn | 29 | Open | 11/15/2023 | 83 | 4 | (7)(20) |
| 141 | 1 | PSH | Prop HHH | The Quincy (fka 2652 Pico)<br>2652 W PICO BLVD  Los Angeles, CA 90006 | 53 | Open | 11/17/2023 | 46 | 7 | |
| 142 | **9** | **IH** | **Interim Housing (Homekey 1)** | **2521-2525 Long Beach Ave., Building A** | **140** | **Open** | **11/20/2023** | **163** | **8** | **(4)** |
| 143 | 10 | PSH | Prop HHH | Serenity (fka 923-937 Kenmore Ave)<br>923 S KENMORE AVE  Los Angeles, CA 90006 | 74 | Open | 11/27/2023 | 73 | 1 | |
| 144 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1200 Leighton Ave 90037 | 17 | Open | 12/01/2023 | 12 | 5 | |
| 145 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1203 Rolland Curtis Pl 90037 | 19 | Open | 12/01/2023 | 12 | 7 | |
| 146 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 4222 Dalton Ave 90062 | 27 | Open | 12/01/2023 | 17 | 10 | |
| 147 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 639 E 21 St 90011 | 22 | Open | 12/11/2023 | 15 | 7 | |
| 148 | 15 | PSH | Prop HHH | Beacon Landing (fka Beacon PSH)<br>319 N BEACON ST  SAN PEDRO, CA 90731 | 88 | Open | 12/12/2023 | 83 | 5 | |
| 149 | 6 | PSH | Prop HHH | My Angel (fka The Angel)<br>8547 N SEPULVEDA BLVD  North Hills, CA 91343 | 53 | Open | 12/19/2023 | 49 | 4 | |
| 150 | 6 | PSH | Prop HHH | Sun King Apartments<br>9190 N TELFAIR AVE  LOS ANGELES, CA 91352 | 25 | Open | 12/27/2023 | 24 | 1 | |
| 151 | 5 | IH | Interim Housing | 10864 Rochester Ave<br>Los Angeles, CA 90024 | 15 | Open | 01/04/2024 | 32 | 1 | (10) |
| 152 | 11 | PSH | Prop HHH | The Iris (fka Barry Apartments)<br>2444 S BARRY AVE CA 90064 | 34 | Open | 01/22/2024 | 34 | 0 | |
| 153 | **1** | **IH** | **Interim Housing (Modular Units)** | **Northeast New Beginnings Community / Cypress Park**<br>**499 N. San Fernando Rd.** | **95** | **Open** | **01/23/2024** | **123** | **4** | **(4)** |
| 154 | 1 | PSH | Prop HHH | The Lake House (fka Westlake Housing)<br>437 S WESTLAKE AVE  Los Angeles, CA 90057 | 62 | Open | 02/13/2024 | 55 | 7 | |
| 155 | 14 | PSH | Prop HHH | La Veranda<br>2420 E CESAR E CHAVEZ AVE  Los Angeles, CA 90033 | 38 | Open | 02/15/2024 | 38 | 0 | |
| 156 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1261 - 1269 Rolland Curtis Pl 90037 | 27 | Open | 02/22/2024 | 15 | 12 | |
| 157 | 1 | PSH | Non-Prop HHH | 619 Westlake (fka Westlake 619)<br>619 S WESTLAKE AVE  Los Angeles, CA 90057 | 39 | Open | 03/01/2024 | 31 | 8 | |
| 158 | **14** | **IH** | **Interim Housing (THV)** | **850 N Mission Rd.** | **123** | **Open** | **03/06/2024** | **148** | **2** | **(4)** |
| 159 | 7 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Good Knight Inn | 16 | Open | 03/25/2024 | 39 | n/a | (7)(8)(20) |
| 160 | 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Olive Motel | 26 | Open | 03/25/2024 | 54 | 2 | (7)(20) |
| 161 | 8 | PSH | Permanent Supportive Housing (Master Lease) | 1603 W 36th Pl 90018 | 80 | Open | 03/25/2024 | 53 | 27 | (9) |

| | | | | Alliance Settlement Agreement Quarterly Report Quarter Ending June 30, 2026 Intervention Data | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Site No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date (2) | Total PEH Served (3) | Vacancies | Footnote |
| 162 | 12 | PSH | Prop HHH | Lumina (fka Topanga Apartments) 10243 N TOPANGA CANYON BLVD Chatsworth, CA 91311 | 54 | Open | 04/05/2024 | 48 | 6 | |
| 163 | 15 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hotel Dreamscape | 32 | Open | 04/11/2024 | 56 | 2 | (7) |
| 164 | 2 | PSH | Prop HHH | NoHo 5050 5050 N BAKMAN AVE  North Hollywood, CA 91601 | 32 | Open | 04/29/2024 | 32 | 0 | |
| 165 | 9 | PSH | Prop HHH | Marcella Gardens (68th & Main St.) 6722 S MAIN ST  Los Angeles, CA 90003 | 59 | Open | 04/30/2024 | 50 | 9 | |
| 166 | 6 | PSH | Non-Prop HHH | Corazon del Valle I 14545 W LANARK ST CA 91402 | 49 | Open | 05/01/2024 | 47 | 2 | |
| 167 | 1 | IH | Interim Housing | Mayfair 1256 W 7th ST Los Angeles, CA 90017 | 294 | Open | 05/01/2024 | 842 | 36 | |
| 168 | 8 | PSH | Prop HHH | Isla de Los Angeles 283 W IMPERIAL HWY  Los Angeles, CA 90061 | 53 | Open | 05/02/2024 | 50 | 3 | |
| 169 | 9 | PSH | Non-Prop HHH | La Prensa Libre - 4% 210 E WASHINGTON BLVD  Los Angeles, CA 90015 | 25 | Open | 05/17/2024 | 24 | 1 | |
| 170 | 10 | PSH | Prop HHH | Washington Arts Collective 4615 W WASHINGTON BLVD  Los Angeles, CA 90016 | 28 | Open | 05/20/2024 | 28 | 0 | |
| 171 | 14 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Antonio Motel | 47 | Open | 06/17/2024 | 135 | 4 | (7) |
| 172 | 14 | PSH | Prop HHH | Weingart Tower A-134 (fka Weingart Tower HHH PSH1A) 555 S CROCKER ST CA 90013 | 133 | Open | 06/17/2024 | 125 | 8 | |
| 173 | 14 | PSH | Prop HHH | Weingart Tower A-144 Lower (fka Weingart TowerII1A) 555 S CROCKER ST CA 90013 | 142 | Open | 06/17/2024 | 134 | 8 | |
| 174 | 10 | PSH | Prop HHH | Solaris Apartments (fka 1141-1145 Crenshaw Blvd) 1141 S CRENSHAW BLVD  Los Angeles, CA 90019 | 42 | Open | 06/18/2024 | 34 | 8 | |
| 175 | 1 | PSH | Prop HHH | Bryson II 2721 WILSHIRE BLVD  LOS ANGELES, CA 90057 | 48 | Open | 06/20/2024 | 47 | 1 | |
| 176 | 14 | IH | Interim Housing (Hotel/Motel Booking Agreement) | Starlight Inn | 12 | Open | 06/21/2024 | 37 | n/a | (7)(8) |
| 177 | 4 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Hollywood La Brea Inn | 41 | Open | 06/24/2024 | 81 | 9 | (7) |
| 178 | 14 | PSH | Prop HHH | Casa Amparo (fka Whittier HHH, Whittier PSH) 3554 E WHITTIER BLVD  Los Angeles, CA 90023 | 63 | Open | 06/27/2024 | 58 | 5 | |
| 179 | 9 | PSH | Prop HHH | Main Street Apartments 5501 S MAIN ST  Los Angeles, CA 90037 | 56 | Open | 06/28/2024 | 51 | 5 | |
| 180 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 1343 W 40th Pl 90037 | 19 | Open | 07/01/2024 | 7 | 12 | |
| 181 | 14 | PSH | Permanent Supportive Housing (Master Lease) | 1317 S Grand Ave 90015 | 146 | Open | 07/01/2024 | 93 | 53 | |
| 182 | 13 | IH | Interim Housing | 4969 Sunset Blvd, Los Angeles, CA 90027 | 52 | Open | 07/01/2024 | 178 | 0 | |
| 183 | 15 | PSH | Prop HHH | The Banning (aka 841 N Banning) 841 N BANNING BLVD  Wilmington, CA 90744 | 63 | Open | 07/10/2024 | 62 | 1 | |
| 184 | 14 | PSH | Prop HHH | Los Lirios Apartments 119 S SOTO ST  Los Angeles, CA 90033 | 20 | Open | 07/29/2024 | 20 | 0 | |
| 185 | 11 | PSH | Prop HHH | The Journey (fka Lincoln Apartments) 2467 S LINCOLN BLVD  Venice, CA 90291 | 39 | Open | 08/01/2024 | 32 | 7 | |
| 186 | 3 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Canoga Hotel | 39 | Open | 08/12/2024 | 78 | 14 | (7)(20) |
| 187 | 2 | PSH | Prop HHH | 11604 Vanowen (fka The Mahalia) 11604 VANOWEN ST  LOS ANGELES, CA 91605 | 48 | Open | 08/13/2024 | 46 | 2 | |
| 188 | 6 | PSH | Non-Prop HHH | Corazon del Valle II 14533 W Lanark St CA 91402 | 49 | Open | 08/15/2024 | 44 | 5 | |
| 189 | 9 | PSH | Permanent Supportive Housing (Master Lease) | 6501 S Broadway 90003 | 49 | Open | 08/19/2024 | 45 | 4 | |
| 190 | 12 | PSH | Homekey 2 | 19325 Londelius | 115 | Open/In Process | 08/22/2024 | 79 | 23 | (15) |
| 191 | 13 | PSH | Homekey 3 | 4065 Oakwood | 67 | Open | 08/26/2024 | 67 | 0 | |
| 192 | 9 | PSH | Prop HHH | Ruth Teague Homes (fka 67th & Main) 6706 S MAIN ST  Los Angeles, CA 90003 | 51 | Open | 09/03/2024 | 48 | 3 | |
| 193 | 15 | PSH | Prop HHH | Las Palmas (Avalon 1355) 1355 N AVALON BLVD CA 90744 | 53 | Open | 09/03/2024 | 50 | 3 | |
| **194** | **3** | **PSH** | **Interim Housing (Homekey 1)** | **Canoga Park Place (formerly Super 8 Canoga Park) 7631 Topanga Canyon** | **50** | **Open** | **09/05/2024** | **49** | **1** | **(14)(16)** |
| 195 | 3 | PSH | Homekey 2 | 20205 Ventura | 144 | Open/In Process | 09/09/2024 | 86 | 41 | (17) |
| 196 | 9 | PSH | Non-Prop HHH | Parkview Affordable Housing 4020 S COMPTON AVE CA 90011 | 31 | Open | 09/20/2024 | 30 | 1 | |
| 197 | 13 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Dusk Hotel | 41 | Open | 10/09/2024 | 104 | 2 | (12)(20) |
| 198 | 1 | PSH | Prop HHH | Oak Apartments (fka 2745-2759 Francis Ave) 2745 W FRANCIS AVE  Los Angeles, CA 90005 | 63 | Open | 10/18/2024 | 56 | 7 | |
| 199 | 11 | PSH | Homekey 3 | 3705 McLaughlin | 24 | Open | 10/21/2024 | 24 | 0 | |
| 200 | 4 | PSH | Homekey 3 | 4818 N Sepulveda Blvd | 34 | Open | 10/21/2024 | 33 | 1 | |
| 201 | 11 | PSH | Prop HHH | Thatcher Yard Housing 3233 S THATCHER AVE  Marina Del Rey, CA 90292 | 49 | Open | 10/23/2024 | 49 | 0 | |
| 202 | 1 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Stuart Hotel | 46 | Open | 10/30/2024 | 85 | 15 | (12) |
| 203 | 2 | IH | Interim Housing (Hotel/Motel Occupancy Agreement) | Willow Tree Inn and Suites | 34 | Open | 11/07/2024 | 67 | 4 | (12)(20) |
| **204** | **6** | **IH** | **Interim Housing (Homekey 1)** | **Woodman 9120 Woodman Ave.** | **69** | **Open** | **11/21/2024** | **80** | **1** | **(4)** |
| 205 | 15 | PSH | Prop HHH | Western Landing 25820 S WESTERN AVE CA 90710 | 80 | Open | 12/03/2024 | 76 | 4 | |
| 206 | 14 | PSH | Prop HHH | The Brine Residential 3016 N NORTH MAIN ST  Los Angeles, CA 90031 | 49 | Open | 12/30/2024 | 47 | 2 | |
| 207 | 9 | PSH | Prop HHH | The Azalea (fka 4507 Main St) 4505 S MAIN ST  Los Angeles, CA 90037 | 31 | Open | 02/06/2025 | 29 | 2 | |
| 208 | 10 | IH | Interim Housing (DV Emergency Shelter) | Confidential | 25 | Open | 03/01/2025 | 126 | 17 | (10)(13) |
| 209 | 14 | PSH | Permanent Supportive Housing (Master Lease) | 1411 S Flower St 90015 | 224 | Open | 03/01/2025 | 145 | 79 | |
| 210 | 6 | PSH | Non-Prop HHH | Luna Vista Apartments 8767 N PARTHENIA PL 1-73 CA 91343 | 36 | Open | 03/04/2025 | 35 | 1 | |
| 211 | 9 | PSH | Prop HHH | Central Apartments 2106 S CENTRAL AVE  Los Angeles, CA 90011 | 56 | Open | 03/07/2025 | 52 | 4 | |

**Alliance Settlement Agreement Quarterly Report**
**Quarter Ending June 30, 2026**
**Intervention Data**

| Site No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date (2) | Total PEH Served (3) | Vacancies | Footnote |
|---|---|---|---|---|---|---|---|---|---|---|
| 212 | 13 | PSH | Prop HHH | Santa Monica & Vermont Apartments (Phases 1 & 2) 4718 W SANTA MONICA BLVD Los Angeles, CA 90029 | 94 | Open | 03/27/2025 | 93 | 1 | |
| 213 | 14 | PSH | Prop HHH | Lorena Plaza 3401 E 1ST ST Los Angeles, CA 90063 | 32 | Open | 04/04/2025 | 29 | 3 | |
| 214 | 8 | PSH | Prop HHH | Southside Seniors 1655 W MANCHESTER AVE Los Angeles, CA 90047 | 36 | Open | 04/04/2025 | 36 | 0 | |
| 215 | 8 | PSH | Non-Prop HHH | Vermont Manchester Family Transit Priority Project 8500 S VERMONT AVE CA 90044 | 58 | Open | 04/09/2025 | 54 | 4 | |
| 216 | 8 | PSH | Prop HHH | Vermont Manchester Senior 8400 S VERMONT AVE Los Angeles, CA 90044 | 60 | Open | 04/09/2025 | 58 | 2 | |
| 217 | 14 | IH | Interim Housing | 545 San Pedro | 53 | Open | 04/24/2025 | 134 | 9 | (11) |
| 218 | 8 | PSH | Homekey 2 | Atlas Florence Apartments (fka 1654 W Florence) | 126 | Open | 04/30/2025 | 121 | 5 | |
| 219 | 15 | PSH | Non-Prop HHH | Jordan Downs Phase S4 (TMO) 10110 S. Grape Street, Los Angeles, CA 90002, 10150 S. Grape Street, Los Angeles, CA 90002 | 17 | Open | 05/28/2025 | 17 | 0 | |
| 220 | 13 | PSH | Prop HHH | Montecito II Senior Housing 6668 W FRANKLIN AVE HOLLYWOOD, CA 90028 | 32 | Open | 05/28/2025 | 30 | 2 | |
| 221 | 13 | PSH | Homekey 2 | 2812 Temple (2812 Temple/ 916 Alvarado) | 41 | Open | 06/10/2025 | 36 | 5 | |
| 222 | 5 | IH | Interim Housing | 2377 Midvale Ave | 33 | Open | 06/30/2025 | 63 | 0 | |
| 223 | 14 | PSH | Non-Prop HHH | Crocker (Umeya) Apartments 411 S TOWNE AVE CA 90013 | 88 | Open | 07/30/2025 | 83 | 5 | |
| 224 | 14 | PSH | Non-Prop HHH | 600 S San Pedro St 1 Los Angeles, CA 90021 | 147 | Open | 07/31/2025 | 130 | 17 | |
| 225 | 14 | PSH | Non-Prop HHH | 600 S San Pedro St 2 Los Angeles, CA 90021 | 151 | Open | 07/31/2025 | 135 | 16 | |
| 226 | 6 | PSH | Non-Prop HHH | Vista Terrace 8134 N VAN NUYS BLVD CA 91402 | 25 | Open | 08/06/2025 | 25 | 0 | |
| 227 | 2 | PSH | Prop HHH | Villa Vanowen (fka Confianza) 14142 W VANOWEN ST VAN NUYS, CA 91405 | 63 | Open | 09/03/2025 | 60 | 3 | |
| 228 | 1 | PSH | Non-Prop HHH | Miramar Gold 1434 W MIRAMAR ST CA 90026 | 47 | Open | 09/09/2025 | 47 | 0 | |
| 229 | 3 | PSH | Homekey 2 | 21121 Vanowen | 99 | Open | 09/15/2025 | 99 | 0 | |
| 230 | 12 | PSH | Prop HHH | The Cielio (fka 21300 Devonshire) 21300 W DEVONSHIRE ST CA 91311 | 99 | Open | 10/24/2025 | 99 | 0 | |
| 231 | 13 | PSH | Homekey 2 | 916 Alvarado (2812 Temple/ 916 Alvarado) | 23 | Open | 10/31/2025 | 23 | 0 | |
| 232 | 13 | PSH | Prop HHH | Montesquieu Manor 316 N JUANITA AVE CA 90004 | 52 | Open | 10/31/2025 | 51 | 1 | |
| 233 | 13 | PSH | Prop HHH | Rousseau Residences 316 N JUANITA AVE Los Angeles, CA 90004 | 51 | Open | 10/31/2025 | 51 | 0 | |
| 234 | 4 | PSH | Homekey 2 | BLVD Hotel 2010 N. Highland | 61 | Open | 11/20/2025 | 61 | 0 | |
| 235 | 8 | PSH | Prop HHH | Ambrosia Apartments 800 W 85TH ST Los Angeles, CA 90044 | 89 | Open | 12/11/2025 | 86 | 3 | |
| 236 | 14 | PSH | Prop HHH | La Guadalupe (fka First and Boyle) 100 S BOYLE AVE Los Angeles, CA 90033 | 43 | Open | 12/22/2025 | 42 | 1 | |
| 237 | 8 | PSH | Non-Prop HHH | The Carlton 5401 S WESTERN AVE Los Angeles, CA 90062 | 30 | Open | 01/05/2026 | 30 | 0 | |
| 238 | 5 | IH | Interim Housing | 7253 Melrose | 60 | Open | 01/06/2026 | 94 | 1 | |
| 239 | 1 | PSH | Non-Prop HHH | Third Thyme 1435 W 3RD ST CA 90017 | 52 | Open | 01/26/2026 | 49 | 3 | |
| 240 | 11 | PSH | Non-Prop HHH | Red Tail Crossing (fka Kite Crossing) 8333 S AIRPORT BLVD CA 90045 | 40 | Open | 03/16/2026 | 40 | 0 | |
| 241 | 13 | PSH | Non-Prop HHH | Alvarado Kent Apartments 707 N ALVARADO ST CA 90026 | 80 | Open | 03/25/2026 | 60 | 20 | (18) |
| 242 | 13 | PSH | Prop HHH | Voltaire Villas (Enlightenment Plaza Ph III) 316 N JUANITA AVE Los Angeles, CA 90004 | 71 | Open | 03/30/2026 | 36 | 35 | |
| 243 | **10** | **PSH** | **Non-Prop HHH** | **The Arlington** **3322 W WASHINGTON BLVD CA 90018** | **42** | **Open** | **04/09/2026** | **40** | **2** | **(14)(19)** |
| 244 | **10** | **PSH** | **Homekey 1** | **Molly Maison (Best Inn)** **4701 W. Adams Blvd.** | **22** | **Open** | **05/05/2026** | **19** | **3** | **(14)(16)** |
| 245 | **13** | **PSH** | **Prop HHH** | **Loma Verde (fka RETHINK Housing Westlake)** **405 N WESTLAKE AVE Los Angeles, CA 90026** | **18** | **Open** | **05/15/2026** | **18** | **0** | **(14)** |
| 246 | **10** | **PSH** | **Non-Prop HHH** | **Steps on St Andrews** **1808 S ST ANDREWS PL Los Angeles, CA 90019** | **15** | **Open** | **06/04/2026** | **13** | **2** | **(14)(16)** |
| 247 | 3 | PSH | Prop HHH | 18722 Sherman Way, L.P. 18722 W SHERMAN WAY CA 91335 | 63 | In Process | | | | |
| 248 | 5 | IH | Homekey 3 | The Weingart Shelby 3340 Shelby Dr, Los Angeles, CA 90034 | 78 | In Process | | | | |
| 249 | 14 | PSH | Prop HHH | 803 E. 5th St 803 E 5TH ST Los Angeles, CA 90013 | 94 | In Process | | | | |
| 250 | 15 | PSH | Homekey 2 | 18602 Vermont | 134 | In Process | | | | |
| 251 | 12 | IH | Interim Housing (Homekey 3) | Motel 6 – North Hills 15711 W. Roscoe Blvd, North Hills, CA 91343 | 111 | In Process | | | | |
| 252 | 11 | PSH | Homekey 2 | 6531 S Sepulveda | 118 | In Process | | | | |
| 253 | 8 | PSH | Prop HHH | Sunnyside (fka RETHINK Housing 62nd/1408 W. 62nd St) 1408 W 62ND ST Los Angeles, CA 90047 | 26 | In Process | | | | |
| 254 | 4 | IH | Interim Housing (Homekey 3) | Oak Tree Inn 17448 Ventura Blvd, Encino CA 91316 | 26 | In Process | | | | |
| 255 | 3 | PSH | Homekey 3 | 7625 Topanga Canyon Blvd Phase 2 | 24 | In Process | | | | |
| 256 | 14 | PSH | Non-Prop HHH | First Street North- B (Go For Broke- S 9p) 128 N JUDGE JOHN AISO ST CA 90012 | 17 | In Process | | | | |
| 257 | 14 | PSH | Non-Prop HHH | First Street North-A (Go For Broke Apt N-4p) 200 N JUDGE JOHN AISO ST CA 90012 | 52 | In Process | | | | |
| 258 | 10 | PSH | Prop HHH | New Hampshire PSH 701 S NEW HAMPSHIRE AVE Los Angeles, CA 90005 | 93 | In Process | | | | |
| 259 | 1 | PSH | Prop HHH | Grandview Apartments 714 S GRAND VIEW ST Los Angeles, CA 90057 | 54 | In Process | | | | |
| 260 | 9 | PSH | Non-Prop HHH | Central Avenue Apartments 8909 S CENTRAL AVE Los Angeles, CA 90002 | 30 | In Process | | | | |
| 261 | 6 | PSH | Prop HHH | The Rigby 15314 W RAYEN ST North Hills, CA 91343 | 33 | In Process | | | | |
| 262 | 15 | IH | Interim Housing (Modular Units) | 600 E. 116th Place | 60 | In Process | | | | |
| 263 | 1 | IH | Interim Housing (Modular Units) | 503 San Fernando Rd. | 64 | In Process | | | | |
| 264 | 2 | IH | Interim Housing (THV) | Van Nuys Metrolink 7724 Van Nuys Blvd. | 100 | In Process | | | | |

| | | | | | | | Alliance Settlement Agreement Quarterly Report<br>Quarter Ending June 30, 2026<br>Intervention Data | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Site No. | Council District | Intervention Type | Project Type | Address / Location | Units/Beds (1) | Status | Open & Occupiable Date (2) | Total PEH Served (3) | Vacancies | Footnote |
| 265 | 6 | IH | Interim Housing (THV) | Sun Valley Metrolink Station<br>8358 San Fernando Rd. | 208 | In Process | | | | |
| 266 | 13 | IH | Interim Housing (THV) | 5301 Sierra Vista Ave | 51 | In Process | | | | |
| 267 | 6 | PSH | Homekey 1 | Pano<br>(fka Panorama Inn)<br>8209 Sepulveda Blvd. | 90 | In Process | | | | |
| 268 | **11** | **PSH** | **Homekey 1** | **PV Marina Del Rey (Ramada Inn)**<br>**3130 Washington Blvd.** | **32** | **In Process** | | | | **(16)** |
| 269 | **4** | **PSH** | **Homekey 1** | **The Sieroty**<br>**(formerly Howard Johnson)**<br>**7432 Reseda Blvd.** | **74** | **In Process** | | | | **(16)** |
| 270 | **1** | **IH** | **Interim Housing** | **1933 Magnolia Ave.** | **49** | **In Process** | | | | **(16)** |
| 271 | 10 | PSH | Prop HHH | McDaniel House (fka South Harvard)<br>1049 1/2 S HARVARD BLVD  Los Angeles, CA 90006 | 46 | In Process | | | | (21) |
| 272 | 6 | PSH | Prop HHH | Oatsie's Place (fka Sherman Way)<br>16015 W SHERMAN WAY  VAN NUYS, CA 91406 | 45 | In Process | | | | (21) |
| 273 | 15 | PSH | Homekey 1 | Travelodge<br>18600 Normandie Ave. | 40 | In Process | | | | (21) |
| 274 | 13 | PSH | Non-Prop HHH | Locke Lofts<br>345 N MADISON AVE CA 90004 | 137 | In Process | | | | (21) |
| 275 | 14 | PSH | Non-Prop HHH | Rosa's Place (fka Downtown Womens Center Campus Expansion)<br>501 E 5TH ST  Los Angeles, CA 90013 | 97 | In Process | | | | (21) |
| 276 | 14 | PSH | Prop HHH | Weingart Tower 1B - HHH PSH<br>554 S SAN PEDRO ST  Los Angeles, CA 90013 | 83 | In Process | | | | (21) |
| 277 | Various | TLS | Time-Limited Subsidies | Time-Limited Subsidies | 2,000 | In Process | | | | (22) |
| 278 | 15 | IH | Interim Housing<br>(Hotel/Motel Booking Agreement) | Horizon Inn | 10 | Closed | 05/30/2023 -<br>06/15/2026 | 25 | | |
| 279 | 5 | PSH | Permanent Supportive Housing<br>(Master Lease) | 920 S Gramercy Pl 90019 | 56 | Closed | 06/30/2024 -<br>6/12/2026 | | | |

| | |
|---|---|
| **Total PEH Served as of June 30, 2026** | **16,629** |
| **Units/Beds Open to Date** | **13,546** |
| **Units/Beds In Process** | **4,159** |
| **Total Units/Beds Open to Date and In Process** | **17,705** |

(1) For Permanent Supportive Housing (PSH) interventions, the number reported in the "Units/Beds" column refers to the the number of Permanent Supportive Housing (PSH) units and does not include non-supportive affordable units or manager's units in the building.

(2) For PSH interventions, the open and occupiable date may reflect the Ready for Occupancy (RFO) date reported by the Los Angeles Housing Department or, for sites with Project-Based Vouchers (PBVs) issued by the Housing Authority of Los Angeles (HACLA), the Housing Assistance Payment (HAP) contract issued by HACLA. Data collection for HAP contract effective dates began in the Quarterly Report as of September 30, 2023. Accordingly, projects with Open and Occupiable dates of July 2023 or later generally reflect the HAP contract effective date, unless the RFO date is later. Projects with Open and Occupiable dates before that date generally reflect the RFO date.

(3) The number reported under the "Number of PEH Served" column is as follows, depending on the intervention/project type: 1) Number of PSH units leased as of the quarter end date (for PSH interventions); 2) Total number of intakes (for Interim Housing interventions).

(4) These sites were originally created as a result of the Roadmap Agreement and are being added to the Alliance list as of the April 1, 2026 - June 30, 2026 quarter. The open and occupiable dates were originally reported on the City's Quarterly Reports pursuant to the Roadmap Agreement. Bold text is used to highlight these sites.

(5) Five units at this site are currently pending ADA conversion.

(6) Total PEH served has been corrected from the prior quarterly report.

(7) The "Number of PEH Served" data is provided beginning January 1, 2025, which is the beginning of the quarter that the sites were included in the Alliance report. These are conservative numbers and they may increase in the future based on an expanded tracking module from LAHSA. The HMIS Inventory Module for these sites was originally configured to track one household per room; however, operationally, some rooms have been occupied by multiple households, which the original Inventory Module system did not support. The expanded Inventory Module is now in place and LAHSA is overseeing ongoing data quality assurance to ensure historic data for participants and households are reflected. As a result, certain participants and households may not be reflected in this report and the number of PEH served may be undercounted.

(8) The number of units for Booking Agreement sites may fluctuate. The reported number of units reflects the highest number of units occupied during the reporting quarter. This data is based on an expanded Inventory Module from LAHSA. LAHSA is overseeing ongoing data quality assurance to ensure historic data for participants and households are reflected. This work is ongoing and as a result, the highest number of units occupied may be undercounted. Reporting on vacancies is not applicable for these agreements, as the agreements are based on unit utilization rather than a contracted number of units.

(9) Master lease agreement will end on November 6, 2026.

(10) The "Number of PEH Served" data is based on an April 1, 2025 start date, which is the beginning of the quarter that the sites were included in the Alliance report.

(11) The "Number of PEH Served" data is based on an July 1, 2025 start date, which is the beginning of the quarter that this site was included in the Alliance report.

(12) The start date for the "Number of PEH Served" data for these hotel/motel occupancy agreements are based on the dates that the sites were included in the Alliance report, which are reflected in the "Open & Occupiable Date column." These are conservative numbers and they may increase in the future based on an expanded tracking module from LAHSA. The HMIS Inventory Module for these sites was originally configured to track one household per room; however, operationally, some rooms have been occupied by multiple households, which the original Inventory Module system did not support. The expanded Inventory Module is now in place and LAHSA is overseeing ongoing data quality assurance to ensure historic data for participants and households are reflected. As a result, certain participants and households may not be reflected in this report and the number of PEH served may be undercounted.

(13) Site address is confidential because it is an emergency shelter serving survivors of domestic violence.

(14) These sites are listed as "Open" as of this quarterly report. Bold text is used to highlight these sites.

(15) The number of PSH units at this site has been updated from 114 to 115. This site is undergoing ongoing rehabilitation. Units are being leased as they become occupiable. As of June 30, 2026, 102 units are open and 13 units are in process.

(16) Site is being added as of the April 1, 2026 - June 30, 2026 quarter. Bold text is used to highlight these sites.

(17) This site is undergoing ongoing rehabilitation. Units are being leased as they become occupiable. As of June 30, 2026, 127 units are open and 17 units are in process.

(18) The number of PSH units at this site has been updated from 60 to 80.

(19) Number of PSH units at this site has been updated from 20 to 42.

(20) Thirteen booking/occupancy agreement sites had a downward adjustment in the number of PEH served from the prior quarterly report. This is likely due to incomplete data entry of historic data for participants and households in the expanded Inventory Module. The numbers are expected to increase in the future due to ongoing data corrections as the expanded inventory tracking module is fully implemented.

(21) Based on the current projected timelines, these interventions may not be open by June 30, 2027. The City is monitoring the timelines for these projects. In the event that any sites do not open by June 30, 2027, they will continue to be tracked so that their open and occupiable dates may be reported in subsequent quarterly reports.

(22) The City's approved bed plan includes 2,000 Time-Limited Subsidies (TLS) for new participants. Initial funding funding has been provided.