# Exhibit B

| Explanation of how the City created the units that already physically existed prior to the Settlement Agreement | |
| --- | --- |
| **Site No.** | **Explanation** |
| 59 | **Washington View Apartments**<br>**720 W WASHINGTON BLVD Los Angeles, CA 90015**<br><br>The Washington View Apartments is a new construction and rehabilitation affordable housing project with 91 PSH units on the site of the historic Pierce Brothers Mortuary. The project was awarded a Proposition HHH Supportive Housing Loan from the City. |
| 60 | **PATH Villas Montclair/Gramercy (Recap-Site 2 of 2)**<br>**3317 W WASHINGTON BLVD  Los Angeles, CA 90018**<br><br>PATH Villas Montclair/Gramercy is a project consisting of two PSH sites: a new construction site at 4220 W. Montclair St (the Montclair site) and an acquisition/rehabilitation project at 3317 W. Washington Blvd (the Gramercy site). Only the Gramercy site is counting toward the Settlement, as the Montclair site opened prior to the Settlement start date.<br><br>The City provided financing to create 16 PSH units at the Gramercy site, which was in need of significant rehabilitation to ensure its long-term viability. The Gramercy site previously served as a transitional housing program for transition-age youth with children, with a typical program stay of 8 to 18 months. As a result of the City financing, the site was rehabilitated into a PSH site with all new unit interiors, building exteriors (repointing brick), roof, major systems (including elevator), landscaping, a new two-bedroom manager unit, and the reconfiguration and expansion of commercial space at the site used by the non-profit PATH Center.<br><br>The City financing for the project, which included the new construction at the Montclair site, included the City's issuance of tax-exempt multifamily conduit revenue bonds and, for the Gramercy site specifically, the commitment of HOME Investment Partnership Program (HOME) and Housing Opportunities for Persons with AIDS (HOPWA) funds allocated to the City by the U.S. Department of Housing and Urban Development (HUD). The Los Angeles County Department of Health Services (DHS) committed Flexible Housing Subsidy Pool (FHSP) rental subsidies for the 16 PSH units and provides Intensive Case Management Services (ICMS) at the site. |

**Project Homekey (Rounds 1, 2, or 3)**

The State of California Homekey program, administered by the California Department of Housing and Community Development, provides funding for the conversion of existing buildings into permanent or interim housing. Sites are either acquired by partnering with non-profit agencies, with the City providing matching funds for the State dollars awarded, or by the Housing Authority of Los Angeles (HACLA). The list below provides details on the status of each site prior to acquisition as a Homekey site.

| | Address / Location | Site Status Prior to Homekey Acquisition |
| --- | --- | --- |
| 70 | 6521 Brynhurst | New construction multifamily property |
| 71 | 740 Alvarado | New construction multifamily property |
| 72 | 5050 Pico | New construction multifamily property |
| 74 | 10150 Hillhaven | New construction multifamily property |
| 80 | 14949 Roscoe | Renovated multifamily property |
| 121 | 7639 Van Nuys | New construction multifamily property |
| 190 | 19325 Londelius | Extended stay hotel/motel |
| 195 | 20205 Ventura | Extended stay hotel/motel |
| 218 | Atlas Florence Apartments (fka 1654 W Florence) | New construction multifamily property |
| 221 | 2812 Temple (2812 Temple/ 916 Alvarado) | New construction multifamily property |
| 229 | 21121 Vanowen | New construction multifamily property |
| 231 | 916 Alvarado (2812 Temple/ 916 Alvarado) | New construction multifamily property |
| 234 | BLVD Hotel 2010 N. Highland | Hotel/motel |
| 248 | The Weingart Shelby<br>3340 SHELBY DR LOS ANGELES, CA 90034 | Assisted living facility |
| 250 | 18602 Vermont | Extended stay hotel/motel |
| 251 | Motel 6 – North Hills<br>15711 W ROSCOE BLVD NORTH HILLS, CA 91343 | Hotel/motel |
| 252 | 6531 S Sepulveda | Extended stay hotel/motel |
| 254 | Oak Tree Inn<br>17448 VENTURA BLVD Encino CA 91316 | Hotel/motel |
| 267 | Pano<br>(formerly Panorama Inn)<br>8209 Sepulveda Blvd. | Hotel/motel |
| 273 | Travelodge<br>18600 Normandie Ave. | Apartment/hotel |

| Explanation of how the City created the units that already physically existed prior to the Settlement Agreement | |
|---|---|
| Site No. | Explanation |
| 75 | **VA Building 207**<br>**11301 WILSHIRE BLVD  #207  Los Angeles, CA 90025**<br><br>The VA Building 207 was previously a vacant three-story building that was rehabilitated into an affordable housing project with 59 PSH units. The land and building are federally owned. The project was awarded a Proposition HHH Supportive Housing Loan from the City. In addition, the City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bonds. |
| 76 | **Highland Gardens**<br>**7047 Franklin Ave Los Angeles, CA 90028**<br><br>Highland Gardens is a hotel that was previously used by the City as a Project Roomkey (PRK) site from July 8, 2021 to October 31, 2022. The PRK program was a temporary program established in March 2020 as part of the State of California's response to the COVID-19 pandemic that provided non-congregate shelter options for people experiencing homelessness who were at high risk for medical complications, serious illness, or death from COVID-19. When the PRK program ramped down in October 2022, the City and hotel owner discussed converting the hotel into an interim housing site. The City approved funding for both leasing and services, and the site opened as an interim housing site on December 27, 2022. The site would have otherwise returned to its previous use as a hotel charging market rates, at the discretion of the owner. The services funding is provided by the City, but is eligible for reimbursement from the County. |

**Inside Safe Hotels/Motels**

Under the Inside Safe program, existing hotels and motels are converted to interim housing through agreements between the owners and the City.  The two types of contractual motel leasing agreements are booking and occupancy. A booking agreement confirms a fixed nightly rate, but motel rooms used may fluctuate based on the number of participants at a location and room availability. An occupancy agreement includes a fixed nightly rate as well as a guaranteed number of rooms, regardless if they are filled or not. Sites will serve as interim housing for as long as they are contracted with the City. The list of Inside Safe hotels/motels is provided below.

| Site No. | Address / Location | Site Status Prior to Inside Safe Program |
|---|---|---|
| 78 | Sahara Inn | Hotel/motel |
| 82 | Deluxe Inn | Hotel/motel |
| 84 | Crenshaw Inn | Hotel/motel |
| 85 | Las Palmas | Hotel/motel |
| 86 | Lux Inn | Hotel/motel |
| 88 | Budget Motel | Hotel/motel |
| 89 | Hotel Silver Lake | Hotel/motel |
| 90 | Hilltop Motor Inn | Hotel/motel |
| 91 | Hyde Park Motel | Hotel/motel |
| 92 | Atlas Motel | Hotel/motel |
| 93 | Top Hat Motel | Hotel/motel |
| 94 | Motel 6 | Hotel/motel |
| 95 | Highland Park Motel | Hotel/motel |
| 96 | Park Motel | Hotel/motel |
| 97 | Rosa Bell | Hotel/motel |
| 98 | Cornett Motel | Hotel/motel |
| 99 | Full Moon Inn | Hotel/motel |
| 108 | Central Inn | Hotel/motel |
| 109 | Jolly Motel | Hotel/motel |
| 113 | Paradise Inn | Hotel/motel |
| 114 | Monterey Inn | Hotel/motel |
| 116 | Palm Motel | Hotel/motel |
| 119 | Budget Sepulveda | Hotel/motel |
| 126 | Palm Tree Inn | Hotel/motel |
| 131 | Marina 7 Motel | Hotel/motel |
| 133 | Travel Inn Motel | Hotel/motel |
| 134 | Hollywood Inn Express North | Hotel/motel |
| 135 | Hollywood Inn Express South | Hotel/motel |
| 137 | Vista Motel | Hotel/motel |
| 139 | Ace Motel | Hotel/motel |
| 140 | Universal Inn | Hotel/motel |

| Explanation of how the City created the units that already physically existed prior to the Settlement Agreement | |
| --- | --- |
| Site No. | Explanation |
| | Inside Safe Hotels/Motels, cont. |

| | Address / Location | Site Status Prior to Homekey Acquisition |
| --- | --- | --- |
| 159 | Good Knight Inn | Hotel/motel |
| 160 | Olive Motel | Hotel/motel |
| 163 | Hotel Dreamscape | Hotel/motel |
| 171 | Antonio Motel | Hotel/motel |
| 176 | Starlight Inn | Hotel/motel |
| 177 | Hollywood La Brea Inn | Hotel/motel |
| 186 | Canoga Hotel | Hotel/motel |
| 197 | Dusk Hotel | Hotel/motel |
| 202 | Stuart Hotel | Hotel/motel |
| 203 | Willow Tree Inn and Suites | Hotel/motel |
| 278 | Horizon Inn | Hotel/motel |

| Site No. | Explanation |
| --- | --- |
| 104 | **Building 205**<br>**11301 WILSHIRE BLVD  Los Angeles, CA 90073**<br><br>The VA Building 205 was previously a vacant, three-story, historic commercial building that was rehabilitated into an affordable housing project with 67 PSH units. The land and building are federally owned. The project was awarded a Proposition HHH Supportive Housing Loan from the City. In addition, the City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bonds. |
| 107 | **Building 208**<br>**11301 WILSHIRE BLVD  #208  LOS ANGELES, CA 90073**<br><br>The VA Building 208 was previously a vacant, three-story, historic commercial building that was rehabilitated into an affordable housing project with 53 PSH units. The land and building are federally owned. The project was awarded Proposition HHH funding from the City. In addition, the City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bond(s)/note(s). |
| 118 | **Step Up on Broadway (fka Broadway Apartments)**<br>**301 W 49TH ST 1-30  LOS ANGELES, CA 90037**<br><br>Step Up on Broadway (fka Broadway Apartments) was previously a motel, built in 1978, that was acquired and rehabilitated into an affordable housing project with 34 PSH units. The project was awarded Proposition HHH funding from the City. In addition, the City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bonds. |
| 124 | **West Third Apartments**<br>**1900 W 3rd St 90057**<br><br>West Third Apartments was previously a hotel, built in 1966, that was rehabilitated into an affordable housing project with 136 Permanent Supportive Housing (PSH) units. The City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue bonds. |
| 151 | **10864 Rochester Ave**<br>**Los Angeles, CA 90024**<br><br>10864 Rochester Ave is a single family home that was built in 1990 by the current owners. The owners rented the house to the non-profit organization Safe Place for Youth (SPY) for use for their interim housing program serving Transitional-Aged Youth (TAY). The property had been vacant for several years before it was rented, and SPY is the first tenant. Since the site's opening on January 4, 2024, the City has funded services at the site using the City's Homeless Housing, Assistance, and Prevention (HHAP) grant TAY allocation. |
| 156 | **1261-1269 Rolland Curtis Pl 90037**<br><br>1261-1269 Rolland Curtis Pl 90037 consists of a group of new construction residential buildings completed in 2021. The buildings were leased by the Los Angeles Homeless Services Authority (LAHSA) as part of their Master Leasing Strategy. City staff provided technical assistance to LAHSA for the development of the Master Leasing Strategy. In Fiscal Year (FY) 2026-27 (July 1, 2026 - June 30, 2027), the City is providing $4,691,469 in funding from the City's General Fund to support the overall Strategy and operations for LAHSA's Master Leasing portfolio. In addition, the portfolio is partly supported with Section 8 vouchers provided by the Housing Authority of the City of Los Angeles (HACLA). |

| | Explanation of how the City created the units that already physically existed prior to the Settlement Agreement |
|---|---|
| **Site No.** | **Explanation** |
| 167 | **Mayfair**<br>**1256 W 7th ST Los Angeles, CA 90017**<br><br>The Mayfair was previously a hotel that was used by the City as a Project Roomkey (PRK) site from November 1, 2020 to July 15, 2022. The PRK program was a temporary program established in March 2020 as part of the State of California's response to the COVID-19 pandemic that provided non-congregate shelter options for people experiencing homelessness who were at high risk for medical complications, serious illness, or death from COVID-19. After the demobilization of the site as a PRK site on July 15, 2022, the hotel remained vacant, and the City subsequently began negotiations with the owner to acquire the Mayfair in the first quarter of 2023. The City acquired the site as permanent infrastructure for interim housing in August 2023, and the site opened as interim housing on May 1, 2024. |
| 182 | **4969 SUNSET BLVD Los Angeles, CA 90027**<br><br>4969 Sunset, also known as the Jan Clayton Center, is owned by Volunteers of America Los Angeles (VOALA). VOALA received funding from the U.S. Department of Veterans Affairs (VA) to operate as a Low Demand Grant and Per Diem transitional housing program for homeless veterans from October 1, 2020 to September 20, 2023. When the program for veterans closed, VOALA expressed interest in operating the site as City interim housing. VOALA did not otherwise have funding options available to continue services at the site. The City's Bureau of Engineering (BOE) evaluated the site and recommended accessibility improvements. The City provided $10,000 in funding for accessibility improvements, and the site opened as City interim housing on July 1, 2024. The City also provides funding for services, which is eligible for reimbursement from the County. |
| 193 | **Avalon 1355**<br>**1355 N AVALON BLVD CA 90744**<br><br>Avalon 1355, known as the Las Palmas Apartments, involved the new construction of a four-story building along with the adaptive reuse of an existing vacant single-story commercial building to create an affordable housing project with 53 PSH units. The project was awarded Proposition HHH funding from the City. In addition, the City contributed to the project financing through the City's issuance of a tax-exempt multifamily conduit revenue note. |
| 206 | **The Brine Residential**<br>**3016 N Main St Los Angeles, CA 90031**<br><br>The Brine Residential involved the new construction of a five-story mixed-use building to create an affordable housing project with 49 PSH units. As part of the project, three historic residential structures were relocated and repurposed. The project was awarded Proposition HHH funding from the City. In addition, the City contributed to the project financing through the City's issuance of a tax-exempt multifamily conduit note. |
| 208 | **DV Emergency Shelter**<br>**Confidential Location**<br><br>This site was converted from an access center that did not provide shelter or housing to an emergency shelter serving survivors of domestic violence. City Measure HHH funding was used for the construction of the emergency shelter, which became operational on March 1, 2025. Funding for services at the site is provided through a contract with the City's Community Investment for Families Department. |
| 238 | **7253 Melrose Ave**<br><br>The property located at 7253 Melrose Ave, built in 1969, is a former assisted living facility. Following the closure of the assisted living facility, the owner began rehabilitating the site in 2022 to comply with the Emergency Homeless Shelter requirements in order to lease the site as interim housing. The site has not been occupied since the rehabilitation was completed. In September 2025, the City approved a total of $2,284,020 of Homeless Housing, Assistance, and Prevention (HHAP) funds for operations ($1,457,820) and leasing ($826,200) of the property. Furthermore, the City identified the service provider, Safe Place for Youth (SPY), to operate the site and worked with the Los Angeles Homeless Services Authority (LAHSA) to ensure operations commenced. |
| 246 | **Steps on St Andrews**<br>**1808 S ST ANDREWS PL  Los Angeles, CA 90019**<br><br>Steps on St. Andrews was previously a vacant single family home that was formerly an asset of the former Community Redevelopment Agency and later transferred to the City. The City entered into a ground lease with the developer and provided further support through the provision of Tier 3 Transit Oriented Communities (TOC) incentives. The existing structure was renovated and a new three-story wing was constructed to create 20 residential units, 15 of which are PSH units supported by HACLA Project-Based Vouchers (PBVs). |
| 249 | **803 E 5th St**<br>**803 E 5TH ST  Los Angeles, CA 90013**<br><br>805 E 5th St involves the adaptive reuse of three interconnected commercial buildings to create an affordable housing project with 94 PSH units.  The project was awarded Proposition HHH funding from the City. In addition, the City contributed to the project financing through the City's issuance of tax-exempt multifamily conduit revenue notes. |

| | |
|---|---|
| **Explanation of how the City created the units that already physically existed prior to the Settlement Agreement** | |
| **Site No.** | **Explanation** |
| 258 | **New Hampshire PSH**<br>**701 S New Hampshire Ave, Los Angeles, CA 90006**<br><br>New Hampshire PSH involves the new construction of a six-story building along with the adaptive reuse of an existing three-story mansion building, formerly occupied by the Children's Institute childcare center and administrative offices, to create an affordable housing project with 93 PSH units.  The project was awarded a Proposition HHH Supportive Housing Loan from the City. |

**A Bridge Home (ABH) Sites Originally Created as a Result of the Roadmap Agreement**

The "A Bridge Home" initiative enabled the rapid construction of temporary emergency homeless shelters throughout the City under Executive Directive No. 24 (Garcetti). Sites were constructed using temporary structures such as tension membrane structures or through leasing and/or capital improvements to existing buildings. The following ABH sites were created pursuant to the Roadmap Agreement and remain open. The site status prior to the creation of the ABH site is referenced below.

| Site No. | Address / Location | Site Status Prior to Creation of ABH Site |
|---|---|---|
| 1 | 515 N Beacon St. | California Department of Transportation (Caltrans)-owned parking lot |
| 2 | 13160 Raymer St. | Privately-owned warehouse and office space |
| 3 | Sylmar Armory<br>12860 Arroyo St. | State of California-owned building (formerly used as a winter shelter site) |
| 5 | 7700-7798 Van Nuys Blvd.<br>(formerly 7700 Van Nuys Blvd.) | Storage and maintenance yard owned by Los Angeles Department of Water and Power (LADWP) and parking lot owned by Los Angeles Department of Transportation (LADOT) |
| 6 | 310 N. Main St. | City-owned building |
| 7 | 1818 S Manhattan Pl.<br>(formerly 1819 S. Western Ave.) | City-owned parking lot |
| 22 | 668 S. Hoover St.<br>(aka 625 La Fayette Pl.) | Department of Recreation and Parks (RAP)-controlled property |
| 40 | 3248 Riverside Dr. | Department of Recreation and Parks (RAP)-controlled property |
| 42 | 3061 Riverside Dr. | Privately-owned by a construction firm |
| 44 | 4601 S. Figueroa St. | Privately-owned multi-family residential structure previously improved as a care facility |
| 55 | 1215 Lodi Pl. (1214 Lodi Pl.) | Bridge Housing site owned by a non-profit organization (ABH added beds to this site) |

**Project Homekey (Round 1) Sites Originally Created as a Result of the Roadmap Agreement**

The State of California Homekey program, administered by the California Department of Housing and Community Development, provides funding for the conversion of existing buildings into permanent or interim housing. Sites are either acquired by partnering with non-profit agencies, with the City providing matching funds for the State dollars awarded, or by the Housing Authority of Los Angeles (HACLA). The list below provides details on the status of each site prior to acquisition as a Homekey site.

| Site No. | Address / Location | Site Status Prior to Homekey Acquisition |
|---|---|---|
| 16 | Solaire Hotel<br>1710 7th St. | Hotel/Motel |
| 24 | Travelodge<br>21603 Devonshire St. | Hotel/Motel |
| 25 | Econo Motor Inn<br>8647 Sepulveda Blvd. | Hotel/Motel |
| 27 | The NEST<br>253 S. Hoover St. | Hotel/Motel |
| 31 | Titta's Inn - Casa Luna<br>5533 Huntington Dr. | Hotel/Motel |
| 32 | Super 8 Alhambra<br>5350 S Huntington Dr. | Hotel/Motel |
| 46 | The Layover (Super 8 LAX)<br>9250 Airport Dr. | Hotel/Motel |
| 51 | Encinitas (Formerly The Good Nite Inn)<br>12835 Encinitas Ave. | Hotel/Motel |
| 81 | King Solomon Village<br>1300-1332 W Slauson Ave. | Commercial property |
| 142 | 2521-2525 Long Beach Ave., Building A | Warehouse properties and ancillary areas |

| Site No. | Explanation | |
|---|---|---|
| **Explanation of how the City created the units that already physically existed prior to the Settlement Agreement** | | |
| | **Project Homekey (Round 1) Sites Originally Created as a Result of the Roadmap Agreement, cont.** | |
| | Address / Location | Site Status Prior to Homekey Acquisition |
| 194 | Canoga Park Place (formerly Super 8 Canoga Park) 7631 Topanga Canyon | Hotel/Motel. This site operated as a Roadmap Interim Housing site from 1/1/2021 - 8/29/2021 and has now been converted to permanent supportive housing. |
| 204 | Woodman 9120 Woodman Ave. | Elder care facility |
| 244 | Molly Maison (Best Inn) 4701 W. Adams Blvd. | Hotel/Motel. This site operated as a Roadmap Interim Housing site from 3/23/2021 - 11/26/2023 and has now been converted to permanent supportive housing. |
| 268 | PV Marina Del Rey (Ramada Inn) 3130 Washington Blvd. | Hotel/Motel. This site operated as a Roadmap Interim Housing site from 7/14/2021 - 10/31/2022 and is now being converted to permanent supportive housing. |
| 269 | The Sieroty (formerly Howard Johnson) 7432 Reseda Blvd. | Hotel/Motel. This site operated as a Roadmap Interim Housing site from 1/1/2021 - 6/30/2024 and is now being converted to permanent supportive housing. |
| | **Tiny Home Village (THV)/Modular Unit Sites Originally Created as a Result of the Roadmap Agreement** The sites below are either Tiny Home Village or Modular Units. Tiny Home Village sites provide standalone sleeping units that accommodate a maximum of two participants, along with shared hygiene units, laundry facilities, and common areas. Modular units are similar to Tiny Home Villages but differ with regard to their larger size, greater amenities (such as residential units with bathrooms and kitchenettes), and longer lifespan. Sites are constructed on properties such as parking lots or vacant lots. The following THV/Modular Unit sites were created pursuant to the Roadmap Agreement and remain open. The site status prior to the creation of the THV/Modular Unit site is referenced below. | |
| | Address / Location | Site Status Prior to Creation of THV/Modular Site |
| 18 | 11471 Chandler Blvd. | Department of Recreation and Parks (RAP)-controlled vacant lot |
| 34 | 6099 Laurel Canyon Blvd. | Department of Recreation and Parks (RAP)-controlled landscaped parkland |
| 47 | 1455 Alvarado St. | Privately-owned parking lot |
| 48 | 19040 Vanowen aka 6700 Vanalden | City-owned site at West Valley Municipal Building |
| 49 | 1221 S. Figueroa Pl. aka Harbor Park | Department of Recreation and Parks (RAP)-controlled lot |
| 52 | 12600 Saticoy | City and State of California Department of Transportation (Caltrans)-owned land |
| 54 | Arroyo Drive at Ave 60 | Department of Recreation and Parks (RAP)-controlled parking lot |
| 56 | 2301 W 3rd St. | Privately-owned vacant lot |
| 57 | 7570 N. Figueroa St. | Vacant lot owned by City of Los Angeles, County of Los Angeles, and Southern California Edison |
| 87 | 9710 San Fernando Rd. 9700 San Fernando Rd. | City-owned vacant lot |
| 153 | Northeast New Beginnings Community / Cypress Park 499 N. San Fernando Dr. | City-owned vacant lot |
| 158 | 850 N Mission Rd. | City-owned lot containing a LA Sanitation & Environment (LASAN) air treatment facility |
| | **Safe Parking Sites Originally Created as a Result of the Roadmap Agreement** Safe Parking provides participants with a safe and stable place to park their vehicles at night along with access to meals, hygiene services, and resource referral and case management. The following safe parking sites were created pursuant to the Roadmap Agreement and remain open. The site status prior to the creation of the Safe Parking site is referenced below. | |
| | Address / Location | Site Status Prior to Creation of Safe Parking Site |
| 9 | CD 11 Field Office Safe Parking 11339 Iowa Ave. | City-owned lot |
| 11 | LA Convention Center Safe Parking (CD 9) 1501 S. Figueroa St. (formerly 1201 S. Figueroa St.) | City-owned lot |
| 20 | 19610 S. Hamilton Ave. | Housing Authority of the City of Los Angeles (HACLA)-owned site |
| 23 | 711 S. Beacon St. | City-owned lot |
| 33 | Metrolink Station - Northridge 8775 Wilbur Ave. | City-owned lot |

| Explanation of how the City created the units that already physically existed prior to the Settlement Agreement | |
|---|---|
| Site No. | Explanation |
| | **Permanent Supportive Housing (PSH) Originally Created as a Result of the Roadmap Agreement**<br><br>The following PSH sites were originally created pursuant to the Roadmap Agreement and remain open. City financing for these sites may include Prop HHH Supportive Housing Loans, the issuance of tax-exempt multifamily conduit revenue bonds/notes, and/or other City funding/financing. The majority of sites were newly constructed. The list below provides details on the status of each building prior to the creation of the Permanent Supportive Housing site. |

| Site No. | Address / Location | Site Status Prior to Creation of PSH Site |
|---|---|---|
| 4 | Pico Robertson Senior Community<br>8866 W Pico Blvd. | n/a - new construction |
| 8 | FLOR 401 Lofts<br>401 E 7th St. | n/a - new construction |
| 10 | Aria Apartments<br>1532 W. Cambria St. | n/a - new construction |
| 12 | Rampart Mint<br>252 S. Rampart Blvd. | n/a - new construction |
| 13 | Residences on Main<br>6901 S. Main St. | n/a - new construction |
| 14 | Metro at Buckingham (Phase II)<br>4018 S Buckingham Rd. | n/a - new construction |
| 15 | 649 LOFTS<br>649 S. Wall St. | n/a - new construction |
| 19 | Westmore Elden Elms (Phase II)<br>1255 S Elden Ave. | n/a - new construction |
| 21 | Arminta Square<br>11050 W. Arminta St. | n/a - new construction |
| 26 | The Pointe on Vermont<br>7600 S Vermont Ave. | n/a - new construction |
| 28 | Florence Mills<br>1036 E. 35th St.<br>(aka 1044 E. Jefferson Blvd.) | n/a - new construction |
| 29 | Metamorphosis on Foothill<br>13574 W. Foothill Blvd. | n/a - new construction |
| 30 | McCadden Plaza<br>1119 N. McCadden Pl. | n/a - new construction |
| 38 | Western Ave. Apartments<br>5501 S. Western Ave. | Motel/Hotel |
| 45 | RISE Apartments<br>4050 S. Figueroa St. | n/a - new construction |
| | **Other Interim Housing Originally Created as a Result of the Roadmap Agreement**<br><br>The following interim housing sites were created pursuant to the Roadmap Agreement and remain open. The site status prior to the creation of the Roadmap Interim Housing site is referenced below along with explanations of how the City created the beds/units. | |

| Site No. | Address / Location | Site Status Prior to Creation of Interim Housing Site/Explanation |
|---|---|---|
| 17 | Women's Bridge Housing<br>Weingart Center<br>566 S. San Pedro St. | Privately-owned site. The City provided funding for services to establish a women's shelter at the site. The City continues to fund services at this site. |
| 35 | 224 E. 25th St. & 224 1/2 E. 25th St. | Privately-owned sites. The City provided funding for services to expand seasonal beds to year-round beds at these sites and later provided funding for services for additional unfunded beds at the sites. The City continues to fund these beds. |
| 36 | 838/840 E. 109th Place<br>(Formerly 345 E 118 Pl.) | Privately-owned sites. The City provided operations funding to expand seasonal beds to year-round beds at the 345 E 118th Pl site and later provided services funding for additional unfunded beds at the site. The City-funded beds were subsequently relocated to 838/840 E. 109th Pl. The City continues to fund these beds. |

| Explanation of how the City created the units that already physically existed prior to the Settlement Agreement | | |
|---|---|---|
| Site No. | Explanation | |
| | Other Interim Housing Originally Created as a Result of the Roadmap Agreement, cont. | |
| | Address / Location | Site Status Prior to Creation of Interim Housing Site/Explanation |
| 37 | 9165 & 9165 1/2 Normandie St. | Privately-owned sites. The City provided funding for services to expand seasonal beds to year-round beds at the 263 & 263 ½ W 42nd St site. The beds were subsequently relocated to 9165 & 9165 ½ S. Normandie Ave, which was able to accommodate additional City-funded beds. The City continues to fund these beds. |
| 39 | 1701 Camino Palmero St. | Privately-owned site. The City provided funding for the rehabilitation of the site under a service payback loan agreement between the non-profit site owner and the City. The City continues to fund services at this site. |
| 41 | 543 Crocker St. | Privately-owned site. The City provided funding for services to expand seasonal beds to year-round beds at the site and later provided operations funding for additional unfunded beds at the site. The City continues to fund these beds. |
| 43 | 5615 - 5749 South Western Ave. | Privately-owned sites. The City provided services funding for unfunded beds at the site and continues to fund these beds. |
| 50 | 1060 N Vignes St. | County-owned property. The County funded construction to create a modular unit interim housing site, with funding for services provided by the City. The City continues to fund services at this site. |
| 53 | 7816 Simpson Ave. | Privately-owned site. The City provided funding for services for unfunded beds at the site and continues to fund these beds |
| 58 | 18140 Parthenia St. | Former roller-skating rink property purchased by a non-profit organization. The City funded capital improvements create an interim housing site. The City continues to fund services at this site. |
| 110 | 1904 Bailey St. (Families) | Privately-owned former medical facility. The City provided funding for leasing and services to create an interim housing site. The City continues to fund leasing and services at this site. |
| 111 | 1904 Bailey St. (Individual Adults) | |