# Exhibit C

**Alliance Settlement Agreement**
**Quarterly Report**
**Quarter Ending June 30, 2026**
**Number of Unsheltered PEH Who Have Moved into Housing or Shelter Solutions created under the 2022 Settlement Agreement or Roadmap Agreement**

This exhibit is intended to provide data referred to in Paragraph 11.c and 11.j, DKT 1252.

This report is based on the data received from LAHSA. This report provides counts of all participants who entered Roadmap or Alliance sites on or after May 19, 2022 from an unsheltered situation. Counts are deduplicated per row (quarter of program entry) but not across rows. A participant who entered a site in two or more different quarters will be counted once in each row.

The HMIS field "Prior Living Situation" was used for this report, and only participants who entered an interim housing program indicating their prior living situation was "place not meant for habitation" were included.

Skid Row participants are identified as those who had a unsheltered geolocation within Skid Row, based on contact data in HMIS, within 6 months prior to their enrollment in an interim housing project.

**Interim Housing Programs in the City - as of June 30, 2026**
**Number of Interim Housing Entries**

| Program Entry Start Date | Participants (Deduplicated by Quarter) | Participants (Deduplicated by Quarter) - Skid Row |
|---|---|---|
| May 19, 2022 - June 30, 2022 | 780 | |
| July 1, 2022 - Sept 30, 2022 | 1,305 | |
| Oct 1, 2022 - Dec 31, 2022 | 1,246 | |
| Jan 1, 2023 - March 31, 2023 | 1,749 | |
| April 1, 2023 - June 30, 2023 | 1,449 | |
| July 1, 2023 - Sept 30, 2023 | 1,319 | |
| Oct 1, 2023 - Dec 31, 2023 | 1,134 | |
| Jan 1, 2024 - Mar 31, 2024 | 1,414 | |
| April 1, 2024 - June 30, 2024 | 1,375 | |
| July 1, 2024 - Sept 30, 2024 | 1,265 | |
| Oct 1, 2024 - Dec 31, 2024 | 928 | |
| Jan 1, 2025 - March 31, 2025 | 3,503 | |
| April 1, 2025 - June 30, 2025 | 1,219 | |
| July 1, 2025 - Sept 30, 2025 | 1,614 | |
| Oct 1, 2025 - Dec 31, 2025 | 1,320 | |
| Jan 1, 2026 - March 31, 2026 | 1,171 | |
| April 1, 2026 - June 30, 2026 | 981 | 21 |
| **Grand Total (Non-deduplicated)** | **23,772** | **21** |