# Exhibit D

Case 2:20-cv-02291-DOC-KES    Document 1325-4    Filed 07/30/26    Page 1 of 3    Page ID #:34889

**Alliance Settlement Agreement**
**Quarterly Report**
**Quarter Ending June 30, 2026**
**Persons Experiencing Homelessness (PEH) Engaged Data**

This exhibit is intended to provide data referred to in Paragraph 11.d, DKT 1252.

This report is based on data received from LAHSA. Engaged is a street outreach term defined by LAHSA as the date when a participant has begun developing a care plan with a street outreach worker and/or completes a Coordinated Entry System (CES) triage tool (such as the Los Angeles Housing Assessment Tool (LA HAT)), and/or the participant begins receiving services beyond basic life sustaining services such as provision of food and water.

The data is not limited to engagements related to housing placements at sites counting toward the Alliance Settlement Agreement.

In the Quarterly Report as of March 31, 2026 (DKT 1247), the City reported data provided by LAHSA beginning October 1, 2024 through March 31, 2026. October 1, 2024 is the earliest start date that LAHSA was able to report this data. This report provides data beginning April 1, 2026 - June 30, 2026.

LAHSA notes the following reporting rules:

This metric is reported in two ways: a count of participants newly engaged in a given quarter, and a count of all active engaged participants in that quarter.

**Count of Newly Engaged Participants:** In order to be counted in this metric, participants must have:  (i) An open street outreach program enrollment with a date of engagement within the reporting quarter OR have been exited from their street outreach enrollment during the reporting quarter and have a date of engagement during the quarter on or before the day they were exited from their street outreach program; and (ii) A Current Living Situation (CLS) or Service Location within a council district's limits prior to their engagement date.

**Count of All Active and Engaged Participants:** In order to be counted in this metric, participants must have (i) An open street outreach program enrollment with a date of engagement on or before the last date of the quarter OR have been exited from their street outreach enrollment during the reporting quarter and have a date of engagement on or before the day they were exited from their street outreach program; and (ii) A Current LIving Situation (CLS) or Service Location within a council district's limits prior to the reporting quarter.

LAHSA's Reporting standards use the last 6 months of prior geolocated engagement data to connect a participant to a geographical area.

The Grand Total reflects a deduplicated count of participants.

**Count of Engaged Participants by Council District**
**April 1, 2026 - June 30, 2026**

| Council District | Count of Newly Engaged Participants (Count of Distinct PEH) | Count of All Active and Engaged Participants (Count of Distinct) |
|---|---|---|
| 1 | 739 | 1,710 |
| 2 | 397 | 883 |
| 3 | 263 | 620 |
| 4 | 229 | 564 |
| 5 | 161 | 394 |
| 6 | 481 | 1,361 |
| 7 | 181 | 627 |
| 8 | 463 | 1,227 |
| 9 | 372 | 937 |
| 10 | 339 | 976 |
| 11 | 287 | 733 |
| 12 | 255 | 556 |
| 13 | 564 | 1,340 |
| 14 | 1,389 | 3,125 |
| 15 | 471 | 971 |
| **Grand Total** | **4,903** | **11,534** |