# Exhibit E

**Alliance Settlement Agreement Quarterly Report**
**Quarter Ending June 30, 2026**
**Number of Encampments in the City**

This exhibit is intended to provide data referred to in Paragraph 11.e, DKT 1252.

This report is based on data received from LAHSA. LAHSA defines an encampment as a group of 5 or more tents or people staying outdoors in a concentrated location for a duration of 2 weeks or more.

In the Quarterly Report as of December 31, 2025 (DKT 1138), the City reported data provided by LAHSA as of June 30, 2025, September 30, 2025, and January 1, 2025. June 30, 2025 is the earliest quarter end date for which LAHSA was able to report this data. In the Quarterly Report as of March 31, 2026 (DKT 1247), the City reported data provided by LAHSA as of March 31, 2026. This report provides data as of June 30, 2026.

LAHSA notes the following reporting rules:

Count of distinct encampments drawn in HMIS Encampment Module that have a start date before the end of the report period, have no deactivation date or the deactivation date is on or after the reporting start date, and the encampment has one of the following encampment statuses:

**Known Encampment:** This status indicates an encampment has been identified and is being tracked in HMIS
**Planned Operation:** This status indicates an encampment has been scheduled for an encampment resolution operation, such as an Inside Safe operation, to clear the encampment and bring the participants indoors.
**Active Closure Operation:** This status indicates an encampment is undergoing an active operation to clear the encampment and bring participants indoors.
**Operation Closed, Active Maintenance:** This status indicates the operation was completed, the encampment was cleared, and that outreach workers are routinely checking on the encampment to avoid repopulation and ensure such participants are directed towards shelter resources.
**Operation Closed, No Maintenance:** This status indicates the operation was completed, the encampment was cleared, and outreach workers are no longer actively working in the encampment to avoid repopulation. This status is triggered either after a year of management with no new enrollments in the encampment, or upon decision by a Care Coordination team meeting.
**Encampment Boundary Deactivated:** This status indicates an encampment shape has been deactivated. This is triggered after 2 years with no new enrollments, or upon the decision of the Care Coordination team.

Report of encampment is broken down by Council District. If the encampment boundary crosses CD boundaries, it is counted in both jurisdictions, but a total distinct count of encampment city wide will be reported as well.

LAHSA notes that cleanup work on encampment statuses is underway, and that improvements were made to the reporting tool to ensure only the most recent status of every encampment was being counted. Both of these factors may have contributed to decreases in counts of encampments from the last quarterly report.

**Number of Encampments in the City - as of June 30, 2026**

| CD | Encampment Status | Count of Encampments |
|---|---|---|
| 1 | Known Encampment (Not Planned for Closure) | 2 |
| 1 | Planned Operation | 4 |
| 1 | Operation Closed (Active Maintenance) | 18 |
| 1 | Operation Closed (No Maintenance) | 3 |
| 1 | Encampment Deactivated (No Longer Tracked) | 4 |
| 2 | Known Encampment (Not Planned for Closure) | 2 |
| 2 | Active Closure Operation | 2 |
| 2 | Operation Closed (Active Maintenance) | 3 |
| 2 | Encampment Deactivated (No Longer Tracked) | 2 |
| 3 | Known Encampment (Not Planned for Closure) | 2 |
| 3 | Operation Closed (Active Maintenance) | 7 |
| 3 | Operation Closed (No Maintenance) | 1 |
| 3 | Encampment Deactivated (No Longer Tracked) | 3 |
| 4 | Known Encampment (Not Planned for Closure) | 1 |
| 4 | Operation Closed (Active Maintenance) | 5 |
| 4 | Operation Closed (No Maintenance) | 3 |
| 4 | Encampment Deactivated (No Longer Tracked) | 1 |
| 5 | Known Encampment (Not Planned for Closure) | 2 |
| 5 | Operation Closed (Active Maintenance) | 10 |
| 5 | Encampment Deactivated (No Longer Tracked) | 3 |
| 6 | Known Encampment (Not Planned for Closure) | 7 |
| 6 | Operation Closed (Active Maintenance) | 12 |
| 6 | Operation Closed (No Maintenance) | 1 |
| 6 | Encampment Deactivated (No Longer Tracked) | 3 |
| 7 | Known Encampment (Not Planned for Closure) | 2 |
| 7 | Operation Closed (Active Maintenance) | 8 |
| 7 | Operation Closed (No Maintenance) | 1 |
| 7 | Encampment Deactivated (No Longer Tracked) | 3 |
| 8 | Known Encampment (Not Planned for Closure) | 1 |
| 8 | Operation Closed (Active Maintenance) | 18 |
| 8 | Encampment Deactivated (No Longer Tracked) | 1 |
| 9 | Known Encampment (Not Planned for Closure) | 2 |
| 9 | Planned Operation | 3 |
| 9 | Operation Closed (Active Maintenance) | 8 |
| 9 | Encampment Deactivated (No Longer Tracked) | 7 |

**Number of Encampments in the City - as of June 30, 2026**

| CD | Encampment Status | Count of Encampments |
|---|---|---:|
| 10 | Operation Closed (Active Maintenance) | 7 |
| 10 | Operation Closed (No Maintenance) | 2 |
| 10 | Encampment Deactivated (No Longer Tracked) | 1 |
| 11 | Known Encampment (Not Planned for Closure) | 5 |
| 11 | Operation Closed (Active Maintenance) | 14 |
| 11 | Encampment Deactivated (No Longer Tracked) | 4 |
| 12 | Known Encampment (Not Planned for Closure) | 1 |
| 12 | Operation Closed (Active Maintenance) | 4 |
| 13 | Known Encampment (Not Planned for Closure) | 1 |
| 13 | Planned Operation | 1 |
| 13 | Operation Closed (Active Maintenance) | 25 |
| 13 | Operation Closed (No Maintenance) | 4 |
| 13 | Encampment Deactivated (No Longer Tracked) | 5 |
| 14 | Known Encampment (Not Planned for Closure) | 1 |
| 14 | Active Closure Operation | 1 |
| 14 | Operation Closed (Active Maintenance) | 11 |
| 14 | Operation Closed (No Maintenance) | 2 |
| 15 | Known Encampment (Not Planned for Closure) | 2 |
| 15 | Planned Operation | 1 |
| 15 | Operation Closed (Active Maintenance) | 8 |
| 15 | Encampment Deactivated (No Longer Tracked) | 11 |
| **Grand Total** | **Total** | **239** |

**Number of Encampments in the City - as of June 30, 2026**

| CD | Count of Encampments |
|---|---|
| 1 | 31 |
| 2 | 9 |
| 3 | 13 |
| 4 | 10 |
| 5 | 15 |
| 6 | 23 |
| 7 | 14 |
| 8 | 20 |
| 9 | 20 |
| 10 | 10 |
| 11 | 23 |
| 12 | 5 |
| 13 | 36 |
| 14 | 15 |
| 15 | 22 |
| **Grand Total** | **239** |