# Exhibit F

**Alliance Settlement Agreement**
**Quarterly Report**
**Quarter Ending June 30, 2026**
**Number of Interim Housing Referrals**

This exhibit is intended to provide data referred to in Paragraph 11.f, DKT 1252.

This report is based on data received from LAHSA. This report covers Matched Interim Housing (IH) programs, all of which are located within the City of Los Angeles. This dataset excludes LAHSA grant-administered family IH programs, non-LAHSA grant-administered programs, and the Inside Safe program, which is matched by the Mayor's Office.

LAHSA notes the following reporting rules:

1. The Number of Beds or Opportunities Offered  (Total Referrals Made & Distinct PEH Referred) during the reporting period
  A count of all participants that have an IH match during the reporting period, and a count of all matches made to IH during the reporting period, not deduplicated by client.
  A match is counted when a participant has a completed Interim Housing Referral and was matched to an IH program through the IH Community Queue in HMIS.

2. Number of PEH Who Accepted Offers of Shelter or Housing (Total PEH Enrolled) during the reporting period
  A distinct count of all participants that have:
   i. Had an interim housing match made during the reporting period. A match is counted when a participant has a completed Interim Housing Referral and was matched to an IH program through the IH Community Queue in HMIS; and
  ii. Accepted that match by showing up at the site, enrolling in the interim housing program, and occupying a bed or unit.

3. PEH Who Have Rejected Offers of Shelter and Housing during the reporting period & Why
  A count of all participants that have :
   i. Had an interim housing match made during the reporting period. A match is counted when a participant has a completed Interim Housing Referral and was matched to an IH program through the IH Community Queue in HMIS; and
   ii. Rejected or denied that match. A match is rejected when there is no response to the match invite email or a participant schedules an intake and does not show up to the site.

LAHSA does not currently have the capability to report on the reasons why offers were rejected.

Aggregate totals count distinct PEH and deduplicate by program and across the entire portfolio. For example, a participant who enrolled at two IH sites will be counted once per row in the tables but only once in the aggregate table.

Note: Participants may have both accepted a referral and entered a program and declined a referral at different times in the reporting period. Those participants are counted once in both the enrolled and the declined columns. Therefore, enrollments and referrals declined made may not always add up to the number of referrals made.

**Number of Interim Housing Referrals in the City - as of June 30, 2026**

| Program ID | Agency Name | Program Name | Total Referrals Made | Distinct PEH Referred | Total PEH Enrolled | Total Referrals Declined | Distinct PEH Declined Referrals |
|---|---|---|---|---|---|---|---|
| 1440 | Los Angeles Youth Network | IH - TAY - Beachwood - TH | 14 | 14 | 4 | 10 | 10 |
| 1500 | The Village Family Services | IH - TAY - Hope of the Valley SPA 2 - TH | 11 | 8 | 6 | 7 | 6 |
| 1956 | The Salvation Army | IH - TAY - The Way In Youth - TH | 24 | 22 | 5 | 19 | 18 |
| 2762 | Los Angeles Youth Network | IH - TAY - Measure A - TH | 24 | 23 | 2 | 22 | 21 |
| 2797 | Upward Bound House | IH - TAY - Bright Futures I - TH | 31 | 27 | 4 | 27 | 23 |
| 2803 | The Salvation Army | IH - TAY - 62nd SPA 5 - TH | 16 | 16 | 3 | 13 | 13 |
| 3329 | Upward Bound House | IH - TAY - Bright Futures II - TH | 1 | 1 | 1 | 0 | 0 |
| 4901 | Covenant House California | IH - TAY - CHC Western & Gramercy - TH | 28 | 26 | 12 | 16 | 16 |
| 4902 | Sycamores | IH - TAY - Sycamores - TH | 66 | 24 | 11 | 58 | 21 |
| 4904 | Jovenes, Inc. | IH - TAY - Casa Estrella/Casa Olivares SPA 4 - TH - LAHSA | 17 | 17 | 8 | 9 | 9 |
| 4906 | Los Angeles LGBT Center | IH - TAY - LA LGBT Center - TH | 17 | 16 | 13 | 4 | 3 |
| 4909 | St. Anne's Maternity Home | IH - TAY - St. Anne's Family - TH | 22 | 7 | 4 | 20 | 7 |
| 5741 | Los Angeles Room and Board | IH - TAY - Excelsior House - PHK 2.0 | 29 | 27 | 14 | 16 | 15 |
| 5742 | Los Angeles Room and Board | IH - TAY - Dunamis House - PHK 2.0 | 34 | 32 | 12 | 22 | 22 |
| 5788 | Safe Place for Youth | IH - TAY - Lighthouse - TH | 26 | 24 | 5 | 22 | 21 |
| 7252 | 1736 Family Crisis Center | IH - Adults - Women's Shelter | 45 | 44 | 10 | 38 | 37 |
| 7253 | 1736 Family Crisis Center | IH - Adults - She Does Haven - ABH | 46 | 41 | 6 | 40 | 35 |
| 7256 | A Step to Freedom | IH - Adults - A Step to Freedom - B7 | 16 | 16 | 4 | 13 | 13 |
| 7257 | The Salvation Army | IH - Adults - Harbor Park - THV | 45 | 37 | 22 | 22 | 19 |
| 7262 | Bryant Temple CDC | IH - Adults - Bryant Temple - B7 | 90 | 77 | 25 | 63 | 53 |
| 7275 | People Assisting the Homeless (PATH) | IH - Adults - Highland Gardens - Roadmap | 37 | 31 | 16 | 21 | 17 |
| 7277 | The Salvation Army | IH - Adults - Lafayette - ABH | 25 | 24 | 5 | 22 | 21 |
| 7299 | Covenant House California | IH - TAY - CHC Bridge - LAHSA | 95 | 88 | 25 | 70 | 65 |
| 7301 | Covenant House California | IH - TAY - CHC Crisis | 52 | 49 | 26 | 27 | 27 |
| 7303 | First To Serve Inc. | IH - Adults - King Solomon - Roadmap | 129 | 119 | 30 | 96 | 89 |
| 7306 | People Assisting the Homeless (PATH) | IH - Youth - YWCA - ABH | 75 | 66 | 15 | 61 | 56 |
| 7307 | The Salvation Army | IH - TAY - Youth (Men) Hollywood | 9 | 9 | 2 | 7 | 7 |
| 7309 | People Assisting the Homeless (PATH) | IH - Adults - YWCA - ABH | 105 | 93 | 41 | 64 | 58 |
| 7310 | The Salvation Army | IH - TAY - Youth Hollywood SPA 4 | 6 | 6 | 1 | 5 | 5 |
| 7316 | Harbor Interfaith Services | IH - Adults - Beacon - ABH | 117 | 109 | 52 | 68 | 65 |
| 7319 | Home at Last Community Development Corporation | IH - Adults - Broadway Matrix - Roadmap | 117 | 114 | 21 | 96 | 93 |
| 7320 | Home at Last Community Development Corporation | Bridge Housing City Roadmap Central LIV "Entry/Exit" | 1 | 1 | 0 | 1 | 1 |
| 7323 | Home at Last Community Development Corporation | IH - TAY - Avalon Crisis | 170 | 143 | 23 | 150 | 125 |
| 7324 | Home at Last Community Development Corporation | IH - TAY - Avalon Bridge | 76 | 67 | 9 | 68 | 59 |
| 7328 | Sanctuary of Hope | IH - TAY - SOH Bridge | 36 | 34 | 4 | 34 | 32 |
| 7330 | Society of St. Vincent de Paul | IH - Adults - Cardinal Manning Center | 13 | 13 | 7 | 7 | 7 |
| 7341 | Union Station Homeless Services | IH - Adults - Huntington Villas - PHK CITY | 7 | 6 | 5 | 3 | 2 |
| 7343 | Union Station Homeless Services | IH - Adults - Casa Luna - PHK CITY | 13 | 12 | 6 | 7 | 7 |
| 7351 | Special Service for Groups, Inc. | IH - Adults - 25th Street - Roadmap | 56 | 53 | 17 | 36 | 35 |
| 7353 | Special Service for Groups, Inc. | IH - Adults - Motorcycle Riders - Roadmap | 37 | 36 | 12 | 24 | 23 |
| 7355 | Hope of the Valley Rescue Mission | IH - Adults - HTM - B7 | 84 | 74 | 15 | 67 | 59 |
| 7356 | Special Service for Groups, Inc. | IH - Adults - LA Global Care - Roadmap | 8 | 8 | 3 | 5 | 5 |
| 7357 | Hope of the Valley Rescue Mission | IH - Adults - Trebek Center - Roadmap | 64 | 62 | 25 | 38 | 38 |
| 7360 | Hope of the Valley Rescue Mission | IH - Adults - Whitsett - THV | 131 | 126 | 48 | 82 | 80 |
| 7362 | Special Service for Groups, Inc. | IH - Adults - Silver Villas - Older Adults | 12 | 12 | 5 | 7 | 7 |
| 7363 | Hope of the Valley Rescue Mission | IH - Adults - Vanowen - THV | 24 | 22 | 12 | 13 | 12 |
| 7364 | Special Service for Groups, Inc. | IH - Adults - Casa De Zulma - Women | 38 | 31 | 7 | 33 | 27 |
| 7366 | Hope of the Valley Rescue Mission | IH - Adults - Alexandria Park - THV | 146 | 140 | 56 | 85 | 82 |
| 7367 | Special Service for Groups, Inc. | IH - Adults - St. Andrews - ABH | 62 | 61 | 23 | 41 | 40 |
| 7368 | Hope of the Valley Rescue Mission | IH - Adults - Chandler - THV | 72 | 70 | 25 | 45 | 44 |
| 7370 | Hope of the Valley Rescue Mission | IH - Adults - Van Nuys - ABH | 33 | 32 | 9 | 23 | 23 |
| 7373 | Hope of the Valley Rescue Mission | IH - Adults - Raymer - ABH | 45 | 45 | 14 | 32 | 32 |
| 7374 | Jovenes, Inc. | IH - TAY - Mariposa House Women SPA 7 | 46 | 42 | 13 | 34 | 31 |
| 7379 | Jovenes, Inc. | IH - TAY - La Posada Youth I SPA 4 | 3 | 3 | 2 | 1 | 1 |
| 7380 | Jovenes, Inc. | IH - TAY - La Posada Youth II SPA 4 | 15 | 15 | 6 | 9 | 9 |
| 7386 | Volunteers of America of Los Angeles | IH - Adults - Bailey - Roadmap (Women) | 48 | 47 | 26 | 25 | 24 |
| 7387 | JWCH Institute, Inc. | IH - Adults - New Beginnings - Roadmap | 141 | 121 | 31 | 115 | 100 |
| 7390 | LA Family Housing Corporation (LAFH) | IH - Adults - Taper - Roadmap | 31 | 31 | 8 | 21 | 21 |
| 7393 | LA Family Housing Corporation (LAFH) | IH - Adults - Encinitas - PHK CITY | 35 | 33 | 17 | 18 | 18 |
| 7395 | Testimonial Community Love Center | IH - Adults - South Western - Roadmap | 43 | 43 | 7 | 39 | 39 |
| 7400 | Volunteers of America of Los Angeles | IH - Adults - Hope - ABH | 79 | 77 | 27 | 54 | 53 |
| 7403 | Volunteers of America of Los Angeles | IH - Adults - T-House - Roadmap | 40 | 39 | 21 | 20 | 20 |
| 7407 | The People Concern | DHS/LAHSA Co-Funded Beds - Village "Entry/Exit" | 14 | 14 | 5 | 11 | 11 |
| 7409 | Volunteers of America of Los Angeles | IH - Adults - The Avenue - Roadmap | 95 | 89 | 29 | 67 | 63 |
| 7412 | LA Family Housing Corporation (LAFH) | IH - Adults - Willows - ABH | 38 | 35 | 17 | 22 | 20 |
| 7415 | The People Concern | IH - Adults - The Layover - PHK CITY | 15 | 12 | 8 | 8 | 5 |
| 7418 | LA Family Housing Corporation (LAFH) | IH - Adults - Arroyo - ABH | 145 | 119 | 33 | 112 | 91 |
| 7419 | Weingart Center Association | IH - Adults - Weingart Center - B7 | 52 | 48 | 17 | 34 | 32 |
| 7423 | Weingart Center Association | IH - Adults - Care First Village - Roadmap | 67 | 67 | 37 | 36 | 36 |
| 7438 | Weingart Center Association | IH - Adults - San Pedro - Roadmap (Women) | 38 | 36 | 17 | 20 | 19 |
| 7443 | Weingart Center Association | IH - Adults - Beacon - PHK CITY | 46 | 36 | 22 | 27 | 21 |
| 7447 | Los Angeles LGBT Center | IH - TAY - LA LGBT Center Bridge | 6 | 6 | 5 | 1 | 1 |

**Number of Interim Housing Referrals in the City - as of June 30, 2026**

| Program ID | Agency Name | Program Name | Total Referrals Made | Distinct PEH Referred | Total PEH Enrolled | Total Referrals Declined | Distinct PEH Declined Referrals |
|---|---|---|---|---|---|---|---|
| 7449 | The People Concern | IH - Adults - El Puente - ABH | 49 | 49 | 25 | 23 | 23 |
| 7450 | Los Angeles LGBT Center | IH - TAY - LA LGBT Center Crisis | 8 | 8 | 3 | 5 | 5 |
| 7454 | Los Angeles Youth Network | IH - TAY - Hollywood | 23 | 23 | 6 | 18 | 18 |
| 7464 | Volunteers of America of Los Angeles | IH - Adults - Sepulveda Villa - PHK CITY | 21 | 18 | 11 | 12 | 12 |
| 7466 | Volunteers of America of Los Angeles | IH - Adults - The Nest - PHK CITY | 26 | 25 | 12 | 15 | 15 |
| 7467 | Volunteers of America of Los Angeles | IH - Adults - Sun Valley - THV | 225 | 210 | 41 | 192 | 181 |
| 7469 | Volunteers of America of Los Angeles | IH - Adults - Boyle Heights - THV | 56 | 56 | 29 | 34 | 34 |
| 7470 | Volunteers of America of Los Angeles | IH - Adults - Devonshire Lodge - PHK CITY | 61 | 43 | 23 | 40 | 29 |
| 7592 | Volunteers of America of Los Angeles | IH - Adults - Jan Clayton Center - Alliance | 13 | 11 | 6 | 8 | 7 |
| 7596 | Hope of the Valley Rescue Mission | IH - Adults - Echo Park Lake - THV | 21 | 21 | 10 | 12 | 12 |
| 7597 | National Health Foundation | IH - Adults - Arleta Enhanced Older Adults - PHK CITY | 18 | 17 | 11 | 8 | 7 |
| 7640 | The Good Seed Community Development Corporation | CalAIM Housing Navigation (HHSS) | 1 | 1 | 0 | 0 | 0 |
| 7643 | The Good Seed Community Development Corporation | Intensive Case Management Services (ICMS) | 1 | 1 | 0 | 0 | 0 |
| 7804 | Los Angeles County Department of Health Services (DHS) | E6 MDT SPA 6 HOPICS City County | 3 | 3 | 0 | 0 | 0 |
| 8054 | Hope of the Valley Rescue Mission | IH - Adults - Civic Center - ABH | 47 | 47 | 29 | 19 | 19 |
| 8055 | Hope of the Valley Rescue Mission | IH - Adults - Gardner Library - ABH | 69 | 64 | 18 | 56 | 51 |
| 8056 | Hope of the Valley Rescue Mission | IH - Adults - Schrader - ABH | 88 | 77 | 30 | 57 | 49 |
| 8057 | Hope of the Valley Rescue Mission | IH - Adults - Casa Azul - ABH | 85 | 73 | 19 | 68 | 58 |
| 8058 | Hope of the Valley Rescue Mission | IH - Adults - Westlake - THV | 60 | 58 | 27 | 34 | 32 |
| 8059 | Hope of the Valley Rescue Mission | IH - Adults - Eagle Rock - THV | 71 | 68 | 28 | 46 | 45 |
| 8060 | Holliday's Helping Hands, Inc. | IH - Adults - Eubank - ABH | 79 | 75 | 20 | 59 | 57 |
| 8061 | Five Keys Schools and Programs | IH - Adults - Arroyo Seco - THV | 33 | 32 | 14 | 17 | 16 |
| 8084 | The People Concern | IH - Adults - LAMP Village - LAHSA | 24 | 23 | 13 | 11 | 11 |
| 8085 | The People Concern | IH - Adults - Turning Point | 35 | 34 | 11 | 26 | 25 |
| 8088 | First To Serve Inc. | IH - Adults - Vernon | 85 | 81 | 8 | 77 | 73 |
| 8089 | Catholic Charities of Los Angeles, Inc. | IH - Adults - Hawkes | 18 | 18 | 5 | 14 | 14 |
| 8090 | Catholic Charities of Los Angeles, Inc. | IH - Adults - Languille | 27 | 25 | 5 | 23 | 22 |
| 8091 | LA Family Housing Corporation (LAFH) | IH - Adults - Taper - LAHSA | 87 | 85 | 24 | 64 | 62 |
| 8093 | People Assisting the Homeless (PATH) | IH - Adults - Madison - LAHSA | 106 | 101 | 33 | 76 | 76 |
| 8094 | Special Service for Groups, Inc. | IH - Adults - LA Global Care 59th Place | 93 | 87 | 22 | 70 | 65 |
| 8095 | Special Service for Groups, Inc. | IH - Adults - LA Global Care Vernon | 41 | 41 | 20 | 21 | 21 |
| 8097 | Testimonial Community Love Center | IH - Adults - South Western | 176 | 173 | 39 | 136 | 134 |
| 8098 | The Midnight Mission | IH - Adults - The Midnight Mission | 78 | 76 | 30 | 49 | 49 |
| 8103 | Weingart Center Association | IH - Adults - San Pedro - LAHSA | 42 | 40 | 15 | 28 | 28 |
| 8104 | Volunteers of America of Los Angeles | IH - Adults - T-House | 11 | 11 | 6 | 5 | 5 |
| 8105 | Volunteers of America of Los Angeles | IH - Adults - Pathway 2 Home - Men - LAHSA | 172 | 170 | 70 | 100 | 99 |
| 8106 | Volunteers of America of Los Angeles | IH - Adults - Center 4 Life - Women - LAHSA | 279 | 268 | 65 | 211 | 205 |
| 8119 | Whittier First Day Coalition | IH - Adults - Midvale - THV | 31 | 31 | 10 | 25 | 25 |
| 8225 | Coalition for Responsible Community Development | Campus Peer Navigators SPA 6 | 1 | 1 | 0 | 0 | 0 |
| 8274 | Weingart Center Association | IH - Adults - Los Feliz - ABH | 159 | 137 | 39 | 118 | 106 |
| 8392 | Safe Place for Youth | IH - TAY - Roots to Grow/Mitchell - TH | 3 | 3 | 0 | 3 | 3 |
| 8395 | BARE Truth Inc | IH - Adults - Imperial - ABH | 88 | 82 | 31 | 59 | 55 |
| 8407 | Safe Place for Youth | IH - TAY - Meadows at Melrose - TH | 48 | 46 | 21 | 27 | 27 |

**Aggregate Data**

| Total Referrals Made | Distinct PEH Referred | Total PEH Enrolled | Total Referrals Declined | Distinct PEH Declined Referrals |
|---|---|---|---|---|
| 6,156 | 4,951 | 1,831 | 4,319 | 3,547 |