# Exhibit G

**Alliance Settlement Agreement**
**Quarterly Report**
**Quarter Ending June 30, 2026**
**Number of Permanent Housing Referrals**

This exhibit is intended to provide data referred to in Paragraph 11.f, DKT 1252.

This report is based on data received from LAHSA. This report covers resources matched through the Coordinated Entry System (CES). Veterans Affairs Supportive Housing (VASH), Flexible Housing Subsidy Pool (FHSP), and Pomona Housing Authority (Pomona - HA) resources are excluded. Project-based PSH covers all projects located within the City of LA.  For Tenant-based PSH, coverage extends to all subsidy pools, which include offers across the entirety of LA County.

LAHSA notes the following reporting rules:

1. The Number of Beds or Opportunities Offered  (PEH Matched to PBV and PEH Matched to TBV) during the reporting period
Distinct count of all participants who have been sent an email invite to start a Universal Housing Application or who have been matched to a resource in the Resource Management System (RMS).

2. Number of PEH Who Accepted Offers of Shelter or Housing (Matches Accepted to PBV, Matches Accepted to TBV, and UHA Completed) during the reporting period
For Project-based PSH: Count of all participants who start and complete a Universal Housing Application after they have been sent an email invite to start a Universal Housing Application
For Tenant-based PSH: Count of all participants who were matched in the quarter and accepted that match in the quarter.

LAHSA does not currently have the capability to report on offers rejected and the reasons why offers were rejected for permanent housing.

Aggregate totals count distinct PEH and deduplicate by program and across the entire portfolio. For example, a participant with two PH matches will be counted once per row in the tables but only once in the aggregate table.

**Number of Permanent Housing Referrals in the City - as of June 30, 2026**
**Matches and Matches Accepted to Project Based PSH**

| RMS Building ID | RMS Resource Name | PEH Matched to PBV | Matches Accepted to PBV |
|---|---|---|---|
| 1 | 127th Street Apartments (548 W 127th St) | 2 | 0 |
| 2 | 235 Berendo Apartments | 2 | 0 |
| 4 | 36TH St Apartments | 2 | 1 |
| 7 | Abbey Apartments | 7 | 1 |
| 16 | Arlington Square Apartments | 3 | 0 |
| 24 | Beverly Terrace Apartments | 4 | 1 |
| 27 | Bonnie Brae Village | 2 | 1 |
| 28 | Boyd Hotel Apartments | 12 | 6 |
| 31 | Brownstone Hotel | 2 | 0 |
| 36 | Carlton Hotel | 2 | 2 |
| 42 | Casa Verde Apartments | 1 | 0 |
| 48 | Charles Cobb Apartments | 4 | 0 |
| 58 | Crest Apartments | 4 | 2 |
| 59 | Crossroads Village | 1 | 0 |
| 71 | Ellis Hotel | 3 | 2 |
| 76 | Eugene Hotel | 9 | 5 |
| 82 | Figueroa Apartments | 1 | 0 |
| 85 | Florence Apartments | 3 | 1 |
| 86 | Ford Apartments | 6 | 0 |
| 91 | Gateway Apartments (505 San Pedro St) | 3 | 0 |
| 100 | Harold Apartments (SRO) | 1 | 0 |
| 103 | Hartford Villas | 1 | 1 |
| 110 | Hillview Village Apartments | 2 | 0 |
| 122 | Innes Heights Apartments | 1 | 0 |
| 124 | James Wood Apartments | 8 | 6 |
| 128 | Kenmore Apartments | 1 | 0 |
| 130 | King Apartments | 1 | 0 |
| 133 | La Jolla Apartments | 1 | 0 |
| 134 | La Kretz Villas | 2 | 1 |
| 135 | La Primavera Apartments | 2 | 0 |
| 137 | Lamp Lodge | 5 | 4 |
| 143 | Leonide Apartments | 5 | 1 |
| 149 | Lyndon Hotel | 1 | 1 |
| 155 | MCCOY Plaza Apartments/Watts Labor Community Action Center Mc | 2 | 1 |
| 159 | Michael's Village | 5 | 2 |
| 161 | La Mirada Apartments | 1 | 0 |
| 162 | Montecito Terraces Senior Apartments | 1 | 0 |
| 163 | Moonlight Villas | 1 | 1 |
| 171 | New Directions Sepulveda I | 5 | 0 |
| 172 | New Directions Sepulveda II | 3 | 2 |
| 174 | New Genesis Apartments | 2 | 1 |
| 176 | New Pershing Apartments | 8 | 6 |
| 182 | Osborne Place Apartments | 4 | 3 |
| 183 | Palmer House | 8 | 1 |
| 186 | Palomar Apartments | 2 | 0 |
| 187 | Panama Hotel | 10 | 5 |
| 188 | Parkview on the Park Apartments | 10 | 3 |
| 191 | PATH Metro Villas Phase I | 1 | 0 |
| 196 | Produce Place/MacArthur Park Apartments Phase B | 4 | 0 |
| 197 | Progress Place Apartments (411) | 9 | 0 |

**Number of Permanent Housing Referrals in the City - as of June 30, 2026**

**Matches and Matches Accepted to Project Based PSH**

| RMS Building ID | RMS Resource Name | PEH Matched to PBV | Matches Accepted to PBV |
|---|---|---|---|
| 201 | Rainbow Apartments | 9 | 3 |
| 204 | Renato Apartments | 5 | 3 |
| 205 | Rivers Hotel | 3 | 0 |
| 206 | Rose Avenue Apartments | 1 | 1 |
| 207 | Rosslyn Apartments | 6 | 2 |
| 208 | Rossmore Hotel Apartments | 15 | 6 |
| 212 | Sanborn Hotel | 5 | 1 |
| 213 | Santos Plaza Apartments | 1 | 1 |
| 217 | Selby Hotel | 3 | 0 |
| 218 | Senator Hotel Apartments | 12 | 2 |
| 221 | Simone Hotel | 9 | 3 |
| 225 | Southern Hotel | 3 | 2 |
| 229 | Star Apartments | 6 | 3 |
| 233 | Step up on Vine | 6 | 4 |
| 234 | Sylmar Court Apts. (14920) | 1 | 1 |
| 239 | The 28th St Apartments/FKA The 28th St YMCA | 3 | 0 |
| 245 | The Six (Formerly Carondelet Apartments) | 7 | 5 |
| 249 | Trudy and Norman Louis Apartments | Day Street Apartments | 2 | 1 |
| 252 | Vendome Palms Apartments | 1 | 0 |
| 257 | Villas at Gower (1726) | 2 | 1 |
| 266 | Willis Avenue Apartments | 4 | 3 |
| 268 | Winnetka Senior Apartments | 1 | 0 |
| 269 | Woodland Terrace Apartments | 1 | 0 |
| 270 | Yankee Hotel | 1 | 0 |
| 317 | DWC - Project Home / Downtown Women's Center Apartments | 2 | 2 |
| 325 | Western Apartments | 1 | 0 |
| 336 | 226 Berendo Apartments | 1 | 1 |
| 337 | Casa Del Sol Senior Apartments | 1 | 0 |
| 338 | Residences on Main Apartments | 4 | 3 |
| 343 | McCadden Youth Apartments | 1 | 1 |
| 356 | The Sun Valley Senior Veterans Apartments | 1 | 1 |
| 360 | 7th and Witmer Apartments | 1 | 0 |
| 478 | PATH Metro Villas Phase II (325) | 2 | 0 |
| 480 | Burlington Family Apartments (409) | 1 | 0 |
| 485 | Westmore Linden Apartments | 1 | 0 |
| 495 | PATH Metro Villas Phase II (320) | 1 | 1 |
| 506 | RISE Apartments | 1 | 0 |
| 509 | Metamorphosis on Foothill (13570) | 4 | 0 |
| 516 | Martel Apartments | 1 | 0 |
| 521 | Parthenia Place Apartments | 1 | 1 |
| 522 | Flor 401 Apartments | 2 | 1 |
| 524 | PATH Villas Highland; PHK - Orchid Suites | 1 | 0 |
| 526 | LAFH NoHo Apartments / North Hollywood Best Western (PHK) | 6 | 4 |
| 536 | SP7 Apartments (519 E. 7th St) | 5 | 0 |
| 538 | PATH Villas Montclair Gramercy | 2 | 2 |
| 541 | Dahlia Apartments (South Main St. Apartments) | 4 | 2 |
| 546 | CRCD Apartments (10424 South Figueroa) | 1 | 0 |
| 547 | CRCD Apartments (851-853 W 81st Street) | 1 | 0 |
| 557 | Cadence | 7 | 3 |
| 568 | Chesterfield | 4 | 2 |

**Number of Permanent Housing Referrals in the City - as of June 30, 2026**

**Matches and Matches Accepted to Project Based PSH**

| RMS Building ID | RMS Resource Name | PEH Matched to PBV | Matches Accepted to PBV |
|---|---|---|---|
| 572 | Amani Apartments | 3 | 3 |
| 574 | Silva Crossing | 4 | 2 |
| 577 | HiFi Collective | 1 | 1 |
| 579 | Marcella Gardens | 6 | 5 |
| 581 | Ruth Teague Homes | 2 | 2 |
| 585 | Adams Terrace I | 4 | 4 |
| 586 | Adams Terrace II | 2 | 1 |
| 587 | Firmin Court | 3 | 3 |
| 588 | PHK - Alvarado Park Place; Alvarado Lakeview Apartments | 1 | 1 |
| 589 | Isla Intersections (Isla De Los Angeles) | 2 | 2 |
| 592 | Bell Creek | 3 | 2 |
| 594 | PHK-5050 Pico | 1 | 1 |
| 595 | Berendo Sage | 2 | 1 |
| 616 | Sun Commons | 3 | 0 |
| 617 | 11010 Santa Monica Blvd | 4 | 2 |
| 622 | West Terrace | 1 | 1 |
| 636 | Talisa Apartments | 5 | 3 |
| 637 | PATH Villas Hollywood | 2 | 1 |
| 638 | PHK - 10150 Hillhaven | 3 | 2 |
| 642 | 6th Street Place | 4 | 4 |
| 645 | Colorado East | 1 | 1 |
| 649 | Ingraham Villas | 8 | 3 |
| 652 | Ambrose Apartments | 3 | 2 |
| 653 | Serenity Apartments | 3 | 0 |
| 662 | PHK - 1044 N Soto | 4 | 3 |
| 666 | Asante Apartments | 1 | 1 |
| 670 | Burbank Blvd Sr. | 4 | 0 |
| 674 | Pointe on La Brea | 4 | 1 |
| 675 | Step Up on Broadway | 4 | 2 |
| 676 | Step Up on West Third | 11 | 8 |
| 678 | PHK - Avenida | 1 | 1 |
| 682 | Palm Vista | 1 | 0 |
| 683 | The Wilcox | 1 | 0 |
| 684 | Beacon Landing | 6 | 3 |
| 685 | The Lake House | 7 | 4 |
| 686 | Solaris Apartments | 6 | 3 |
| 689 | SagePointe | 1 | 1 |
| 691 | Lumina | 3 | 1 |
| 692 | My Angel | 2 | 1 |
| 694 | The Quincy (Senior) | 2 | 2 |
| 696 | PHK - 20205 Ventura Blvd (Seniors) (aka Elderberry Village) | 2 | 1 |
| 701 | 619 Westlake Apartments | 5 | 2 |
| 706 | PHK - Canoga Park Place | 1 | 0 |
| 707 | Corazon del Valle (Phase I) | 1 | 1 |
| 708 | Corazon del Valle (Phase II) | 3 | 1 |
| 713 | PHK - 1654 W Florence | 1 | 1 |
| 714 | The Banning Bldg A (841) | 2 | 1 |
| 715 | Bryson II | 2 | 1 |
| 725 | PHK - The Willows | 1 | 1 |
| 727 | Weingart Tower | 11 | 4 |

**Number of Permanent Housing Referrals in the City - as of June 30, 2026**

**Matches and Matches Accepted to Project Based PSH**

| RMS Building ID | RMS Resource Name | PEH Matched to PBV | Matches Accepted to PBV |
|---|---|---|---|
| 729 | Montesquieu Manor | 1 | 0 |
| 731 | Las Palmas Apartments | 2 | 2 |
| 734 | 3552 Whittier | 2 | 2 |
| 735 | The Journey | 5 | 4 |
| 738 | Brine Residential | 2 | 1 |
| 740 | PHK-Autumn Court | 4 | 1 |
| 741 | Western Landing | 5 | 4 |
| 744 | Parkview Place Apartments | 1 | 1 |
| 754 | Oak Apartments | 5 | 2 |
| 757 | Maida PHK | 2 | 1 |
| 768 | PHK - Temple | 1 | 1 |
| 769 | The Montecito II | 2 | 2 |
| 776 | The Luna Vista Apartments | 1 | 0 |
| 780 | Vermont Manchester Senior (Evermont) | 4 | 3 |
| 782 | Voltaire Villas | 10 | 1 |
| 785 | Klump Apartments | 7 | 0 |
| 791 | Miramar Gold | 2 | 0 |
| 802 | Third Thyme (Senior) | 16 | 0 |
| 816 | Villa Vanowen | 2 | 2 |
| 817 | Steps on St. Andrews (ADU) | 5 | 3 |
| 824 | 600 San Pedro | 11 | 6 |
| 825 | Umeya Apartments | 1 | 0 |
| 827 | La Guadalupe | 2 | 1 |
| 833 | The Cielo | 1 | 1 |
| 834 | Alvarado Kent Apartments | 93 | 25 |
| 836 | Ambrosia Apartments | 1 | 1 |

**Aggregate: Matches and Matches Accepted to Project Based PSH**

| PEH Matched to PBV | Matches Accepted to PBV |
|---|---|
| 668 | 282 |

**Number of Permanent Housing Referrals in the City - as of June 30, 2026**

**Matches and Matches Accepted to Tenant Based PSH**

| RMS Building ID | RMS Resource Name | PEH Matched to TBV | Matches Accepted to TBV |
|---|---|---|---|
| 282 | USHS SPA 3 Scattered Site PSH LACDA 1 | 1 | 1 |
| 282 | USHS SPA 3 Scattered Site PSH LACDA 2 | 1 | 0 |
| 283 | CA0324 Good Samaritan Bonus | 6 | 6 |
| 283 | CA0365 DMH 1 | 1 | 0 |
| 283 | CA0405 Scattered Sites | 6 | 5 |
| 283 | CA1158 DMH 9 | 3 | 3 |
| 283 | CA1337 DMH MIT | 3 | 3 |
| 283 | CA1341 DMH | 6 | 5 |
| 283 | CA1688 DMH 13 | 3 | 3 |
| 284 | DHS - Alcott Center Scattered 1 | 1 | 1 |
| 284 | DHS - Good Sheppard Scattered 1 | 1 | 0 |
| 284 | DHS - HW Scattered 2 (TBRA) | 2 | 2 |
| 284 | DHS - LAMP Scattered 2 (RIST 3) | 1 | 1 |
| 284 | DHS - LSS Scattered 1 | 2 | 2 |
| 284 | DHS - OPCC Scattered 2 | 1 | 1 |
| 284 | DHS - PATH Scattered 4 (ARPA) | 1 | 1 |
| 284 | DHS - Salvation Army CIS PSH (TBRA) | 1 | 1 |
| 284 | DHS - SCHARP Scattered 1 | 1 | 1 |
| 284 | DHS - St. John's TBRA | 1 | 1 |
| 284 | DHS - SUOS Scattered 2 (FY 19-20) | 1 | 1 |
| 284 | DHS - SUOS Stepping Up LA County 2017 (TBRA) | 1 | 0 |
| 284 | LAMP DMVA Grant (D7) | 3 | 3 |
| 299 | CA0329 HACLA Permanent Supportive Housing TRA | 3 | 3 |
| 299 | CA0474 HACLA Permanent Supportive Housing TRA | 4 | 4 |
| 299 | CA1504 HACOLA Permanent Supportive Housing | 2 | 2 |
| 381 | CA1491 HIS CoC SPA 8 | 1 | 0 |
| 387 | CA1109 OPCC 2 | 7 | 7 |
| 388 | CA1492 Welcome Home 90 SPA 2 | 1 | 1 |
| 421 | CA0405 Scattered Sites | 1 | 0 |
| 421 | CA1158 DMH 9 | 2 | 1 |
| 455 | CA0798 SSG APCTC TRA Scattered Sites | 4 | 2 |
| 455 | DHS - SCHARP Scattered 1 | 1 | 1 |
| 455 | DHS - SSG Scattered 1 | 1 | 1 |
| 455 | DHS - Union Station Scattered 1 | 1 | 1 |
| 461 | CA0365 DMH 1 | 7 | 5 |
| 461 | CA0465 Shelter Plus Care | 4 | 4 |
| 461 | CA1158 DMH 9 | 2 | 2 |
| 543 | DHS - Alcott Center Scattered 5 (ARPA) | 1 | 1 |
| 543 | DHS - Ascencia Scattered 1 (D7) | 1 | 1 |
| 543 | DHS - CRCD Scattered 1 | 1 | 1 |
| 543 | DHS - CRCD Scattered 3 (HACLA Mainstream) | 1 | 1 |
| 543 | DHS - DWC Scattered 1 | 1 | 1 |
| 543 | DHS - LAFH Scattered 1 | 1 | 1 |
| 543 | DHS - SCHARP Scattered 1 | 1 | 1 |
| 543 | DHS - SCHARP Scattered 3 (ARPA) | 1 | 1 |
| 750 | DHS - APLA Scattered 1 (D7) | 1 | 1 |
| 750 | DHS - Bridge to Home Scattered 1 | 3 | 2 |
| 750 | DHS - Exodus Scattered 1 | 1 | 1 |
| 750 | DHS - Helpline YC Scattered 1 | 2 | 1 |
| 750 | DHS - Illumination Foundation Scattered 1 | 2 | 1 |
| 750 | DHS - LifeSTEPS Scattered 1 (D7) | 1 | 1 |

**Number of Permanent Housing Referrals in the City - as of June 30, 2026**

**Matches and Matches Accepted to Tenant Based PSH**

| RMS Building ID | RMS Resource Name | PEH Matched to TBV | Matches Accepted to TBV |
|---|---|---|---|
| 750 | DHS - MHA LB Scattered 1 | 1 | 1 |
| 750 | DHS - PATH Scattered 1 | 2 | 2 |
| 750 | DHS - SCHARP Scattered 1 | 1 | 1 |
| 750 | DHS - SSG Scattered 1 | 2 | 1 |
| 750 | DHS - St. John's Scattered 1 | 1 | 1 |
| 750 | DHS - Tarzana Scattered 1 | 1 | 1 |
| 750 | DHS - TBV Subsidy Applied to PB Site | 1 | 1 |
| 750 | DHS - The Good Seed Scattered 1 | 1 | 1 |
| 750 | DHS - Union Station Scattered 1 | 1 | 1 |
| 751 | DHS - SCHARP Scattered 1 | 2 | 2 |
| 752 | DHS - Turning Point Scattered 1 | 2 | 2 |

**Aggregate: Matches and Matches Accepted to Tenant Based PSH**

| PEH Matched to TBV | Matches Accepted to TBV |
|---|---|
| 120 | 103 |

**Number of Permanent Housing Referrals in the City - as of June 30, 2026**

**Universal Housing Application Completion Status**

| RMS Resource Name | RMS Building ID | Count of UHA Completed |
|---|---:|---:|
| Alvarado Kent Apartments | 834 | 25 |
| Miramar Gold | 791 | 1 |
| Third Thyme (Senior) | 802 | 8 |
| Voltaire Villas | 782 | 3 |

**Aggregate: UHAs Completed**

| Count of UHA Completed |
|---:|
| 37 |