# Exhibit H

**Alliance Settlement Agreement**
**Quarterly Report**
**Quarter Ending June 30, 2026**
**Number of Inside Safe Offers Made, Accepted, and Rejected**

This exhibit is intended to provide data referred to in Paragraph 11.i, DKT 1252.

This report is based on data received from LAHSA.

The Inside Safe Master List is used for this report as the "By-Name List." This list is maintained outside HMIS. Offers Made is calculated based on a count of all participants on the Inside Safe Master List during the reporting date range (May 8, 2026 - June 30, 2026).

Offers Accepted is based on program enrollments in HMIS. Only participants confirmed to have a bed assignment are counted, consistant with the logic used elsewhere in this quarterly report.

Offers Rejected is calculated based on the difference between Offers Made and Offers Accepted.

The Master List tracks Inside Safe participants who are connected to interim housing. People who at the time of the operation decline shelter have never been tracked or added to a list. For this reason, the Master List is likely undercounting total offers made. Furthermore, ongoing data quality assurance is being completed to ensure every participant is assigned to a bed in the updated Inventory Module. In the meantime, offers accepted may be undercounted.

Work is underway to ensure all relevant parties are able to support the proper tracking of Inside Safe referrals within HMIS for reporting going forward.

**Inside Safe Offers Made, Accepted, and Rejected**

**Reporting Period: May 8, 2026 - June 30, 2026**

| Offers Made | Offers Accepted | Offers Rejected |
|:-----------:|:---------------:|:---------------:|
| 188 | 163 | 25 |