# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendant. | Case No. 2:20-cv-02291-DOC-KES <br><br> Judge:  Hon. David O. Carter <br><br><br> **NOTICE BY SPECIAL MASTER RE: CORRESPONDENCE FROM CITY OF LOS ANGELES** |

1

I have received the attached correspondence, submitted by the City of Los Angeles to the LA CoC Board, and I believe that for transparency purposes it should be docketed.


DATED: August 3, 2026                          /s/ Michele Martinez

                                               Special Master



KAREN BASS
MAYOR

July 28, 2026

Ben Kay, Board Chair
Los Angeles Continuum of Care Board
707 Wilshire Blvd., 10th Floor
Los Angeles, CA 90017

**RE:    Notice of Intent Regarding the FY 2026 Interim HMIS and Coordinated Entry System Governance**

Dear Chair Kay and Members of the Los Angeles Continuum of Care Board:

The City of Los Angeles respectfully submits this letter to advise the Los Angeles Continuum of Care (LA CoC) Board that, should interim governance changes become necessary, the City is prepared to partner with the County of Los Angeles to jointly administer the functions of the interim Homeless Management Information System (HMIS) Lead and Coordinated Entry System (CES) Management Entity in accordance with the LA CoC Governance Charter and applicable federal requirements.

This partnership would bring together the City Administrative Office (CAO), Los Angeles Housing Department (LAHD), and the Housing Authority of the City of Los Angeles (HACLA) with the County of Los Angeles under a governance structure established by the Board. The City stands ready to work collaboratively to ensure continuity of critical Continuum of Care (CoC) functions, protect regional coordination, and minimize disruption for service providers and people experiencing homelessness.

Although the City appreciates the County of Los Angeles' willingness to serve in an interim capacity should such action become necessary, HMIS and CES are regional systems that support every participating jurisdiction, service provider, and program participant across the CoC. Maintaining these systems requires both strong administrative capacity and close coordination with the jurisdictions responsible for delivering homelessness services throughout the region.

As the jurisdiction serving the largest concentration of people experiencing homelessness in Los Angeles County, the City administers substantial federal, state, and local investments supporting street outreach, interim housing, permanent housing,

 

homelessness prevention, housing stability, and system coordination. These operations depend on HMIS and CES every day to coordinate services, facilitate referrals, monitor program performance, and meet reporting requirements.

Given the City's central operational role in the regional homelessness response, it has a significant interest in ensuring that HMIS and CES continue to function effectively and support coordinated, data-driven service delivery across the CoC.

Accordingly, should interim governance changes become necessary, the City respectfully requests that the LA CoC Board designate the City and the County of Los Angeles to jointly administer the functions of the interim HMIS Lead and CES Management Entity under a governance structure established by the Board. Joint administration would leverage the complementary strengths of both jurisdictions, preserve balanced regional governance, maintain shared accountability, and ensure operational continuity throughout any transition.

The City remains committed to working collaboratively with the LA CoC Board, the County of Los Angeles, the Los Angeles Homeless Services Authority, HUD, service providers, and regional partners to protect federal resources, maintain continuity of services, and ensure a seamless transition should interim governance changes become necessary.

We appreciate the Board's consideration and stand ready to provide any additional information or assistance as it evaluates these matters.

Sincerely,

KAREN BASS
Mayor

MARQUEECE HARRIS-DAWSON
Council President, Eighth District

2